UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse,<br><br>    Plaintiff<br><br>v.<br><br>Susan Pane,<br>Rosalyn Stults,<br>Lt. Detective Daniel R. Moynihan, in his<br>    Official and individual capacities,<br>Captain Donald Thompson, in his official<br>    And individual capacities,<br>City of Haverhill, Massachusetts,<br>Louis Freeh, in his official capacity,<br>Charles S. Prouty, in his official and<br>    Individual capacities,<br>FOX News Channel a/k/a FOX25News,<br>America's Most Wanted,<br>National Center for Missing and<br>    Exploited Children,<br>Wal-Mart Stores, Inc.,<br><br>    Defendants. | Civil Action No. 04CV10255EFH |

**DEFENDANT WAL-MART STORES, INC.'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby moves for an enlargement of time to respond to Plaintiff's Complaint. Having been served on February 17, 2004, Wal-Mart's response is presently due on or before March 8, 2004. Because of the complexity of the issues presented in the Complaint, however, Wal-Mart requires an additional 21 days to formulate and prepare an

answer or a pre-answer motion. Should the Court grant Wal-Mart's motion, Wal-Mart will respond to the Complaint on or before March 30, 2004.

Dated: March 4, 2004

Respectfully submitted,

WAL-MART STORES, INC.

By its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

_____
Richard E. Quinby, BBO #545641
Chauncey D. Steele IV, BBO #647207
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, Barbara C. Johnson on March 4, 2004, that I attempted in good faith to resolve this issue, and that she assented to the instant motion.

_____
Chauncey D. Steele IV

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 4, 2004.

_____
Chauncey D. Steele IV

**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

March 4, 2004

Clerk of the Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

    Re:    Meuse v. Pane, et al.
             <u>United States District Court, Civil Action No. 04CV10255EFH</u>

Dear Sir or Madam:

    Enclosed for filing please find Defendant Wal-Mart Stores, Inc.'s Assented-To Motion For Enlargement Of Time To Respond To The Complaint in connection with the above-referenced matter.

    Please indicate your receipt and filing of this document by date-stamping the enclosed copy and returning it to me in the self-addressed, stamped envelope provided.

    Thank you for your attention to this matter.

                              Sincerely yours,

                              Chauncey D. Steele IV

CDS/nlb
Enclosure

cc:    Barbara C. Johnson