**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.: 04-10255-EFH

BRIAN J. MEUSE
    PLAINTIFF,

V.

SUSAN PANE, ROSALYN STULTS, ET AL
    DEFENDANT.

## DEFENDANT ROSALYN STULTS MOTION TO STRIKE PLAINTIFF'S COMPLAINT

The defendant Rosalyn Stults ("Stults") hereby move the Court to strike the claims made against her in the Plaintiff's Complaint because the Plaintiff has failed to comply with Fed. Rule Civil Procedure 8(a)(1), 8(a)(2), and 8(e)(1).

In support of this Motion, Stults states that she is unable to answer or otherwise respond to the Complaint as it is not simple, concise, or direct as required by Rule 8(e)(1), nor does it contain a short and plain statement of alleged fact that is designed to place Stults on notice of the nature of the claims made against her as required by Rule 8(a)(1). Rather, it is an incomprehensible 57 page, 521 paragraphed document that appears to quote extensively from an underlying criminal proceeding, but nowhere coherently describes the claim against Stults to which a responsive pleading can be framed. The complaint appears to includes claims against Stults of assault, battery, multiple civil rights violations, malicious prosecution, abuse of process, false arrest and imprisonment, and defamation, without including any allegations of fact that could possibly support these claims.

ID # 384083v01/8000-358/ 03.01.2004

WHEREFORE, for the reasons as set forth herein, as well as in the attached Memorandum in Support of her Motion to Strike Plaintiff's Complaint, Stults requests that this Court dismiss the Plaintiff's claims against her without prejudice to refile a short, concise, plain statement upon which the Plaintiff bases any causes of action.

Respectfully submitted,
ROSALYN STULTS
By her attorneys,

George A. Berman, BBO# 040200
Daniel P. O'Brien, BBO# 652858
Posternak Blankstein & Lund LLP
100 Charles River Plaza
Boston, MA 02114
617-973-6100

## CERTIFICATE OF SERVICE

I, Daniel P. O'Brien, hereby certify that on this 1st day of March, 2004, I caused of a copy of the above defendants motion to strike plaintiff's complaint to be mailed by first class mail, postage prepaid to Barbara C. Johnson, 6 Appletree Lane, Andover, MA 01810-4102.

Daniel P. O'Brien