UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10255-EFH

BRIAN J. MEUSE
        PLAINTIFF,

v.

SUSAN PANE, ROSALYN STULTS, ET AL
        DEFENDANTS.

## DEFENDANT SUSAN PANE'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT

The defendant Susan Pane("Pane") hereby moves the Court to strike the claims made against her in the Plaintiff's Complaint because the Plaintiff has failed to comply with Fed. Rule Civil Procedure 8(a)(1), 8(a)(2), 8(e)(1), and 12(b)(f).

In support of this Motion, Pane joins and incorporates fully as set forth herein Defendant Rosalyn Stults' Motion to Strike Plaintiff's Complaint and Memorandum in Support (Exhibit "A"). She further states that she is unable to answer or otherwise respond to the Complaint as it is not simple, concise, or direct as required by Rule 8(e)(1), nor does it contain a short and plain statement of alleged facts that is designed to place Pane on notice of the nature of the claims made against her as required by Rule 8(a)(1). Rather, it is an incomprehensible 57 page, 521 paragraphed document that appears to quote extensively from an underlying criminal proceeding, and is redundant, immaterial, impertinent, and scandalous as to Pane, but nowhere does it coherently describes a claim against Pane to which a responsive pleading can be framed. The complaint appears to attempt to include claims against Pane of assault, battery, multiple civil rights violations, malicious prosecution, abuse of process, false arrest and imprisonment, and

defamation, without including any allegations of fact that could possibly support these claims.

## REQUEST FOR HEARING

Plaintiff Susan Pane believes that oral argument may assist the court and wishes to be heard on this matter.

**WHEREFORE,** for the reasons as set forth herein, as well as in the attached Memorandum in Support of her Motion to Strike Plaintiff's Complaint, Pane requests that this Court dismiss the Plaintiff's claims against her without prejudice to refile a short, concise, plain statement upon which the Plaintiff bases any causes of action.

> Respectfully submitted,
> Susan Pane
> By her attorneys,
>
> _____
> Rodney Dowell, Esq., BBO No. 629016
> Berman & Dowell
> 210 Commercial Street, 5th Floor
> Boston, MA 02109
> 617-723-9911 (telephone)
> 617-723-6688 (facsimile)
> rdowell@bermandowell.com

**Certificate Pursuant to Local Rule 7.1**
I Rodney S. Dowell certify that I conferred with counsel for the plaintiff regarding the Motion to Strike pursuant to Fed.R.Civ.P. 8 and 12 in good faith, and the parties were unable to resolve or otherwise narrow the issues set forth in this motion.

_____
Rodney S. Dowell

### CERTIFICATE OF SERVICE

I, Rodney S. Dowell, hereby certify that on March 4, 2004, I served a copy of the foregoing by first class mail, postage prepaid, to: Barbara C. Johnson, 6 Appletree Lane, Andover, MA 01810-4102, and Daniel P. O'Brien, Posternak, Blankstein & Lund, LLP, 100 Charles River Plaza, Boston, MA 02114.

_____
Rodney S. Dowell