UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10255-EFH

BRIAN J. MEUSE
    PLAINTIFF,

V.

SUSAN PANE, ROSALYN STULTS, ET AL.
    DEFENDANT.

### NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that effective December 8, 2003, the address of Posternak Blankstein & Lund LLP, counsel for the defendant, Rosalyn Stults will **change** to the following:

> Posternak Blankstein & Lund LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-8004

The firm's telephone and fax numbers will remain the same:

> (617) 973-6100
> (617) 367-2315 – Fax

> Respectfully submitted,
> ROSALYN STULTS
> By her attorneys,
>
> _____
> George A. Berman, BBO# 040200
> Daniel P. O'Brien, BBO# 652858
> Posternak Blankstein & Lund LLP
> The Prudential Tower
> 800 Boylston Street
> Boston, MA 02199
> 617-973-6100

ID # 385926v01/8000-358/ 03.12.2004

## CERTIFICATE OF SERVICE

I, Daniel P. O'Brien, hereby certify that on this 15th day of March, 2004, I caused of a copy of the above defendants motion to strike plaintiff's complaint to be mailed by first class mail, postage prepaid to Barbara C. Johnson, 6 Appletree Lane, Andover, MA 01810-4102.

_____
Daniel P. O'Brien

ID # 385926v01/8000-358/ 03.12.2004