FILED
CLERKS OFFICE
2004 MAR 24 P 12: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,
Plaintiff,

v.

SUSAN PANE, ROSALYN STULTS, LT. DETECTIVE DANIEL R. MOYNIHAN, in his official and individual capacities, CAPTAIN DONALD THOMPSON, in his official and individual capacities, CITY OF HAVERHILL, MASSACHUSETTS, LOUIS FREE, in his official Capacity, CHARLES S. PROUTY, in his official and individual capacities, FOX NEWS CHANNEL a/k/a FOX25NEWS, AMERICA'S MOST WANTED, NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN, WAL-MART STORES, INC.,
Defendants.

Civil Action No.
04CV10255EFH

**DEFENDANT NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 8 AND RULE 12(F)**

The Defendant National Center for Missing and Exploited Children ("NCMEC") hereby moves to dismiss the Plaintiff's Complaint pursuant to Rule 8 of the Federal Rules of Civil Procedure, or alternatively to strike the Complaint in its entirety pursuant to Rule 12(f). In support of this Motion, the Defendant relies on its Memorandum in Support attached hereto and incorporated herein.

NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN
By its attorneys,

Timothy P. Van Dyck (BBO# 548347)
Windy L. Rosebush (BBO# 636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Date: March 22, 2004

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Windy L. Rosebush, hereby certify that on this 22nd day of March, 2004 I conferred with counsel for the Plaintiff, Barbara C. Johnson, regarding the Defendant's Motion to Dismiss in an effort to narrow the issues presented therein.

Windy L. Rosebush

**CERTIFICATE OF SERVICE**

I, Windy L. Rosebush, hereby certify that on this 22nd day of March, 2004, I caused a copy of the foregoing document to be mailed via first-class mail, to Barbara C. Johnson, 6 Appletree Lane, Andover, MA 01810-4102.

Windy L. Rosebush