163.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 163 of the Plaintiff's Complaint.

164.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 164 of the Plaintiff's Complaint.

165.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 165 of the Plaintiff's Complaint.

166.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 166 of the Plaintiff's Complaint.

167.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 167 of the Plaintiff's Complaint.

168.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 168 of the Plaintiff's Complaint.

169.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 169 of the Plaintiff's Complaint.

170.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 170 of the Plaintiff's Complaint.

171.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 171 of the Plaintiff's Complaint.

172.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 172 of the Plaintiff's Complaint.

173.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 173 of the Plaintiff's Complaint.

174.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 174 of the Plaintiff's Complaint.

175.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 175 of the Plaintiff's Complaint.

176.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 176 of the Plaintiff's Complaint.

177.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 177 of the Plaintiff's Complaint.

178.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 178 of the Plaintiff's Complaint.

179.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 179 of the Plaintiff's Complaint.

180.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 180 of the Plaintiff's Complaint.

181.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 181 of the Plaintiff's Complaint.

182.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 182 of the Plaintiff's Complaint.

183.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 183 of the Plaintiff's Complaint.

184.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 184 of the Plaintiff's Complaint.

185.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 185 of the Plaintiff's Complaint.

186.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 186 of the Plaintiff's Complaint.

187.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 187 of the Plaintiff's Complaint.

188.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 188 of the Plaintiff's Complaint.

189.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 189 of the Plaintiff's Complaint.

190.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 190 of the Plaintiff's Complaint.

191.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 191 of the Plaintiff's Complaint.

192.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 192 of the Plaintiff's Complaint.

193.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 193 of the Plaintiff's Complaint.

194.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 194 of the Plaintiff's Complaint.

195.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 195 of the Plaintiff's Complaint.

196.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 196 of the Plaintiff's Complaint.

197.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 197 of the Plaintiff's Complaint.

198.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 198 of the Plaintiff's Complaint.

199.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 199 of the Plaintiff's Complaint.

200.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 200 of the Plaintiff's Complaint.

201.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 201 of the Plaintiff's Complaint.

202.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 202 of the Plaintiff's Complaint.

203.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 203 of the Plaintiff's Complaint.

204.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 204 of the Plaintiff's Complaint.

205.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 205 of the Plaintiff's Complaint.

206.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 206 of the Plaintiff's Complaint.

207.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 207 of the Plaintiff's Complaint.

208.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 208 of the Plaintiff's Complaint.

209.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 209 of the Plaintiff's Complaint.

210.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 210 of the Plaintiff's Complaint.

211.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 211 of the Plaintiff's Complaint.

212.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 212 of the Plaintiff's Complaint.

213.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 213 of the Plaintiff's Complaint.

214.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 214 of the Plaintiff's Complaint.

215.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 215 of the Plaintiff's Complaint.

216.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 216 of the Plaintiff's Complaint.

217.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 217 of the Plaintiff's Complaint.

218.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 218 of the Plaintiff's Complaint.

219.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 219 of the Plaintiff's Complaint.

220.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 220 of the Plaintiff's Complaint.

221.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 221 of the Plaintiff's Complaint.

222.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 222 of the Plaintiff's Complaint.

223.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 223 of the Plaintiff's Complaint.

224.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 224 of the Plaintiff's Complaint.

225.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 225 of the Plaintiff's Complaint.

226.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 226 of the Plaintiff's Complaint.

227.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 227 of the Plaintiff's Complaint.

228.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 228 of the Plaintiff's Complaint.

229.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 229 of the Plaintiff's Complaint.

230.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 230 of the Plaintiff's Complaint.

231.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 231 of the Plaintiff's Complaint.

232.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 232 of the Plaintiff's Complaint.

233.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 233 of the Plaintiff's Complaint.

234.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 234 of the Plaintiff's Complaint.

235.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 235 of the Plaintiff's Complaint.

236.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 236 of the Plaintiff's Complaint.

237.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 237 of the Plaintiff's Complaint.

238.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 238 of the Plaintiff's Complaint.

239.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 239 of the Plaintiff's Complaint.

240.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 240 of the Plaintiff's Complaint.

241.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 241 of the Plaintiff's Complaint.

242.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 242 of the Plaintiff's Complaint.

243.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 243 of the Plaintiff's Complaint.

244.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 244 of the Plaintiff's Complaint.

245.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 245 of the Plaintiff's Complaint.

246.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 246 of the Plaintiff's Complaint.

247.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 247 of the Plaintiff's Complaint.

248.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 248 of the Plaintiff's Complaint.

249.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 249 of the Plaintiff's Complaint.

250.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 250 of the Plaintiff's Complaint.

251.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 251 of the Plaintiff's Complaint.

252.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 252 of the Plaintiff's Complaint.

253.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 253 of the Plaintiff's Complaint.

254.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 254 of the Plaintiff's Complaint.

255.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 255 of the Plaintiff's Complaint.

256.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 256 of the Plaintiff's Complaint.

257.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 257 of the Plaintiff's Complaint.

258.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 258 of the Plaintiff's Complaint.

259.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 259 of the Plaintiff's Complaint.

260.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 260 of the Plaintiff's Complaint.

261. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 261 of the Plaintiff's Complaint.

262. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 262 of the Plaintiff's Complaint.

263. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 263 of the Plaintiff's Complaint.

264. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 264 of the Plaintiff's Complaint.

265. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 265 of the Plaintiff's Complaint.

266. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 266 of the Plaintiff's Complaint.

267. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 267 of the Plaintiff's Complaint.

268.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 268 of the Plaintiff's Complaint.

269.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 269 of the Plaintiff's Complaint.

270.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 270 of the Plaintiff's Complaint.

271.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 271 of the Plaintiff's Complaint.

272.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 272 of the Plaintiff's Complaint.

273.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 273 of the Plaintiff's Complaint.

274.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 274 of the Plaintiff's Complaint.

275.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 275 of the Plaintiff's Complaint.

276.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 276 of the Plaintiff's Complaint.

277.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 277 of the Plaintiff's Complaint.

278.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 278 of the Plaintiff's Complaint.

279.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 279 of the Plaintiff's Complaint.

280.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 280 of the Plaintiff's Complaint.

281.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 281 of the Plaintiff's Complaint.

282.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 282 of the Plaintiff's Complaint.

283.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 283 of the Plaintiff's Complaint.

284.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 284 of the Plaintiff's Complaint.

285.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 285 of the Plaintiff's Complaint.

286.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 286 of the Plaintiff's Complaint.

287.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 287 of the Plaintiff's Complaint.

288.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 288 of the Plaintiff's Complaint.

289.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 289 of the Plaintiff's Complaint.

290.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 290 of the Plaintiff's Complaint.

291.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 291 of the Plaintiff's Complaint.

292.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 292 of the Plaintiff's Complaint.

293.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 293 of the Plaintiff's Complaint.

294.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 294 of the Plaintiff's Complaint.

295.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 295 of the Plaintiff's Complaint.

296.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 296 of the Plaintiff's Complaint.

297.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 297 of the Plaintiff's Complaint.

298.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 298 of the Plaintiff's Complaint.

299.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 299 of the Plaintiff's Complaint.

300.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 300 of the Plaintiff's Complaint.

301.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 301 of the Plaintiff's Complaint.

302.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 302 of the Plaintiff's Complaint.

303.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 303 of the Plaintiff's Complaint.

304.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 304 of the Plaintiff's Complaint.

305.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 305 of the Plaintiff's Complaint.

306.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 306 of the Plaintiff's Complaint.

307.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 307 of the Plaintiff's Complaint.

308.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 308 of the Plaintiff's Complaint.

309.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 309 of the Plaintiff's Complaint.

310. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 310 of the Plaintiff's Complaint.

311. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 311 of the Plaintiff's Complaint.

312. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 312 of the Plaintiff's Complaint.

313. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 313 of the Plaintiff's Complaint.

314. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 314 of the Plaintiff's Complaint.

315. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 315 of the Plaintiff's Complaint.

316. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 316 of the Plaintiff's Complaint.