317. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 317 of the Plaintiff's Complaint.

318. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 318 of the Plaintiff's Complaint.

319. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 319 of the Plaintiff's Complaint.

320. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 320 of the Plaintiff's Complaint.

321. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 321 of the Plaintiff's Complaint.

322. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 322 of the Plaintiff's Complaint.

323. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 323 of the Plaintiff's Complaint.

324. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 324 of the Plaintiff's Complaint.

325. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 325 of the Plaintiff's Complaint.

326. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 326 of the Plaintiff's Complaint.

327. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 327 of the Plaintiff's Complaint.

328. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 328 of the Plaintiff's Complaint.

329. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 329 of the Plaintiff's Complaint.

330. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 330 of the Plaintiff's Complaint.

331. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 331 of the Plaintiff's Complaint.

332. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 332 of the Plaintiff's Complaint.

333. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 333 of the Plaintiff's Complaint.

334. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 334 of the Plaintiff's Complaint.

335. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 335 of the Plaintiff's Complaint.

336. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 336 of the Plaintiff's Complaint.

337. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 337 of the Plaintiff's Complaint.

338. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 338 of the Plaintiff's Complaint.

339. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 339 of the Plaintiff's Complaint.

340. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 340 of the Plaintiff's Complaint.

341. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 341 of the Plaintiff's Complaint.

342. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 342 of the Plaintiff's Complaint.

343. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 343 of the Plaintiff's Complaint.

344. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 344 of the Plaintiff's Complaint.

345. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 345 of the Plaintiff's Complaint.

346. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 346 of the Plaintiff's Complaint.

347. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 347 of the Plaintiff's Complaint.

348. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 348 of the Plaintiff's Complaint.

349. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 349 of the Plaintiff's Complaint.

350. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 350 of the Plaintiff's Complaint.

351. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 351 of the Plaintiff's Complaint.

352. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 352 of the Plaintiff's Complaint.

353. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 353 of the Plaintiff's Complaint.

354. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 354 of the Plaintiff's Complaint.

355. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 355 of the Plaintiff's Complaint.

356. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 356 of the Plaintiff's Complaint.

357. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 357 of the Plaintiff's Complaint.

358. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 358 of the Plaintiff's Complaint.

359. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 359 of the Plaintiff's Complaint.

360. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 360 of the Plaintiff's Complaint.

361. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 361 of the Plaintiff's Complaint.

362. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 362 of the Plaintiff's Complaint.

363. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 363 of the Plaintiff's Complaint.

364. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 364 of the Plaintiff's Complaint.

365. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 365 of the Plaintiff's Complaint.

366. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 366 of the Plaintiff's Complaint.

367. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 367 of the Plaintiff's Complaint.

368. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 368 of the Plaintiff's Complaint.

369. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 369 of the Plaintiff's Complaint.

370. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 370 of the Plaintiff's Complaint.

371. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 371 of the Plaintiff's Complaint.

372. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 372 of the Plaintiff's Complaint.

373. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 373 of the Plaintiff's Complaint.

374. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 374 of the Plaintiff's Complaint.

375. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 375 of the Plaintiff's Complaint.

376. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 376 of the Plaintiff's Complaint.

377. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 377 of the Plaintiff's Complaint.

378. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 378 of the Plaintiff's Complaint.

379. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 379 of the Plaintiff's Complaint.

380. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 380 of the Plaintiff's Complaint.

381. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 381 of the Plaintiff's Complaint.

382. Wal-Mart admits that it operates a store in Ada, Oklahoma but denies that the store is located at 1601 Lonnie Abbott Boulevard. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations as set forth in paragraph 382 of Plaintiff's Complaint.

383. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 383 of the Plaintiff's Complaint.

384. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 384 of the Plaintiff's Complaint.

385. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 385 of the Plaintiff's Complaint.

386. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 386 of the Plaintiff's Complaint.

387. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 387 of the Plaintiff's Complaint.

388. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 388 of the Plaintiff's Complaint.

389. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 389 of the Plaintiff's Complaint.

390. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 390 of the Plaintiff's Complaint.

391. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 391 of the Plaintiff's Complaint.

392. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 392 of the Plaintiff's Complaint.

393. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 393 of the Plaintiff's Complaint.

394. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 394 of the Plaintiff's Complaint.

395. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 395 of the Plaintiff's Complaint.

396. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 396 of the Plaintiff's Complaint.

## COUNT 1: VIOLATIONS OF 42 U.S.C. 1983: ARREST

397. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-396 of Plaintiff's Complaint as if set forth fully herein.

398. Wal-Mart denies the allegations as set forth in paragraph 398 of Plaintiff's Complaint.

399. Wal-Mart denies the allegations as set forth in paragraph 399 of Plaintiff's Complaint.

400. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 400 of the Plaintiff's Complaint.

401. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 401 of the Plaintiff's Complaint.

402. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 402 of the Plaintiff's Complaint.

403. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 403 of the Plaintiff's Complaint.

404. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 404 of the Plaintiff's Complaint.

405. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 405 of the Plaintiff's Complaint.

406. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 406 of the Plaintiff's Complaint.

407. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 407 of the Plaintiff's Complaint.

408. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 408 of the Plaintiff's Complaint.

409. Wal-Mart denies the allegations as set forth in paragraph 409 of Plaintiff's Complaint.

## COUNT 2: VIOLATIONS OF 42 U.S.C. 1983: DETENTION AND CONFINEMENT

410. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-409 of Plaintiff's Complaint as if set forth fully herein.

411. Wal-Mart denies the allegations as set forth in paragraph 411 of Plaintiff's Complaint.

## COUNT 3: VIOLATIONS OF 42 U.S.C. 1983: CONSPIRACY

412. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-411 of Plaintiff's Complaint as if set forth fully herein.

413. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 413 of the Plaintiff's Complaint.

414. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 414 of the Plaintiff's Complaint.

415. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 415 of the Plaintiff's Complaint.

416. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 416 of the Plaintiff's Complaint.

417. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 417 of the Plaintiff's Complaint.

418. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 418 of the Plaintiff's Complaint.

419. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 419 of the Plaintiff's Complaint.

420. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 420 of the Plaintiff's Complaint.

421. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 421 of the Plaintiff's Complaint.

422. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 422 of the Plaintiff's Complaint.

423. Wal-Mart denies the allegations as set forth in paragraph 423 of Plaintiff's Complaint.

424. Wal-Mart denies the allegations as set forth in paragraph 424 of Plaintiff's Complaint.

425. Wal-Mart denies the allegations as set forth in paragraph 425 of Plaintiff's Complaint.

426. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 426 of the Plaintiff's Complaint.

427. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 427 of the Plaintiff's Complaint.

428. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 428 of the Plaintiff's Complaint.

429. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 429 of the Plaintiff's Complaint.

430. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 430 of the Plaintiff's Complaint.

431. Wal-Mart denies the allegations as set forth in paragraph 431 of Plaintiff's Complaint.

432. Wal-Mart denies the allegations as set forth in paragraph 432 of Plaintiff's Complaint.

433. Wal-Mart denies the allegations as set forth in paragraph 433 of Plaintiff's Complaint.

## COUNT 4: VIOLATIONS OF 42 U.S.C. 1983: REFUSING OR NEGLECTING TO PREVENT

434. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-433 of Plaintiff's Complaint as if set forth fully herein.

435. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 435 of the Plaintiff's Complaint.

436. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 436 of the Plaintiff's Complaint.

437. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 437 of the Plaintiff's Complaint.

438. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 438 of the Plaintiff's Complaint.

439. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 439 of the Plaintiff's Complaint.

440. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 440 of the Plaintiff's Complaint.

## COUNT 5: <u>MALICIOUS PROSECUTION</u>

441. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-440 of Plaintiff's Complaint as if set forth fully herein.

442. Wal-Mart denies the allegations as set forth in paragraph 442 of Plaintiff's Complaint.

443. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 443 of the Plaintiff's Complaint.

444. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 444 of the Plaintiff's Complaint.

445. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 445 of the Plaintiff's Complaint.

446. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 446 of the Plaintiff's Complaint.

447. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 447 of the Plaintiff's Complaint.

448. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 448 of the Plaintiff's Complaint.

449. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 449 of the Plaintiff's Complaint.

450. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 450 of the Plaintiff's Complaint.

451. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 451 of the Plaintiff's Complaint.

452. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 452 of the Plaintiff's Complaint.

453. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 453 of the Plaintiff's Complaint.