454. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 454 of the Plaintiff's Complaint.

455. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 455 of the Plaintiff's Complaint.

456. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 456 of the Plaintiff's Complaint.

## COUNT 6: ABUSE OF PROCESS

457. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-456 of Plaintiff's Complaint as if set forth fully herein.

458. Wal-Mart denies the allegations as set forth in paragraph 458 of Plaintiff's Complaint.

459. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 459 of the Plaintiff's Complaint.

460. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 460 of the Plaintiff's Complaint.

461. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 461 of the Plaintiff's Complaint.

462. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 462 of the Plaintiff's Complaint.

463. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 463 of the Plaintiff's Complaint.

464. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 464 of the Plaintiff's Complaint.

COUNT 7: <u>VIOLATION OF MASS. CIVIL RIGHTS ACT, M.G.L. c. 12, s. 11I</u>

465. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-464 of Plaintiff's Complaint as if set forth fully herein.

466. Wal-Mart denies the allegations as set forth in paragraph 466 of Plaintiff's Complaint.

467. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 467 of the Plaintiff's Complaint.

468. Wal-Mart denies the allegations as set forth in paragraph 468 of the Plaintiff's Complaint.

469.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 469 of the Plaintiff's Complaint.

470.   Wal-Mart denies the allegations as set forth in paragraph 470 of the Plaintiff's Complaint.

## COUNT 8: <u>FALSE ARREST AND IMPRISONMENT</u>

471.   Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-470 of Plaintiff's Complaint as if set forth fully herein.

472.   Wal-Mart denies the allegations as set forth in paragraph 472 of Plaintiff's Complaint.

473.   Wal-Mart denies the allegations as set forth in paragraph 473 of Plaintiff's Complaint.

474.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 474 of the Plaintiff's Complaint.

475.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 475 of the Plaintiff's Complaint.

476.   Wal-Mart denies the allegations as set forth in paragraph 476 of Plaintiff's Complaint.

477.   Wal-Mart denies the allegations as set forth in paragraph 477 of Plaintiff's Complaint.

478. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 478 of the Plaintiff's Complaint.

## COUNT 9: ASSAULT

479. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-478 of Plaintiff's Complaint as if set forth fully herein.

480. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 480 of the Plaintiff's Complaint.

481. Wal-Mart denies the allegations as set forth in paragraph 481 of Plaintiff's Complaint.

482. Wal-Mart denies the allegations as set forth in paragraph 482 of Plaintiff's Complaint.

483. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 483 of the Plaintiff's Complaint.

## COUNT 10: BATTERY

484. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-483 of Plaintiff's Complaint as if set forth fully herein.

485. Wal-Mart denies the allegations as set forth in paragraph 485 of Plaintiff's Complaint.

486. Wal-Mart denies the allegations as set forth in paragraph 486 of Plaintiff's Complaint.

487. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 487 of the Plaintiff's Complaint.

## COUNT 11: CONSPIRACY

488. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-487 of Plaintiff's Complaint as if set forth fully herein.

489. Wal-Mart denies the allegations as set forth in paragraph 489 of Plaintiff's Complaint.

490. Wal-Mart denies the allegations as set forth in paragraph 490 of Plaintiff's Complaint.

491. Wal-Mart denies the allegations as set forth in paragraph 491 of Plaintiff's Complaint.

492. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 492 of the Plaintiff's Complaint.

493. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 493 of the Plaintiff's Complaint.

494. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 494 of the Plaintiff's Complaint.

495. Wal-Mart denies the allegations as set forth in paragraph 495 of Plaintiff's Complaint.

496. Wal-Mart admits that it sponsored NCMEC. Wal-Mart denies the remaining allegations as set forth in paragraph 496 of the Plaintiff's Complaint.

497. Wal-Mart denies the allegations as set forth in paragraph 497 of Plaintiff's Complaint.

498. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 498 of the Plaintiff's Complaint.

499. Wal-Mart denies the allegations as set forth in paragraph 499 of Plaintiff's Complaint.

500. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 500 of the Plaintiff's Complaint.

501. Wal-Mart denies the allegations as set forth in paragraph 501 of Plaintiff's Complaint.

## COUNT 12: DEFAMATION

502. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-501 of Plaintiff's Complaint as if set forth fully herein.

503. Wal-Mart denies the allegations as set forth in paragraph 503 of Plaintiff's Complaint.

504. Wal-Mart denies the allegations as set forth in paragraph 504 of Plaintiff's Complaint.

505. Wal-Mart denies the allegations as set forth in paragraph 505 of Plaintiff's Complaint.

506. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 506 of the Plaintiff's Complaint.

507. Wal-Mart denies the allegations as set forth in paragraph 507 of Plaintiff's Complaint.

508. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 508 of the Plaintiff's Complaint.

509. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 509 of the Plaintiff's Complaint.

510. Wal-Mart denies the allegations as set forth in paragraph 510 of Plaintiff's Complaint.

511. Wal-Mart denies the allegations as set forth in paragraph 511 of Plaintiff's Complaint.

512. Wal-Mart denies the allegations as set forth in paragraph 512 of Plaintiff's Complaint.

## COUNT 13: <u>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

513. Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-512 of Plaintiff's Complaint as if set forth fully herein.

514. Wal-Mart denies the allegations as set forth in paragraph 514 of Plaintiff's Complaint.

515. Wal-Mart denies the allegations as set forth in paragraph 515 of Plaintiff's Complaint.

516. Wal-Mart denies the allegations as set forth in paragraph 516 of Plaintiff's Complaint.

517. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 517 of the Plaintiff's Complaint.

518. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 518 of the Plaintiff's Complaint.

519. Wal-Mart denies the allegations as set forth in paragraph 519 of Plaintiff's Complaint.

520. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 520 of the Plaintiff's Complaint.

521.   Wal-Mart denies the allegations as set forth in paragraph 521 of Plaintiff's Complaint.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim against Wal-Mart upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff is estopped from asserting his claims by his own actions.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff is not entitled to equitable relief inasmuch as he has been guilty of inequitable conduct and has failed to come into equity with clean hands.

## FOURTH AFFIRMATIVE DEFENSE

The acts or omissions alleged by the Plaintiff were committed, if at all, by persons or entities for whose conduct Wal-Mart was not and is not legally responsible.

## FIFTH AFFIRMATIVE DEFENSE

Wal-Mart's actions were the subject of privilege, and its conduct was privileged and justified. Therefore, Wal-Mart is not liable to the Plaintiff as alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

If any words were written and published by Wal-Mart as alleged, said words were true and, therefore, justified.

## SEVENTH AFFIRMATIVE DEFENSE

If any words were written and published by Wal-Mart as alleged, said words were written and published without malice in the bona fide performance of a duty owed.

## EIGHTH AFFIRMATIVE DEFENSE

When the Plaintiff was arrested, there was probable cause of making the arrest.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the relevant periods of limitation.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff was not damaged by the alleged acts and omissions of Wal-Mart, and, therefore, he may not recover.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are wholly insubstantial and frivolous in nature and advanced in bad faith by the Plaintiff, and, therefore, Wal-Mart is entitled to the reasonable costs and attorneys' fees it has incurred in defending this action pursuant to M.G.L. c. 231, §6F.

**WHEREFORE**, Defendant Wal-Mart Stores, Inc. demands that the Plaintiff's Complaint against it be dismissed, that the Plaintiff take nothing, and that Wal-Mart Stores, Inc. be awarded its costs, attorneys' fees, and such other relief as this Court deems just.

## DEMAND FOR JURY TRIAL

Defendant Wal-Mart Stores, Inc. hereby demands a trial by a jury.

Dated: March 30, 2004

Respectfully submitted,

WAL-MART STORES, INC.

By its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

_____
Richard E. Quinby, BBO #545641
Chauncey D. Steele IV, BBO #647207
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid on this 30th day of March, 2004.

_____
Chauncey D. Steele IV