UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,
Rosalyn Stults,
Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,
Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,
America's Most Wanted,
National Center for Missing and Exploited Children,
Wal-Mart Stores, Inc.**
Defendants

## MEUSE'S MOTION FOR LEAVE TO FILE VERIFIED SECOND AMENDED COMPLAINT

Now comes Brian J. Meuse ["Meuse] and moves for leave to file a Verified Second Amended Complaint.

As grounds, Meuse states that he has learned the true name of the corporation producing the America's Most Wanted TV crime show. So he changed ¶13 on page 3 of the complaint to reflect the true corporate name, to wit, STF Productions, Inc,

On the previous Amended Complaint, Meuse had substituted the name FOX25News with the true corporate name, to wit, Fox Television Stations, Inc., in ¶12 on page 3.

WHEREFORE, Plaintiff prays this court ALLOW this motion.

Respectfully submitted,
BRIAN J. MEUSE,
By his attorney,

1

31 March 2004

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833
BBO #549972

### CERTIFICATE OF SERVICE

I hereby certify that the within pleading was electronically filed through ECF. A true copy of the above document will have been served by first-class mail on 31 March 2004 upon the attorneys known and of record and to whom notice will not be electronically mailed.

31 March 2004

/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
Barbara C. Johnson