AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Brian Meuse

v.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 CV 10255 EFH

TO: (Name and address of Defendant)

Chief Executive Officer

Wal-Mart Stores, Inc.

c/o Corporation Service Company

84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



2-6-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2/6/04 |
| NAME OF SERVER (PRINT) Francois Gouin Jr | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 84 State St
5th floor   Mrs Danielle Ellenberger

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/6/04
Date

Signature of Server

58 Temple St Boston Ma 02114
Address of Server

4209

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.