%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of
## MASSACHUSETTS

Brian Meuse

v,

**SUMMONS IN A CIVIL CASE**

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

CASE NUMBER:

04 CV 1 C 255 EFH

TO: (Name and address of Defendant)

FOX25News
~~15 Court Square, Suite 350~~     25 Fox Drive
Boston, MA 02108                Dedham, MA 02026
Phone 617-926-2986              781-467-2525

FILED
IN CLERK'S OFFICE

2004 APR -1  P 2: 08

U.S. DISTRICT COURT
DICT OF MASS.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833**

an answer to the complaint which is herewith served upon you, within _____**TWENTY**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

2-6-04

DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/10/04___     _Salme M Lipe_ — Newsroom Coord.
    Date                              Signature of Server

        25 Fox Drive, Dedham MA 02026
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.