AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Brian Meuse

v.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 CV 10255 EFH

TO: (Name and address of Defendant)

Susan Pane
291 Sagewood Drive
Port Orange, Volusia County
Florida 32127

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is herewith served upon you, within **TWENTY** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



2-6-04
DATE

```
Attorney or Depositor:                    Service Sheet Number:  NESWCO-04006666-001
   JOHNSON, BARBARA                            978-474-0833
   6 APPLETREE LANE
   ANDOVER, MA  01810-4102

Name and Address of Court:
   U S DISTRICT COURT
                                                              # Org Documents    1

Plaintiff: BRIAN J MEUSE

Defendant: SUSAN PANE, ROSALYN STULTS, ETC
        TYPE OF SERVICE          | Hearing Date | Time  | Case Number
          (SUM/CMPT)              |   0/00/00    |       | 04-CV10255EFH
```

I, BEN F. JOHNSON, SHERIFF in and for said County and State, do hereby certify that I have received:

   SUMM/CMPT

on the 12th day of FEBRUARY, 2004, and that I served the same on the 16th day of FEBRUARY, 2004, at the hour of 8:53 AM within the County of VOLUSIA, State of FLORIDA, as follows on:

   PARTY TO SERVE: PANE, SUSAN

   PERSON SERVED: PANE, BARBARA   TITLE:

SUBSTITUTE SERVICE, STANDARD: BY SERVING A TRUE COPY OF THIS WRIT WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME TOGETHER WITH A COPY OF THE INITIAL PLEADINGS, IF ANY, TO THE ABOVE NAMED PERSON AT THE DEFENDANT'S USUAL PLACE OF ABODE ON ANY PERSON RESIDING THEREIN FIFTEEN YEARS OF AGE OR OLDER IN ACCORDANCE WITH THE PROVISIONS OF F.S. 48.031(1) AND INFORMING SUCH PERSON OF THEIR CONTENTS.

```
Address Served: 291 SAGEWOOD DR
                PORT ORANGE, FL

Service By
                      BROWN, RICHARD 4165
                                                              Deputy
```

SHERIFF'S FEES              Charges       ** PAID IN FULL
SERVICE FEE                  20.00

** TOTALS **                 20.00        I am a FLORIDA SHERIFF,
                                          and I certify that the foregoing
                                          is true and correct.

VOLUSIA COUNTY SHERIFF'S DEPARTMENT
P O BOX 2658                              BEN F. JOHNSON, SHERIFF
DAYTONA BEACH, FL  32115                  COUNTY OF VOLUSIA
                                          STATE OF FLORIDA
DATE: 2/16/04
ENT PER: LINDA_M                          BY BROWN, RICHARD 4165
                                                                    Deputy