AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

## MASSACHUSETTS

Brian Meuse

v,

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10255 EFH

TO: (Name and address of Defendant)

Rosalyn Stults
14 Lynde St,
Salem, Ma. 01970

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Barbara C. Johnson, Esq.**
**6 Appletree Lane**
**Andover, MA 01810-4102**
**978-474-0833**

an answer to the complaint which is herewith served upon you, within ___**TWENTY**___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(By) DEPUTY CLERK

2-6-04

DATE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

February 18, 2004

I hereby certify and return that on 2/13/2004 at 12:35 pm I served a true and attested copy of the summons and order of notice in this action in the following manner: To wit, by delivering in hand to Rosalyn Stults, at 14 Lynde Street, Salem, MA 01970. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff James St. Pierre

_____
*Deputy Sheriff*

☐ Other (specify): _____

_____

_____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date               *Signature of Server*

                                     _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.