UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br>        Plaintiff,<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS,<br>LT. DETECTIVE DANIEL R. MOYNIHAN,<br>in his official and individual capacities,<br>CAPTAIN DONALD THOMPSON, in his official<br>and individual capacities, CITY OF HAVERHILL,<br>MASSACHUSETTS, LOUIS FREE, in his official<br>Capacity, CHARLES S. PROUTY, in his official<br>and individual capacities, FOX NEWS CHANNEL<br>a/k/a FOX25NEWS, AMERICA'S MOST<br>WANTED, NATIONAL CENTER FOR MISSING<br>AND EXPLOITED CHILDREN, WAL-MART<br>STORES, INC.,<br>        Defendants. | Civil Action No.<br>04CV10255EFH |

## MOTION OF THE DEFENDANT, NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN, TO ADMIT SUSAN BRINKERHOFF, ESQ. *PRO HAC VICE*

Counsel of record for the Defendant, Timothy P. Van Dyck and Windy L. Rosebush, request that this Court grant Susan Brinkerhoff, Esq., the Vice President and General Counsel of the National Center for Missing and Exploited Children, leave to appear *pro hac vice* in this case. In further support of this motion, the Defendant files and incorporates the attached Affidavit of Susan Brinkerhoff, Esq.

NATIONAL CENTER FOR MISSING AND
EXPLOITED CHILDREN
By its attorneys,


_____/s/ Windy L. Rosebush_____
Timothy P. Van Dyck (BBO# 548347)
Windy L. Rosebush (BBO# 636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444


Date: April 13, 2004

### CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically (if registered with ECF) or by first class mail, postage pre-paid on April 13, 2004.

_____/s/ Windy L. Rosebush_____
Windy L. Rosebush

- 2 -