UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br>   Plaintiff,<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS,<br>LT. DETECTIVE DANIEL R. MOYNIHAN,<br>in his official and individual capacities,<br>CAPTAIN DONALD THOMPSON, in his official<br>and individual capacities, CITY OF HAVERHILL,<br>MASSACHUSETTS, LOUIS FREE, in his official<br>Capacity, CHARLES S. PROUTY, in his official<br>and individual capacities, FOX NEWS CHANNEL<br>a/k/a FOX25NEWS, AMERICA'S MOST<br>WANTED, NATIONAL CENTER FOR MISSING<br>AND EXPLOITED CHILDREN, WAL-MART<br>STORES, INC.,<br>   Defendants. | Civil Action No.<br>04CV10255EFH |

### AFFIDAVIT OF SUSAN BRINKERHOFF, ESQ.

I, Susan Brinkerhoff, do hereby depose and state as follows:

 1. I am an attorney at law and the Vice President and General Counsel of the National Center for Missing and Exploited Children.

 2. I am an active member in good standing of the following bars:

- Maryland (no bar number) – admitted December 15, 1998;

- Federal District Court for the District of Maryland (bar number 26203) – admitted July 28, 2000;

- District of Columbia (bar number 460945) – admitted May 8, 2000;

- Federal District Court for the District of Columbia (bar number 460945) – admitted July 2, 2001;

- Virginia (bar number 66141) – admitted January 12, 2004.

3. I am not now and never have been subject to any disciplinary proceedings in any bar in which I am admitted to practice, nor I have ever been disbarred or censured by a court of record or by a state bar association.

4. If admitted *pro hac vice* in this case, I understand that I am charged with knowing and complying with all applicable local rules in the Federal District Court for the District of Massachusetts and with the standard of professional conduct required by members of the Massachusetts bar.

5. Timothy P. Van Dyck and Windy L. Rosebush, of Edwards & Angell, LLP, members of the bar in the Commonwealth of Massachusetts and the Federal District Court for the District of Massachusetts, have been retained by the National Center for Missing and Exploited Children to represent it in this action. Attorneys Van Dyck and Rosebush will oversee the litigation and will be regularly consulted throughout this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF APRIL, 2004.

*Susan Brinkerhoff*