UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

_____
                                                    )
BRIAN J. MEUSE,                                     )
                          Plaintiff,                )
                                                    )
v.                                                  )
                                                    )
SUSAN PANE, ROSALYN STULTS,                         )
LT. DETECTIVE DANIEL R. MOYNIHAN,                   )
in his official and individual capacities,          )
CAPTAIN DONALD THOMPSON, in his official )          Civil Action No.
and individual capacities, CITY OF HAVERHILL, )     04CV10255EFH
MASSACHUSETTS, LOUIS FREE, in his official )
Capacity, CHARLES S. PROUTY, in his official )
and individual capacities, FOX NEWS CHANNEL )
a/k/a FOX25NEWS, AMERICA'S MOST                     )
WANTED, NATIONAL CENTER FOR MISSING )
AND EXPLOITED CHILDREN, WAL-MART )
STORES, INC.,                                       )
                          Defendants.               )
_____)

**DEFENDANT NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN'S
ANSWER TO THE PLAINTIFF'S COMPLAINT**

The Defendant, National Center for Missing and Exploited Children ("NCMEC"), hereby

answers the allegations in the Complaint filed by the Plaintiff, Brian J. Meuse ("Plaintiff"), as set

forth below:

1.  The allegations set forth in paragraph 1 of the Plaintiff's Complaint contain legal
conclusions to which NCMEC need not reply.  In the event that these allegations are construed to
require a response, the Defendant denies the same.

2.  The allegations set forth in paragraph 2 of the Plaintiff's Complaint contain legal
conclusions to which NCMEC need not reply.  In the event that these allegations are construed to
require a response, the Defendant denies the same.

3.  NCMEC is without knowledge or information sufficient to form a belief as to the
truth of the allegations set forth in paragraph 3 of the Plaintiff's Complaint and, therefore, calls
upon Plaintiff to prove the same.

4.   The allegations set forth in paragraph 4 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

5.   The allegations set forth in paragraph 5 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

6.   The allegations set forth in paragraph 6 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

7.   The allegations set forth in paragraph 7 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

8.   The allegations set forth in paragraph 8 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

9.   The allegations set forth in paragraph 9 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

10. The allegations set forth in paragraph 10 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

11. The allegations set forth in paragraph 11 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

12. The allegations set forth in paragraph 12 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

13. NCMEC admits that America's Most Wanted is a "Gold Partner," meaning it made a certain charitable contribution to NCMEC.   The remaining allegations set forth in paragraph 13 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.   To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or

information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

14. NCMEC admits that it has an address at 699 Prince Street, Alexandria, VA. NCMEC admits that Wal-Mart is a "Premiere Partner," meaning it made a certain charitable contribution to NCMEC. All other allegations contained in paragraph 14 are denied.

15. NCMEC admits that Wal-Mart is a "Premiere Partner," meaning it made a certain charitable contribution to NCMEC. The remaining allegations set forth in paragraph 15 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

16. The allegations set forth in paragraph 16 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

17. The allegations set forth in paragraph 17 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

18. The allegations set forth in paragraph 18 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

19. The allegations set forth in paragraph 19 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

20. The allegations set forth in paragraph 20 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

21. The allegations set forth in paragraph 21 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

22. The allegations set forth in paragraph 22 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

23. The allegations set forth in paragraph 23 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to

BOS_BOS_442155_2.DOC

apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

24. The allegations set forth in paragraph 24 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

25. The allegations set forth in paragraph 25 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

26. The allegations set forth in paragraph 26 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

27. The allegations set forth in paragraph 27 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

28. The allegations set forth in paragraph 28 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

29. The allegations set forth in paragraph 29 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

30. The allegations set forth in paragraph 30 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

31. The allegations set forth in paragraph 31 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

32. The allegations set forth in paragraph 32 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

33. The allegations set forth in paragraph 33 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

34. The allegations set forth in paragraph 34 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

35. The allegations set forth in paragraph 35 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

36. The allegations set forth in paragraph 36 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

37. The allegations set forth in paragraph 37 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

38. The allegations set forth in paragraph 38 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

39. The allegations set forth in paragraph 39 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

40. The allegations set forth in paragraph 40 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

41. The allegations set forth in paragraph 41 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

42. The allegations set forth in paragraph 42 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

     BOS_BOS_442155_2.DOC

43. The allegations set forth in paragraph 43 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

44. The allegations set forth in paragraph 44 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

45. The allegations set forth in paragraph 45 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

46. The allegations set forth in paragraph 46 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

47. The allegations set forth in paragraph 47 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

48. The allegations set forth in paragraph 48 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

49. The allegations set forth in paragraph 49 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

50. The allegations set forth in paragraph 50 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

51. The allegations set forth in paragraph 51 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

52. The allegations set forth in paragraph 52 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

53. The allegations set forth in paragraph 53 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

54. The allegations set forth in paragraph 54 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

55. The allegations set forth in paragraph 55 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

56. The allegations set forth in paragraph 56 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

57. The allegations set forth in paragraph 57 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

58. The allegations set forth in paragraph 58 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

59. The allegations set forth in paragraph 59 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

60. The allegations set forth in paragraph 60 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

61. The allegations set forth in paragraph 61 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

62. The allegations set forth in paragraph 62 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

63. The allegations set forth in paragraph 63 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

64. The allegations set forth in paragraph 64 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

65. The allegations set forth in paragraph 65 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

66. The allegations set forth in paragraph 66 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

67. The allegations set forth in paragraph 67 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

68. The allegations set forth in paragraph 68 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

69. The allegations set forth in paragraph 69 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

70. The allegations set forth in paragraph 70 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

71. The allegations set forth in paragraph 71 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

72. The allegations set forth in paragraph 72 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

73. The allegations set forth in paragraph 73 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

74. The allegations set forth in paragraph 74 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

75. The allegations set forth in paragraph 75 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

76. The allegations set forth in paragraph 76 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

77. The allegations set forth in paragraph 77 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

78. The allegations set forth in paragraph 78 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

79. The allegations set forth in paragraph 79 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

80. The allegations set forth in paragraph 80 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

81. The allegations set forth in paragraph 81 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

82. The allegations set forth in paragraph 82 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

83. The allegations set forth in paragraph 83 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

84. The allegations set forth in paragraph 84 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

85. The allegations set forth in paragraph 85 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

86. The allegations set forth in paragraph 86 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

87. The allegations set forth in paragraph 87 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

88. The allegations set forth in paragraph 88 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

89. The allegations set forth in paragraph 89 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

90. The allegations set forth in paragraph 90 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

91. The allegations set forth in paragraph 91 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

92. The allegations set forth in paragraph 92 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

93. The allegations set forth in paragraph 93 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

94. The allegations set forth in paragraph 94 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

95. The allegations set forth in paragraph 95 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

96. The allegations set forth in paragraph 96 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

97. The allegations set forth in paragraph 97 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

98. The allegations set forth in paragraph 98 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

99. The allegations set forth in paragraph 99 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

100. The allegations set forth in paragraph 100 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

101. The allegations set forth in paragraph 101 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

102. The allegations set forth in paragraph 102 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

103.    The allegations set forth in paragraph 103 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

104.    The allegations set forth in paragraph 104 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

105.    The allegations set forth in paragraph 105 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

106.    The allegations set forth in paragraph 106 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

107.    The allegations set forth in paragraph 107 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

108.    The allegations set forth in paragraph 108 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

109.    The allegations set forth in paragraph 109 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

110.    The allegations set forth in paragraph 110 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

111.    The allegations set forth in paragraph 111 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

112.    The allegations set forth in paragraph 112 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

113.    The allegations set forth in paragraph 113 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

114.    The allegations set forth in paragraph 114 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

115.    The allegations set forth in paragraph 115 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

116.    The allegations set forth in paragraph 116 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

117.    The allegations set forth in paragraph 117 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

118.    The allegations set forth in paragraph 118 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

119.    The allegations set forth in paragraph 119 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

120.    The allegations set forth in paragraph 120 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

121.    The allegations set forth in paragraph 121 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

122.    The allegations set forth in paragraph 122 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

123.    The allegations set forth in paragraph 123 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

124.    The allegations set forth in paragraph 124 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

125.    The allegations set forth in paragraph 125 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

126.    The allegations set forth in paragraph 126 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

127.    The allegations set forth in paragraph 127 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

128.    The allegations set forth in paragraph 128 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

129.    The allegations set forth in paragraph 129 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

130.    The allegations set forth in paragraph 130 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

131.    The allegations set forth in paragraph 131 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

132.    The allegations set forth in paragraph 132 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

133.    The allegations set forth in paragraph 133 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

134.    The allegations set forth in paragraph 134 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

135.    The allegations set forth in paragraph 135 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

136.    The allegations set forth in paragraph 136 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

137.    The allegations set forth in paragraph 137 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

138.    The allegations set forth in paragraph 138 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

139.    The allegations set forth in paragraph 139 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

140.    The allegations set forth in paragraph 140 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

141.    The allegations set forth in paragraph 141 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

142.    The allegations set forth in paragraph 142 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

143.    The allegations set forth in paragraph 143 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

144.    The allegations set forth in paragraph 144 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

145.    The allegations set forth in paragraph 145 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

146.    The allegations set forth in paragraph 146 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

147.    The allegations set forth in paragraph 147 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

148.    The allegations set forth in paragraph 148 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

149.    The allegations set forth in paragraph 149 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

150.    The allegations set forth in paragraph 150 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

151.    The allegations set forth in paragraph 151 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

152.    The allegations set forth in paragraph 152 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

153.    The allegations set forth in paragraph 153 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

154.    The allegations set forth in paragraph 154 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

155.    The allegations set forth in paragraph 155 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

156.    The allegations set forth in paragraph 156 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

157.    The allegations set forth in paragraph 157 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

158.    The allegations set forth in paragraph 158 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

159.    The allegations set forth in paragraph 159 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

160.    The allegations set forth in paragraph 160 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

161.    The allegations set forth in paragraph 161 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

162.    The allegations set forth in paragraph 162 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

163.    The allegations set forth in paragraph 163 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

164.    The allegations set forth in paragraph 164 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

165.    The allegations set forth in paragraph 165 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

166.    The allegations set forth in paragraph 166 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

167.    The allegations set forth in paragraph 167 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

168.    The allegations set forth in paragraph 168 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

169.    The allegations set forth in paragraph 169 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

170.    The allegations set forth in paragraph 170 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

171.    The allegations set forth in paragraph 171 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

172.    The allegations set forth in paragraph 172 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

173.    The allegations set forth in paragraph 173 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

174.    The allegations set forth in paragraph 174 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

175.    The allegations set forth in paragraph 175 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

176.    The allegations set forth in paragraph 176 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

177.    The allegations set forth in paragraph 177 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

178.    The allegations set forth in paragraph 178 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

179.    The allegations set forth in paragraph 179 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

180.    The allegations set forth in paragraph 180 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

181.    The allegations set forth in paragraph 181 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

182.    The allegations set forth in paragraph 182 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

183.    The allegations set forth in paragraph 183 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

184.    The allegations set forth in paragraph 184 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

185.    The allegations set forth in paragraph 185 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

186.    The allegations set forth in paragraph 186 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

187.    The allegations set forth in paragraph 187 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

188.    The allegations set forth in paragraph 188 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

189.    The allegations set forth in paragraph 189 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

190.    The allegations set forth in paragraph 190 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

191.    The allegations set forth in paragraph 191 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

192.    The allegations set forth in paragraph 192 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

193.    The allegations set forth in paragraph 193 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

194.    The allegations set forth in paragraph 194 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

195.    The allegations set forth in paragraph 195 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

196.    The allegations set forth in paragraph 196 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

197.    The allegations set forth in paragraph 197 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

198.    The allegations set forth in paragraph 198 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

199.    The allegations set forth in paragraph 199 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

200.    The allegations set forth in paragraph 200 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

201.    The allegations set forth in paragraph 201 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

202.    The allegations set forth in paragraph 202 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

203.    The allegations set forth in paragraph 203 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

204.    The allegations set forth in paragraph 204 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

205.    The allegations set forth in paragraph 205 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

206.    The allegations set forth in paragraph 206 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

207.    The allegations set forth in paragraph 207 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

208.    The allegations set forth in paragraph 208 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

209.    The allegations set forth in paragraph 209 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

210.    The allegations set forth in paragraph 210 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

211.    The allegations set forth in paragraph 211 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

212.    The allegations set forth in paragraph 212 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

213.    The allegations set forth in paragraph 213 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

214.    The allegations set forth in paragraph 214 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

215.    The allegations set forth in paragraph 215 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

216.    The allegations set forth in paragraph 216 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

217.    The allegations set forth in paragraph 217 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

218.    The allegations set forth in paragraph 218 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

219.    The allegations set forth in paragraph 219 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

220.    The allegations set forth in paragraph 220 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

221.    The allegations set forth in paragraph 221 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

222.    The allegations set forth in paragraph 222 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

223.    The allegations set forth in paragraph 223 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

224.    The allegations set forth in paragraph 224 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

225.    The allegations set forth in paragraph 225 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

226.    The allegations set forth in paragraph 226 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

227.    The allegations set forth in paragraph 227 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

228.    The allegations set forth in paragraph 228 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

229.    The allegations set forth in paragraph 229 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

230.    The allegations set forth in paragraph 230 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

231.    The allegations set forth in paragraph 231 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

232.    The allegations set forth in paragraph 232 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

233.    The allegations set forth in paragraph 233 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

234.    The allegations set forth in paragraph 234 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

235.    The allegations set forth in paragraph 235 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

236.    The allegations set forth in paragraph 236 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

237.    The allegations set forth in paragraph 237 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

238.    The allegations set forth in paragraph 238 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

239.    The allegations set forth in paragraph 239 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

240.    The allegations set forth in paragraph 240 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

241.    The allegations set forth in paragraph 241 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

242.    The allegations set forth in paragraph 242 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

243.    The allegations set forth in paragraph 243 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

244.    The allegations set forth in paragraph 244 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

245.    The allegations set forth in paragraph 245 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

246.    The allegations set forth in paragraph 246 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

247.    The allegations set forth in paragraph 247 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

248.    The allegations set forth in paragraph 248 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

249.    The allegations set forth in paragraph 249 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

250.    The allegations set forth in paragraph 250 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

251.    The allegations set forth in paragraph 251 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

252.    The allegations set forth in paragraph 252 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

253.    The allegations set forth in paragraph 253 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

254.    The allegations set forth in paragraph 254 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

255.    The allegations set forth in paragraph 255 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

256.    The allegations set forth in paragraph 256 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

257.    The allegations set forth in paragraph 257 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

258.    The allegations set forth in paragraph 258 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

259.    The allegations set forth in paragraph 259 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

260.    The allegations set forth in paragraph 260 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

261.    The allegations set forth in paragraph 261 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

262.    The allegations set forth in paragraph 262 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

263.    The allegations set forth in paragraph 263 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

264.    The allegations set forth in paragraph 264 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

265.    The allegations set forth in paragraph 265 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

266.    The allegations set forth in paragraph 266 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

267.    The allegations set forth in paragraph 267 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

268.    The allegations set forth in paragraph 268 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

269.    The allegations set forth in paragraph 269 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

270.    The allegations set forth in paragraph 270 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

271.    The allegations set forth in paragraph 271 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

272.    The allegations set forth in paragraph 272 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

273.    The allegations set forth in paragraph 273 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

274.    The allegations set forth in paragraph 274 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

275.    The allegations set forth in paragraph 275 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

276.    The allegations set forth in paragraph 276 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

277.    The allegations set forth in paragraph 277 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

278.    The allegations set forth in paragraph 278 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

279.    The allegations set forth in paragraph 279 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

280.    The allegations set forth in paragraph 280 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

281.    The allegations set forth in paragraph 281 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

282.    The allegations set forth in paragraph 282 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

283.    The allegations set forth in paragraph 283 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

284.    The allegations set forth in paragraph 284 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

285.    The allegations set forth in paragraph 285 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

286.    The allegations set forth in paragraph 286 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

287.    The allegations set forth in paragraph 287 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

288.    The allegations set forth in paragraph 288 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

289.    The allegations set forth in paragraph 289 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

290.    The allegations set forth in paragraph 290 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

291.    The allegations set forth in paragraph 291 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

292.    The allegations set forth in paragraph 292 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

293.    The allegations set forth in paragraph 293 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

294.    The allegations set forth in paragraph 294 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

295.    The allegations set forth in paragraph 295 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

296.    The allegations set forth in paragraph 296 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

297.    The allegations set forth in paragraph 297 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

298.    NCMEC denies that Pane had "about 50 conversations" with NCMEC between October 2000 and March 22, 2001.  The other allegations set forth in paragraph 297 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

299.    NCMEC admits that Pane provided it with pictures, height, weight, skin color, and requested that a poster issue for her child.   The remaining allegations set forth in paragraph 299 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

300.    NCMEC denies that Pane provided posters to NCMEC.   The remaining allegations set forth in paragraph 300 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

301.    The allegations set forth in paragraph 300 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

302.    The allegations set forth in paragraph 302 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

303.    The allegations set forth in paragraph 303 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

304.    The allegations set forth in paragraph 304 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

305.    The allegations set forth in paragraph 305 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

306.    NCMEC admits that its poster identified the Plaintiff as "Abductor" and states that an FBI warrant was issued for the Plaintiff for unlawful flight to avoid prosecution on November 6, 2000.

307.    The allegations set forth in paragraph 307 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

308.    The allegations set forth in paragraph 308 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

309.    The allegations set forth in paragraph 309 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

310.    The allegations set forth in paragraph 310 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

311.    The allegations set forth in paragraph 311 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

312.    The allegations set forth in paragraph 312 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are

construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

313.    The allegations set forth in paragraph 313 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

314.    The allegations set forth in paragraph 314 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

315.    The allegations set forth in paragraph 315 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

316.    The allegations set forth in paragraph 316 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

317.    The allegations set forth in paragraph 317 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

318.    The allegations set forth in paragraph 318 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

319.    The allegations set forth in paragraph 319 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

320.    The allegations set forth in paragraph 320 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

321.    The allegations set forth in paragraph 321 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

322.    The allegations set forth in paragraph 322 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

323.    The allegations set forth in paragraph 323 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

324.    The allegations set forth in paragraph 324 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

325.    The allegations set forth in paragraph 325 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

326.    The allegations set forth in paragraph 326 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

327.    The allegations set forth in paragraph 327 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

328.    The allegations set forth in paragraph 328 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

329.    The allegations set forth in paragraph 329 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

330.    The allegations set forth in paragraph 330 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

331.    The allegations set forth in paragraph 331 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

332.    The allegations set forth in paragraph 332 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

333.    The allegations set forth in paragraph 333 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

334.    The allegations set forth in paragraph 334 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

335.    The allegations set forth in paragraph 335 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

336.    The allegations set forth in paragraph 336 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

337.    The allegations set forth in paragraph 337 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

338.    The allegations set forth in paragraph 338 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

339.    The allegations set forth in paragraph 339 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

340.    The allegations set forth in paragraph 340 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

341.    The allegations set forth in paragraph 341 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

342.    The allegations set forth in paragraph 342 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

343.    The allegations set forth in paragraph 343 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

344.    The allegations set forth in paragraph 344 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

345.    The allegations set forth in paragraph 345 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

346.    The allegations set forth in paragraph 346 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

347.    The allegations set forth in paragraph 347 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

348.    The allegations set forth in paragraph 348 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

349.    The allegations set forth in paragraph 349 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

350.    The allegations set forth in paragraph 350 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

351.    The allegations set forth in paragraph 351 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

352. The allegations set forth in paragraph 352 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

353. The allegations set forth in paragraph 353 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

354. The allegations set forth in paragraph 354 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

355. The allegations set forth in paragraph 355 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

356. The allegations set forth in paragraph 356 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

357. The allegations set forth in paragraph 357 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

358. The allegations set forth in paragraph 358 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

359. The allegations set forth in paragraph 359 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

360. The allegations set forth in paragraph 360 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

361. The allegations set forth in paragraph 361 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required. To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

362.    The allegations set forth in paragraph 362 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

363.    The allegations set forth in paragraph 363 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

364.    The allegations set forth in paragraph 364 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

365.    The allegations set forth in paragraph 365 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

366.    The allegations set forth in paragraph 366 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

367.    The allegations set forth in paragraph 367 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

368.    The allegations set forth in paragraph 368 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

369.    The allegations set forth in paragraph 369 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

370.    The allegations set forth in paragraph 370 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

371.    The allegations set forth in paragraph 371 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

372.    The allegations set forth in paragraph 372 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

373.    The allegations set forth in paragraph 373 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

374.    The allegations set forth in paragraph 374 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

375.    The allegations set forth in paragraph 375 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

376.    The allegations set forth in paragraph 376 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

377.    The allegations set forth in paragraph 377 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

378.    The allegations set forth in paragraph 378 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

379.    The allegations set forth in paragraph 379 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

380.    The allegations set forth in paragraph 380 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

381.    The allegations set forth in paragraph 381 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

382.    The allegations set forth in paragraph 382 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

383.    The allegations set forth in paragraph 383 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

384.    The allegations set forth in paragraph 384 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

385.    The allegations set forth in paragraph 385 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

386.    The allegations set forth in paragraph 386 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

387.    The allegations set forth in paragraph 387 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

388.    The allegations set forth in paragraph 388 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

389.    The allegations set forth in paragraph 389 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

390.    The allegations set forth in paragraph 390 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

391.    The allegations set forth in paragraph 391 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

BOS_BOS_442155_2.DOC

392.    The allegations set forth in paragraph 392 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

393.    The allegations set forth in paragraph 393 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

394.    The allegations set forth in paragraph 394 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

395.    The allegations set forth in paragraph 395 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

396.    The allegations set forth in paragraph 396 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

## COUNT I: VIOLATIONS OF 42 U.S.C. § 1983: ARREST

397.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 396 of Plaintiff's Complaint as if each were set forth here in its entirety.

398.    The allegations set forth in paragraph 398 of the Plaintiff's Complaint are denied.

399.    The allegations set forth in paragraph 399of the Plaintiff's Complaint, including all of the subsections thereunder, are denied.

400.     The allegations set forth in paragraph 400 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

401.    The allegations set forth in paragraph 401 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

402.    The allegations set forth in paragraph 402 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

403.    The allegations set forth in paragraph 403 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

404.    The allegations set forth in paragraph 404 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

405.    The allegations set forth in paragraph 405 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

406.    The allegations set forth in paragraph 406 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

407.    The allegations set forth in paragraph 407 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

408.    The allegations set forth in paragraph 408 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

409.    The allegations set forth in paragraph 409 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 2: VIOLATIONS OF 42 U.S.C. § 1983: DETENTION AND CONFINEMENT

410.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 409 of Plaintiff's Complaint as if each were set forth here in its entirety.

411.    The allegations set forth in paragraph 411 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 3: VIOLATIONS OF 42 U.S.C. § 1983: CONSPIRACY

412.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 411 of Plaintiff's Complaint as if each were set forth here in its entirety.

413.    The allegations set forth in paragraph 413 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

414.    The allegations set forth in paragraph 414 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

415.    The allegations set forth in paragraph 415 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

416.    The allegations set forth in paragraph 416 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

417.    The allegations set forth in paragraph 417 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

418.    The allegations set forth in paragraph 418 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

419.    NCMEC admits that it utilized information from the FBI for the poster of Meuse and Marissa.  The remaining allegations set forth in paragraph 419 of the Plaintiff's Complaint are denied.

420.    The allegations set forth in paragraph 420 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

421.    The allegations set forth in paragraph 421 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

422.    The allegations set forth in paragraph 422 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

423.    The allegations set forth in paragraph 423 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

424.    The allegations set forth in paragraph 424 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

425.    The allegations set forth in paragraph 425 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

426.    The allegations set forth in paragraph 426 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

427.    The allegations set forth in paragraph 427 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

428.    The allegations set forth in paragraph 428 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

429.    The allegations set forth in paragraph 429 of the Plaintiff's Complaint are denied.

430.    The allegations set forth in paragraph 430 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

431.    The allegations set forth in paragraph 431 of the Plaintiff's Complaint are denied.

432.    The allegations set forth in paragraph 432 of the Plaintiff's Complaint are denied.

433.    The allegations set forth in paragraph 433 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 4: VIOLATIONS OF 42 U.S.C. § 1983: REFUSING OR NEGLECTING TO PREVENT

434.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 433 of Plaintiff's Complaint as if each were set forth here in its entirety.

435.    The allegations set forth in paragraph 435 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

436.    The allegations set forth in paragraph 436 of the Plaintiff's Complaint are denied.

BOS_BOS_442155_2.DOC

437.    The allegations set forth in paragraph 437 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

438.    The allegations set forth in paragraph 438 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

439.    The allegations set forth in paragraph 439 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

440.    The allegations set forth in paragraph 440 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.


## COUNT 5: MALICIOUS PROSECUTION

441.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 440 of Plaintiff's Complaint as if each were set forth here in its entirety.

442.    The allegations set forth in paragraph 442 of the Plaintiff's Complaint are denied.

443.    The allegations set forth in paragraph 443 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

444.    The allegations set forth in paragraph 444 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

445.    The allegations set forth in paragraph 445 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

446.    The allegations set forth in paragraph 446 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

447.    The allegations set forth in paragraph 447 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

448.    The allegations set forth in paragraph 448 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

449.    The allegations set forth in paragraph 449 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

450.    The allegations set forth in paragraph 450 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

451.    The allegations set forth in paragraph 451 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

452.    The allegations set forth in paragraph 452 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

453.    The allegations set forth in paragraph 453 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

454.    The allegations set forth in paragraph 454 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

455.    The allegations set forth in paragraph 455 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

456.    The allegations set forth in paragraph 456 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 6: ABUSE OF PROCESS

457.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 456 of Plaintiff's Complaint as if each were set forth here in its entirety.

458.    The allegations set forth in paragraph 458 of the Plaintiff's Complaint are denied.

459.    The allegations set forth in paragraph 459 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

460.    The allegations set forth in paragraph 460 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

461.    The allegations set forth in paragraph 461 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

462.    The allegations set forth in paragraph 462 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

463.    The allegations set forth in paragraph 463 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

464.    The allegations set forth in paragraph 464 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 7: VIOLATION OF MASS. CIVIL RIGHTS ACT, MASS. GEN. LAWS CH. 12, § 11I

465.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 464 of Plaintiff's Complaint as if each were set forth here in its entirety.

BOS_BOS_442155_2.DOC

466.    The allegations set forth in paragraph 466 of the Plaintiff's Complaint are denied.

467.    The allegations set forth in paragraph 467 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

468.    The allegations set forth in paragraph 468 of the Plaintiff's Complaint are denied.

469.    The allegations set forth in paragraph 469 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

470.    The allegations set forth in paragraph 470 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.


## COUNT 8: FALSE ARREST AND IMPRISONMENT

471.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 471 of Plaintiff's Complaint as if each were set forth here in its entirety.

472.    The allegations set forth in paragraph 472 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

473.    The allegations set forth in paragraph 473 of the Plaintiff's Complaint are denied.

474.    The allegations set forth in paragraph 474 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

475.    The allegations set forth in paragraph 475 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

476.    The allegations set forth in paragraph 476 of the Plaintiff's Complaint are denied.

477.    The allegations set forth in paragraph 477 of the Plaintiff's Complaint are denied.

478.    The allegations set forth in paragraph 478 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

  BOS_BOS_442155_2.DOC

## COUNT 9: ASSAULT

479.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 479 of Plaintiff's Complaint as if each were set forth here in its entirety.

480.    The allegations set forth in paragraph 480 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

481.    The allegations set forth in paragraph 481 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

482.    NCMEC denies that it engaged in any threatening conduct.  The remaining allegations set forth in paragraph 482 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

483.    The allegations set forth in paragraph 483 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 10: BATTERY

484.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 483 of Plaintiff's Complaint as if each were set forth here in its entirety.

485.    The allegations set forth in paragraph 485 of the Plaintiff's Complaint are denied.

486.    The allegations set forth in paragraph 486 of the Plaintiff's Complaint are denied.

487.    The allegations set forth in paragraph 487 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT II: CONSPIRACY

488.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 488 of Plaintiff's Complaint as if each were set forth here in its entirety.

489.    The allegations set forth in paragraph 489 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

490.    The allegations set forth in paragraph 490 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

491.    The allegations set forth in paragraph 491 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

492.    The allegations set forth in paragraph 492 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

493.    The allegations set forth in paragraph 493 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

494.    The allegations set forth in paragraph 494 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

495.    The allegations set forth in paragraph 495 of the Plaintiff's Complaint are denied.

496.    NCMEC admits that Wal-Mart is a "Premiere Partner," meaning it made a certain charitable contribution to NCMEC.    The remaining allegations set forth in paragraph 15 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

497.    The allegations set forth in paragraph 497 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

498.    The allegations set forth in paragraph 498 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

499.    The allegations set forth in paragraph 499 of the Plaintiff's Complaint are denied.

500.    The allegations set forth in paragraph 500 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.    To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

501.    The allegations set forth in paragraph 501 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 12:   DEFAMATION

502.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 501 of Plaintiff's Complaint as if each were set forth here in its entirety.

503.    The allegations set forth in paragraph 503 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

504.    The allegations set forth in paragraph 504 of the Plaintiff's Complaint are denied.

505.    The allegations set forth in paragraph 505 of the Plaintiff's Complaint, including the subsections thereunder, are denied.

506.    The allegations set forth in paragraph 506 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

507.    The allegations set forth in paragraph 507 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

508.    NCMEC denies that it sponsored the "My Child Has Been Stolen" episode of Sally Jesse Raphael.

509.    The allegations set forth in paragraph 509 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

510.    The allegations set forth in paragraph 510 of the Plaintiff's Complaint are denied.

511.    The allegations set forth in paragraph 511 of the Plaintiff's Complaint are denied.

512.    The allegations set forth in paragraph 512 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## COUNT 13:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

513.    NCMEC repeats and reavers fully herein its Answers to paragraphs 1 through 512 of Plaintiff's Complaint as if each were set forth here in its entirety.

514.    The allegations set forth in paragraph 514 of the Plaintiff's Complaint are denied.

515.    The allegations set forth in paragraph 515 of the Plaintiff's Complaint are denied.

516.    The allegations set forth in paragraph 516 of the Plaintiff's Complaint are denied.

517.    The allegations set forth in paragraph 517 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

518.    The allegations set forth in paragraph 518 of the Plaintiff's Complaint are denied.

519.    The allegations set forth in paragraph 519 of the Plaintiff's Complaint are denied.

520.    The allegations set forth in paragraph 520 of the Plaintiff's Complaint do not pertain to NCMEC, therefore, no answer is required.  To the extent that the allegations are construed to apply to NCMEC, it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, calls upon Plaintiff to prove same.

521.    The allegations set forth in paragraph 519 of the Plaintiff's Complaint are denied.

Wherefore, NCMEC denies that the Plaintiff is entitled to any relief whatsoever as to NCMEC and requests that judgment enter on NCMEC's behalf, together with interest and costs.

## AFFIRMATIVE DEFENSES

Having denied each and every allegation of the Plaintiff's Complaint not specifically admitted above, NCMEC by way of affirmative defenses states and avers as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint and each respective count thereof fail to state a cause of action for which relief can be granted against NCMEC.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint and each respective count thereof are barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint and each respective count thereof are barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

There was no relationship between NCMEC and the Plaintiff at any time that would give rise to a duty on the part of  NCMEC to protect persons such as the Plaintiff.  Any harm allegedly suffered by the Plaintiff was the result of acts or omissions by persons, including the Plaintiff, for whom NCMEC was not and is not legally responsible.

BOS_BOS_442155_2.DOC

## FIFTH AFFIRMATIVE DEFENSE

NCMEC is, and was at the time of the occurrence alleged in the Plaintiff's Complaint, a private charitable organization, and if any tort was committed by the Defendant, which the Defendant denies, it was committed during the course of activities carried on to accomplish directly the charitable purposes of the corporation and therefore its liability, if any, is limited.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims under 42 U.S.C. § 1983 should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC is a state or governmental actor, acting under color of law, which is a necessary element to such a claim.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims under Mass. Gen Laws ch. 12, § 11I should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC threatened, intimidated or coerced the Plaintiff with the intent to deprive him of his civil rights or other legally recognized right.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claim for abuse of process should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC initiated, participated in or abused any legal process with regard to the Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claim for false arrest should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC initiated or participated in the arrest or confinement of the Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for false imprisonment should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC initiated or participated in the imprisonment of the Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for assault should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC threatened the Plaintiff in any manner, engaged in any overt gesture toward the Plaintiff, or placed the Plaintiff in a state of reasonable apprehension of an imminent unauthorized touching or immediate physical harm.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claim for battery should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC intentionally and offensively touched the Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for conspiracy should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC conspired with any other person to do any harm to the Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for defamation should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC published any false or defamatory statement about the Plaintiff. Furthermore, both the fair reporting privilege and the Digital Millenium Copyright Act protect NCMEC's alleged statements.

## FIFTEENTH AFFIRMATIVE DEFENSE

Any statement or information published by NCMEC was at the express request and consent of Susan Pane, the child's parent, and were based upon a Court Order issued by the Essex Probate and Family Court and information contained on the FBI's National Crime Information Center Database and its related warrant for the arrest of the Plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for intentional infliction of emotional distress should be dismissed because the Plaintiff did not allege and cannot prove that NCMEC took any intentional action which was extreme or outrageous.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims which require a conspiracy, malice or willful and intentional action as an element of the claim have not been plead with sufficient specificity as to NCMEC and should be dismissed.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting claims against NCMEC based upon his own actions.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to equitable relief based upon the doctrine of unclean hands.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff was not damaged by the acts or omissions of NCMEC and, therefore, he may not recover.

BOS_BOS_442155_2.DOC

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are wholly unsubstantiated, frivolous, and advanced in bad faith by the plaintiff, entitling NCMEC to recover its reasonable costs and attorneys' fees which it incurred to defend this action pursuant to Mass. Gen. Laws ch. 231, § 6F.

## THE DEFENDANT DEMANDS A TRIAL BY JURY

NATIONAL CENTER FOR MISSING AND
EXPLOITED CHILDREN
By its attorneys,


_____/s/ Timothy P. Van Dyck_____
Timothy P. Van Dyck (BBO# 548347)
Windy L. Rosebush (BBO# 636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444

Date: April 21, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this day of April 21, 2004, I caused a copy of the foregoing document to be served upon all counsel registered with ECF by electronic service.  All other counsel were served by first class mail, postage pre-paid.

_____/s/ Windy L. Rosebush_____
Windy L. Rosebush

BOS_BOS_442155_2.DOC