UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10255-EFH

BRIAN J. MEUSE
    PLAINTIFF,

V.

SUSAN PANE, ROSALYN STULTS, ET AL.
    DEFENDANT.

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Rosalyn Stults in the above matter.

Respectfully submitted,

**ROSALYN STULTS**
By her attorneys,

_____
George A. Berman, Esq., BBO No. 040200
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

ID # 390404v01/9522-1/ 04.21.2004

## CERTIFICATE OF SERVICE

I hereby certify that on this _26th_ day of April, 2004, I served a copy of the foregoing by mail, postage prepaid to all counsel of record.

Barbara C. Johnson, 6 Appletree Lane, Andover, MA 01810-4102.

_____
Susan E. Cohen, Esq.

ID # 390361v01/8000-81/ 04.26.2004