UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse,<br>        Plaintiff,<br><br>v.<br><br>Susan Pane, et al.,<br>        Defendants. | CIVIL ACTION NO. 04-10255-EFH |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Marjunette deMagistris of the firm of Peabody & Arnold LLP as counsel for the defendant, Rosalyn Stults, in the above-captioned matter.

Respectfully submitted,
THE DEFENDANT,
Rosalyn Stults,
By her attorneys,
PEABODY & ARNOLD LLP

George A. Berman, BBO# 040200
Marjunette deMagistris, BBO# 648133
30 Rowes Wharf
Boston, MA 02110
617-951-2100

Date: 5/3/04

1

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, certify that on this 3 day of May 2004, I served the within

Notice of Appearance by first class mail, postage prepaid, to:

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810

Rodney S. Dowell, Esq.
Berman & Dowell
210 Commercial Street
Boston, MA 02109

Richard E. Quinby, Esq.
Chauncey D. Steele, Esq.
Craig & Macauley, PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Timothy P. Van Dyck, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Jeffrey P. Hermes, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

_____
Marjunette deMagistris