UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse,<br>        Plaintiff,<br>v.<br>Susan Pane, et al.,<br>        Defendants. | CIVIL ACTION NO. 04-10255-EFH |

## DEFENDANT, ROSALYN STULTS' RULE 26(A)(1) INITIAL DISCLOSURES

The Defendant, Rosalyn Stults ("Stults"), hereby makes the following initial disclosures required under Rule 26(a)(1) of the Federal and Local Rules of Civil Procedure.

### A. Individuals likely to have discoverable information that may be used to support defenses:

Rosalyn Stults, 14 Lynde Street, Salem, Massachusetts

Susan Pane, 291 Sagewood Drive, Port Orange, Florida

Brian J. Meuse, 115 Oxford Avenue, Haverhill, Massachusetts

Barbara Johnson, 6 Appletree Lane, Andover, Massachusetts

Daniel Moynihan of Haverhill Police Department, 40 Bailey Place, Haverhill, Massachusetts

Donald Thompson of Haverhill Police Department, 40 Bailey Place, Haverhill, Massachusetts

Charles P. Kelly of Boston Office of FBI, One Center Plaza, Boston, Massachusetts

Charles S. Prouty of Boston Office of FBI, One Center Plaza, Boston, Massachusetts

Jean Walker, Domestic Violence Advocate

B. **Documents:**

Any non-privileged, relevant documents that are in the custody, possession or control of Stults will be made available to be inspected and reproduced at the offices of Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110.

C. **Computation of Damages:**

Not applicable.

D. **Insurance Agreements:**

A copy of an insurance agreement will be made available at the offices of Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110.

                                            The Defendant,
                                            ROSALYN STULTS,
                                            By her attorneys,

                                            _____
                                            George A. Berman, BBO# 040200
                                            Marjunette deMagistris, BBO# 648133
                                            Peabody & Arnold LLP
                                            30 Rowes Wharf
                                            Boston, MA 02110
                                            (617)951-2100
                                            fax: (617)951-2125

Date: 5/3/04

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, certify that on this _3_ day of May 2004, I served the within Defendant, Stults' Initial Disclosures by first class mail, postage prepaid, to:

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810

Richard E. Quinby, Esq.
Chauncey D. Steele, Esq.
Craig & Macauley, PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Jeffrey P. Hermes, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Rodney S. Dowell, Esq.
Berman & Dowell
210 Commercial Street
Boston, MA 02109

Timothy P. Van Dyck, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Marjunette deMagistris

3