AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

## MASSACHUSETTS

Brian Meuse

v.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL CASE**

04 CV 10255 EFH

CASE NUMBER:

SERVED

DATE
TIME
BY
BADGE #
MIAMI-DADE POLICE DEPARTMENT
OFFICE OF THE
METROPOLITAN SHERIFF
COURT SERVICES BUREAU
MIAMI-DADE COUNTY, FLORIDA

TO: (Name and address of Defendant)

Det. Daniel Moynihan
Haverhill Police Department
40 Bailey Boulevard
Haverhill, MA 01830

Daniel Moynihan
100 Lincoln Road #425
Miami Beach, FL. 33139

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

2-6-04
DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| NAME | **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590 |
| | Essex, ss. |

April 29, 2004

I hereby certify and return that on 4/28/2004 at 01:00 pm I served a true and attested copy of the summons, newspaper section and verified complaint in this action in the following manner: To wit, by **delivering in hand to Daniel R Moynihan** at G.A.R. Park, James P. Ginty Blvd., Haverhill, MA. Basic Service Fee ($30.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $55.00

*[signature]*
Deputy Sheriff

Deputy Sheriff Mike Dempsey

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date            Signature of Server

_____
Address of Server

2004 APR 33 P 4: 48
FILED IN CLERK'S OFFICE
DISTRICT COURT
DIST. OF MASS.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.