UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br>    Plaintiff,<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS,<br>LT. DETECTIVE DANIEL R. MOYNIHAN,<br>in his official and individual capacities,<br>CAPTAIN DONALD THOMPSON, in his official<br>and individual capacities, CITY OF HAVERHILL,<br>MASSACHUSETTS, LOUIS FREEH, in his official<br>Capacity, CHARLES S. PROUTY, in his official<br>and individual capacities, FOX TELEVISION<br>STATIONS, INC., STF PRODUCTIONS, INC.,<br>NATIONAL CENTER FOR MISSING AND<br>EXPLOITED CHILDREN, WAL-MART<br>STORES, INC.,<br>    Defendants. | Civil Action No.<br>04CV10255EFH |

**JOINT STATEMENT OF THE PARTIES**
**PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Brian J. Meuse and Defendants[1] Susan Pane, Rosalyn Stults, Lt. Detective Daniel R. Moynihan, Captain Donald Thompson, City of Haverhill, National Center for Missing and Exploited Children, and Wal-Mart Stores, Inc., hereby submit this Joint Statement in connection with the Scheduling Conference to be held on May 12, 2004:

1. Description of the Case

This action involves claims by the Plaintiff for monetary relief for: violations of 42 U.S.C. § 1983 (Counts 1-4); malicious prosecution (Count 5); abuse of process (Count 6); violation of the

---

[1] As of the date of the Scheduling Conference, the Answers of several Defendants are not yet due and those Defendants have not filed a Notice of Appearance in this matter.

Massachusetts Civil Rights Act, Mass. Gen. Laws ch. 12, § 11*I* (Count 7); false arrest and imprisonment (Count 8); assault (Count 9); battery (Count 10); conspiracy (Count 11); defamation (Count 12); and intentional infliction of emotional distress (Count 13).

2.   Joint Discovery Plan

a)   Automatic disclosures required by Rule 26(a)(1) shall be made on or before June 30, 2004.

b)   All discovery, excluding depositions of expert witnesses, shall be concluded on or before December 31, 2004.

c)   Plaintiff will identify his trial experts, if any, pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and disclose any corresponding expert reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure on or before January 15, 2005.

d)   Defendants will identify their trial experts, if any, pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and disclose any corresponding expert reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure on or before January 31, 2005.

e)   All parties will identify all rebuttal experts, if any, pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and disclose corresponding expert reports, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure on or before February 15, 2005.

f)   Depositions of expert witnesses, shall be concluded on or before March 15, 2005.

g)   **Defendant's Position:** Dispositive motions, pursuant to Rule 56 of the Federal Rules of Civil Procedure, shall be filed on or before April 15, 2005. Oppositions to dispositive motions, pursuant to Rule 56 of the Federal Rules of Civil Procedure shall be filed on or before May 15, 2005.  Reply briefs to dispositive motions, pursuant to Rule 56 of the Federal Rules of Civil Procedure shall be filed on or before May 31, 2005.

h) **Plaintiff's Position:** Plaintiff proposes that his oppositions to the motions for summary judgment be due on a rolling basis. Plaintiff intends to comply with the rule to oppose within 14 days except when it is impossible to do so, for instance, when several summary judgment motions are received by plaintiff's counsel within a few days of each other.

3. Certifications

The certifications required by Local Rule 16.1(D)(3) for all parties shall be filed with the Court by their respective counsel on or before the date of the Scheduling Conference, May 12, 2004.

4. Consideration of Trial by Magistrate Judge

The parties do not consent to a trial by a Magistrate Judge.

5. Settlement

The Plaintiff shall present written settlement proposals to each of the various Defendants as required by Local Rule 16.1(C) on or before May 2, 2004.

| | |
|---|---|
| BRIAN J. MEUSE,<br>By his attorney,<br>/s/Barbara C. Johnson barbaracjohnsonn@worldnet.att.net<br>Barbara C. Johnson (BBO #549972)<br>6 Appletree Lane<br>Andover, MA 01810<br>(978) 474-0833 | NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN,<br>By its attorneys,<br>/s/Timothy P. Van Dyck tvandyck@EdwardsAngell.com<br>Timothy P. Van Dyck (BBO# 548347)<br>Windy L. Rosebush (BBO# 636962)<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444 |
| SUSAN PANE,<br>By her attorney,<br>/s/Rodney S. Dowell rdowell@bermandowell.com<br>Rodney S. Dowell (BBO# 629016)<br>Berman & Dowell<br>210 Commercial Street<br>Boston, MA 02109<br>(617) 723-9911 | WAL-MART STORES, INC.<br>By its attorneys,<br>/s/Richard E. Quinby quinby@craigmacauley.com<br>Richard E. Quinby (BBO #545641)<br>Chauncey D. Steele IV (BBO #647207)<br>Craig and Macauley, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |

CITY OF HAVERHILL, THOMPSON AND
MOYNIHAN
By their attorneys,

*Assent believed/but unconfirmed*
*and appearance not yet filed*
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

ROSALYN STULTS,
By her attorneys,
*Assent believed/but unconfirmed*
George A. Berman (BBO# 040200)
Marjunette deMagistris (BBO# 648133)
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: May 9, 2004