UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 04CV10255EFH |
| ) | |
| v. ) | |
| ) | |
| Susan Pane, ) | |
| Rosalyn Stults, ) | |
| Lt. Detective Daniel R. Moynihan, in his ) | |
| official and individual capacities, ) | |
| Captain Donald Thompson, in his ) | |
| official and individual capacities, ) | |
| City of Haverhill, Massachusetts, ) | |
| Louis Freeh, in his official capacity, ) | |
| Charles S. Prouty, in his official and ) | |
| individual capacities, ) | |
| FOX News Channel a/k/a FOX25News,) | |
| STF Productions, Inc. a/k/a America's ) | |
| Most Wanted, ) | |
| National Center for Missing and ) | |
| Exploited Children, ) | |
| Wal-Mart Stores, Inc., ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF DEFENDANT WAL-MART STORES, INC.
## TO PLAINTIFF'S AMENDED VERIFIED COMPLAINT

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby answers the allegations in

the Amended Verified Complaint filed by Plaintiff Brian J. Meuse ("Plaintiff") as

follows:

1.    Wal-Mart denies the allegations as set forth in paragraph 1 of Plaintiff's

Complaint.

2.    Wal-Mart denies the allegations as set forth in paragraph 2 of Plaintiff's Complaint.

3.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 3 of Plaintiff's Complaint.

4.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 4 of Plaintiff's Complaint.

5.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 5 of Plaintiff's Complaint.

6.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 6 of Plaintiff's Complaint.

7.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 7 of Plaintiff's Complaint.

8.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 8 of Plaintiff's Complaint.

9.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 9 of Plaintiff's Complaint.

10.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 10 of Plaintiff's Complaint.

11.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 11 of Plaintiff's Complaint.

12.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 12 of Plaintiff's Complaint.

13.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 13 of Plaintiff's Complaint.

14.    Wal-Mart admits that NCMEC is one of its partners.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations as set forth in paragraph 14 of Plaintiff's Complaint.

15.    Wal-Mart admits the allegations in paragraph 15 of Plaintiff's Complaint but states that it is without knowledge as to what is intended by narrative below it.

16.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 16 of Plaintiff's Complaint.

17.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 17 of Plaintiff's Complaint.

18.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 18 of Plaintiff's Complaint.

19.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 19 of Plaintiff's Complaint.

20.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 20 of Plaintiff's Complaint.

21.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 21 of Plaintiff's Complaint.

22.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 22 of Plaintiff's Complaint.

23.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 23 of Plaintiff's Complaint.

24.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 24 of Plaintiff's Complaint.

25.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 25 of Plaintiff's Complaint.

26.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 26 of Plaintiff's Complaint.

27.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 27 of Plaintiff's Complaint.

28.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 28 of Plaintiff's Complaint.

29.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 29 of Plaintiff's Complaint.

30.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 30 of Plaintiff's Complaint.

31.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 31 of Plaintiff's Complaint.

32.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 32 of Plaintiff's Complaint.

33.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 33 of Plaintiff's Complaint.

34.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 34 of Plaintiff's Complaint.

35.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 35 of Plaintiff's Complaint.

36.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 36 of Plaintiff's Complaint.

37.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 37 of Plaintiff's Complaint.

38.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 38 of Plaintiff's Complaint.

39.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 39 of Plaintiff's Complaint.

40.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 40 of Plaintiff's Complaint.

41.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 41 of Plaintiff's Complaint.

42.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 42 of Plaintiff's Complaint.

43.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 43 of Plaintiff's Complaint.

44.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 44 of Plaintiff's Complaint.

45.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 45 of Plaintiff's Complaint.

46.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 46 of the Plaintiff's Complaint.

47.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 47 of the Plaintiff's Complaint.

48.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 48 of the Plaintiff's Complaint.

49.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 49 of the Plaintiff's Complaint.

50.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 50 of the Plaintiff's Complaint.

51.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 51 of the Plaintiff's Complaint.

52.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 52 of the Plaintiff's Complaint.

53.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 53 of the Plaintiff's Complaint.

54.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 54 of the Plaintiff's Complaint.

55.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 55 of the Plaintiff's Complaint.

56.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 56 of the Plaintiff's Complaint.

57.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 57 of the Plaintiff's Complaint.

58.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 58 of the Plaintiff's Complaint.

59.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 59 of the Plaintiff's Complaint.

60.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 60 of the Plaintiff's Complaint.

61.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 61 of the Plaintiff's Complaint.

62.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 62 of the Plaintiff's Complaint.

63.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 63 of the Plaintiff's Complaint.

64.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 64 of the Plaintiff's Complaint.

65.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 65 of the Plaintiff's Complaint.

66.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 66 of the Plaintiff's Complaint.

67.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 67 of the Plaintiff's Complaint.

68.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 68 of the Plaintiff's Complaint.

69.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 69 of the Plaintiff's Complaint.

70.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 70 of the Plaintiff's Complaint.

71.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 71 of the Plaintiff's Complaint.

72.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 72 of the Plaintiff's Complaint.

73.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 73 of the Plaintiff's Complaint.

74.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 74 of the Plaintiff's Complaint.

75.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 75 of the Plaintiff's Complaint.

76.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 76 of the Plaintiff's Complaint.

77.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 77 of the Plaintiff's Complaint.

78.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 78 of the Plaintiff's Complaint.

79.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 79 of the Plaintiff's Complaint.

80.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 80 of the Plaintiff's Complaint.

81.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 81 of the Plaintiff's Complaint.

82.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 82 of the Plaintiff's Complaint.

83.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 83 of the Plaintiff's Complaint.

84.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 84 of the Plaintiff's Complaint.

85.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 85 of the Plaintiff's Complaint.

86.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 86 of the Plaintiff's Complaint.

87.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 87 of the Plaintiff's Complaint.

88.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 88 of the Plaintiff's Complaint.

89.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 89 of the Plaintiff's Complaint.

90.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 90 of the Plaintiff's Complaint.

91.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 91 of the Plaintiff's Complaint.

92.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 92 of the Plaintiff's Complaint.

93.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 93 of the Plaintiff's Complaint.

94.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 94 of the Plaintiff's Complaint.

95.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 95 of the Plaintiff's Complaint.

96.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 96 of the Plaintiff's Complaint.

97.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 97 of the Plaintiff's Complaint.

98.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 98 of the Plaintiff's Complaint.

99.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 99 of the Plaintiff's Complaint.

100.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 100 of the Plaintiff's Complaint.

101.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 101 of the Plaintiff's Complaint.

102.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 102 of the Plaintiff's Complaint.

103.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 103 of the Plaintiff's Complaint.

104.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 104 of the Plaintiff's Complaint.

105.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 105 of the Plaintiff's Complaint.

106.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 106 of the Plaintiff's Complaint.

107.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 107 of the Plaintiff's Complaint.

108.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 108 of the Plaintiff's Complaint.

109.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 109 of the Plaintiff's Complaint.

110.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 110 of the Plaintiff's Complaint.

111.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 111 of the Plaintiff's Complaint.

112.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 112 of the Plaintiff's Complaint.

113.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 113 of the Plaintiff's Complaint.

114.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 114 of the Plaintiff's Complaint.

115.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 115 of the Plaintiff's Complaint.

116.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 116 of the Plaintiff's Complaint.

117.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 117 of the Plaintiff's Complaint.

118.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 118 of the Plaintiff's Complaint.

119.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 119 of the Plaintiff's Complaint.

120.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 120 of the Plaintiff's Complaint.

121.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 121 of the Plaintiff's Complaint.

122.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 122 of the Plaintiff's Complaint.

123.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 123 of the Plaintiff's Complaint.

124.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 124 of the Plaintiff's Complaint.

125.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 125 of the Plaintiff's Complaint.

126.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 126 of the Plaintiff's Complaint.

127.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 127 of the Plaintiff's Complaint.

128.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 128 of the Plaintiff's Complaint.

129.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 129 of the Plaintiff's Complaint.

130.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 130 of the Plaintiff's Complaint.

131.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 131 of the Plaintiff's Complaint.

132.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 132 of the Plaintiff's Complaint.

133.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 133 of the Plaintiff's Complaint.

134.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 134 of the Plaintiff's Complaint.

135.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 135 of the Plaintiff's Complaint.

136.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 136 of the Plaintiff's Complaint.

137.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 137 of the Plaintiff's Complaint.

138.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 138 of the Plaintiff's Complaint.

139.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 139 of the Plaintiff's Complaint.

140.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 140 of the Plaintiff's Complaint.

141.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 141 of the Plaintiff's Complaint.

142.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 142 of the Plaintiff's Complaint.

143.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 143 of the Plaintiff's Complaint.

144.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 144 of the Plaintiff's Complaint.

145.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 145 of the Plaintiff's Complaint.

146.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 146 of the Plaintiff's Complaint.

147.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 147 of the Plaintiff's Complaint.

148.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 148 of the Plaintiff's Complaint.

149.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 149 of the Plaintiff's Complaint.

150.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 150 of the Plaintiff's Complaint.

151.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 151 of the Plaintiff's Complaint.

152.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 152 of the Plaintiff's Complaint.

153.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 153 of the Plaintiff's Complaint.

154.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 154 of the Plaintiff's Complaint.

155.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 155 of the Plaintiff's Complaint.

156.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 156 of the Plaintiff's Complaint.

157.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 157 of the Plaintiff's Complaint.

158.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 158 of the Plaintiff's Complaint.

159.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 159 of the Plaintiff's Complaint.

160.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 160 of the Plaintiff's Complaint.

161.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 161 of the Plaintiff's Complaint.

162.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 162 of the Plaintiff's Complaint.

163.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 163 of the Plaintiff's Complaint.

164.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 164 of the Plaintiff's Complaint.

165.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 165 of the Plaintiff's Complaint.

166.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 166 of the Plaintiff's Complaint.

167.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 167 of the Plaintiff's Complaint.

168.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 168 of the Plaintiff's Complaint.

169.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 169 of the Plaintiff's Complaint.