170. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 170 of the Plaintiff's Complaint.

171. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 171 of the Plaintiff's Complaint.

172. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 172 of the Plaintiff's Complaint.

173. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 173 of the Plaintiff's Complaint.

174. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 174 of the Plaintiff's Complaint.

175. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 175 of the Plaintiff's Complaint.

176. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 176 of the Plaintiff's Complaint.

177. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 177 of the Plaintiff's Complaint.

178. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 178 of the Plaintiff's Complaint.

179. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 179 of the Plaintiff's Complaint.

180. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 180 of the Plaintiff's Complaint.

181. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 181 of the Plaintiff's Complaint.

182. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 182 of the Plaintiff's Complaint.

183. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 183 of the Plaintiff's Complaint.

184.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 184 of the Plaintiff's Complaint.

185.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 185 of the Plaintiff's Complaint.

186.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 186 of the Plaintiff's Complaint.

187.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 187 of the Plaintiff's Complaint.

188.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 188 of the Plaintiff's Complaint.

189.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 189 of the Plaintiff's Complaint.

190.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 190 of the Plaintiff's Complaint.

191. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 191 of the Plaintiff's Complaint.

192. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 192 of the Plaintiff's Complaint.

193. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 193 of the Plaintiff's Complaint.

194. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 194 of the Plaintiff's Complaint.

195. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 195 of the Plaintiff's Complaint.

196. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 196 of the Plaintiff's Complaint.

197. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 197 of the Plaintiff's Complaint.

198. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 198 of the Plaintiff's Complaint.

199. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 199 of the Plaintiff's Complaint.

200. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 200 of the Plaintiff's Complaint.

201. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 201 of the Plaintiff's Complaint.

202. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 202 of the Plaintiff's Complaint.

203. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 203 of the Plaintiff's Complaint.

204. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 204 of the Plaintiff's Complaint.

205. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 205 of the Plaintiff's Complaint.

206. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 206 of the Plaintiff's Complaint.

207. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 207 of the Plaintiff's Complaint.

208. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 208 of the Plaintiff's Complaint.

209. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 209 of the Plaintiff's Complaint.

210. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 210 of the Plaintiff's Complaint.

211. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 211 of the Plaintiff's Complaint.

212. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 212 of the Plaintiff's Complaint.

213. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 213 of the Plaintiff's Complaint.

214. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 214 of the Plaintiff's Complaint.

215. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 215 of the Plaintiff's Complaint.

216. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 216 of the Plaintiff's Complaint.

217. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 217 of the Plaintiff's Complaint.

218. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 218 of the Plaintiff's Complaint.

219. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 219 of the Plaintiff's Complaint.

220. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 220 of the Plaintiff's Complaint.

221. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 221 of the Plaintiff's Complaint.

222. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 222 of the Plaintiff's Complaint.

223. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 223 of the Plaintiff's Complaint.

224. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 224 of the Plaintiff's Complaint.

225. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 225 of the Plaintiff's Complaint.

226. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 226 of the Plaintiff's Complaint.

227. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 227 of the Plaintiff's Complaint.

228. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 228 of the Plaintiff's Complaint.

229. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 229 of the Plaintiff's Complaint.

230. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 230 of the Plaintiff's Complaint.

231. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 231 of the Plaintiff's Complaint.

232. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 232 of the Plaintiff's Complaint.

233. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 233 of the Plaintiff's Complaint.

234. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 234 of the Plaintiff's Complaint.

235. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 235 of the Plaintiff's Complaint.

236. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 236 of the Plaintiff's Complaint.

237. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 237 of the Plaintiff's Complaint.

238. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 238 of the Plaintiff's Complaint.

239. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 239 of the Plaintiff's Complaint.

240. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 240 of the Plaintiff's Complaint.

241. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 241 of the Plaintiff's Complaint.

242. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 242 of the Plaintiff's Complaint.

243. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 243 of the Plaintiff's Complaint.

244. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 244 of the Plaintiff's Complaint.

245. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 245 of the Plaintiff's Complaint.

246. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 246 of the Plaintiff's Complaint.

247. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 247 of the Plaintiff's Complaint.

248. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 248 of the Plaintiff's Complaint.

249. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 249 of the Plaintiff's Complaint.

250. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 250 of the Plaintiff's Complaint.

251. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 251 of the Plaintiff's Complaint.

252. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 252 of the Plaintiff's Complaint.

253. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 253 of the Plaintiff's Complaint.

254.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 254 of the Plaintiff's Complaint.

255.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 255 of the Plaintiff's Complaint.

256.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 256 of the Plaintiff's Complaint.

257.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 257 of the Plaintiff's Complaint.

258.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 258 of the Plaintiff's Complaint.

259.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 259 of the Plaintiff's Complaint.

260.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 260 of the Plaintiff's Complaint.

261.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 261 of the Plaintiff's Complaint.

262.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 262 of the Plaintiff's Complaint.

263.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 263 of the Plaintiff's Complaint.

264.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 264 of the Plaintiff's Complaint.

265.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 265 of the Plaintiff's Complaint.

266.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 266 of the Plaintiff's Complaint.

267.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 267 of the Plaintiff's Complaint.

268. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 268 of the Plaintiff's Complaint.

269. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 269 of the Plaintiff's Complaint.

270. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 270 of the Plaintiff's Complaint.

271. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 271 of the Plaintiff's Complaint.

272. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 272 of the Plaintiff's Complaint.

273. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 273 of the Plaintiff's Complaint.

274. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 274 of the Plaintiff's Complaint.

275. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 275 of the Plaintiff's Complaint.

276. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 276 of the Plaintiff's Complaint.

277. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 277 of the Plaintiff's Complaint.

278. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 278 of the Plaintiff's Complaint.

279. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 279 of the Plaintiff's Complaint.

280. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 280 of the Plaintiff's Complaint.

281. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 281 of the Plaintiff's Complaint.

282. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 282 of the Plaintiff's Complaint.

283. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 283 of the Plaintiff's Complaint.

284. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 284 of the Plaintiff's Complaint.

285. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 285 of the Plaintiff's Complaint.

286. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 286 of the Plaintiff's Complaint.

287. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 287 of the Plaintiff's Complaint.

288. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 288 of the Plaintiff's Complaint.

289. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 289 of the Plaintiff's Complaint.

290. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 290 of the Plaintiff's Complaint.

291. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 291 of the Plaintiff's Complaint.

292. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 292 of the Plaintiff's Complaint.

293. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 293 of the Plaintiff's Complaint.

294. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 294 of the Plaintiff's Complaint.

295. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 295 of the Plaintiff's Complaint.

296. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 296 of the Plaintiff's Complaint.

297. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 297 of the Plaintiff's Complaint.

298. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 298 of the Plaintiff's Complaint.

299. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 299 of the Plaintiff's Complaint.

300. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 300 of the Plaintiff's Complaint.

301. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 301 of the Plaintiff's Complaint.

302. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 302 of the Plaintiff's Complaint.

303. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 303 of the Plaintiff's Complaint.

304. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 304 of the Plaintiff's Complaint.

305. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 305 of the Plaintiff's Complaint.

306. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 306 of the Plaintiff's Complaint.

307. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 307 of the Plaintiff's Complaint.

308. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 308 of the Plaintiff's Complaint.

309. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 309 of the Plaintiff's Complaint.