310.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 310 of the Plaintiff's Complaint.

311.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 311 of the Plaintiff's Complaint.

312.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 312 of the Plaintiff's Complaint.

313.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 313 of the Plaintiff's Complaint.

314.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 314 of the Plaintiff's Complaint.

315.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 315 of the Plaintiff's Complaint.

316.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 316 of the Plaintiff's Complaint.

317.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 317 of the Plaintiff's Complaint.

318.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 318 of the Plaintiff's Complaint.

319.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 319 of the Plaintiff's Complaint.

320.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 320 of the Plaintiff's Complaint.

321.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 321 of the Plaintiff's Complaint.

322.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 322 of the Plaintiff's Complaint.

323.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 323 of the Plaintiff's Complaint.

324. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 324 of the Plaintiff's Complaint.

325. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 325 of the Plaintiff's Complaint.

326. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 326 of the Plaintiff's Complaint.

327. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 327 of the Plaintiff's Complaint.

328. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 328 of the Plaintiff's Complaint.

329. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 329 of the Plaintiff's Complaint.

330. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 330 of the Plaintiff's Complaint.

331.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 331 of the Plaintiff's Complaint.

332.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 332 of the Plaintiff's Complaint.

333.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 333 of the Plaintiff's Complaint.

334.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 334 of the Plaintiff's Complaint.

335.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 335 of the Plaintiff's Complaint.

336.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 336 of the Plaintiff's Complaint.

337.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 337 of the Plaintiff's Complaint.

338.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 338 of the Plaintiff's Complaint.

339.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 339 of the Plaintiff's Complaint.

340.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 340 of the Plaintiff's Complaint.

341.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 341 of the Plaintiff's Complaint.

342.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 342 of the Plaintiff's Complaint.

343.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 343 of the Plaintiff's Complaint.

344.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 344 of the Plaintiff's Complaint.

345.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 345 of the Plaintiff's Complaint.

346.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 346 of the Plaintiff's Complaint.

347.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 347 of the Plaintiff's Complaint.

348.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 348 of the Plaintiff's Complaint.

349.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 349 of the Plaintiff's Complaint.

350.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 350 of the Plaintiff's Complaint.

351.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 351 of the Plaintiff's Complaint.

352.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 352 of the Plaintiff's Complaint.

353.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 353 of the Plaintiff's Complaint.

354.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 354 of the Plaintiff's Complaint.

355.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 355 of the Plaintiff's Complaint.

356.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 356 of the Plaintiff's Complaint.

357.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 357 of the Plaintiff's Complaint.

358.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 358 of the Plaintiff's Complaint.

359.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 359 of the Plaintiff's Complaint.

360.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 360 of the Plaintiff's Complaint.

361.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 361 of the Plaintiff's Complaint.

362.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 362 of the Plaintiff's Complaint.

363.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 363 of the Plaintiff's Complaint.

364.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 364 of the Plaintiff's Complaint.

365.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 365 of the Plaintiff's Complaint.

366.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 366 of the Plaintiff's Complaint.

367.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 367 of the Plaintiff's Complaint.

368.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 368 of the Plaintiff's Complaint.

369.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 369 of the Plaintiff's Complaint.

370.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 370 of the Plaintiff's Complaint.

371.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 371 of the Plaintiff's Complaint.

372.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 372 of the Plaintiff's Complaint.

373.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 373 of the Plaintiff's Complaint.

374.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 374 of the Plaintiff's Complaint.

375.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 375 of the Plaintiff's Complaint.

376.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 376 of the Plaintiff's Complaint.

377.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 377 of the Plaintiff's Complaint.

378.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 378 of the Plaintiff's Complaint.

379.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 379 of the Plaintiff's Complaint.

380.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 380 of the Plaintiff's Complaint.

381.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 381 of the Plaintiff's Complaint.

382.    Wal-Mart admits that it operates a store in Ada, Oklahoma but denies that the store is located at 1601 Lonnie Abbott Boulevard.  Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations as set forth in paragraph 382 of Plaintiff's Complaint.

383.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 383 of the Plaintiff's Complaint.

384.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 384 of the Plaintiff's Complaint.

385.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 385 of the Plaintiff's Complaint.

386.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 386 of the Plaintiff's Complaint.

387.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 387 of the Plaintiff's Complaint.

388.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 388 of the Plaintiff's Complaint.

389.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 389 of the Plaintiff's Complaint.

390.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 390 of the Plaintiff's Complaint.

391.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 391 of the Plaintiff's Complaint.

392.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 392 of the Plaintiff's Complaint.

393.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 393 of the Plaintiff's Complaint.

394.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 394 of the Plaintiff's Complaint.

395.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 395 of the Plaintiff's Complaint.

396.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 396 of the Plaintiff's Complaint.

## COUNT 1: VIOLATIONS OF 42 U.S.C. 1983: ARREST

397.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-396 of Plaintiff's Complaint as if set forth fully herein.

398.    Wal-Mart denies the allegations as set forth in paragraph 398 of Plaintiff's Complaint.

399.    Wal-Mart denies the allegations as set forth in paragraph 399 of Plaintiff's Complaint.

400.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 400 of the Plaintiff's Complaint.

401.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 401 of the Plaintiff's Complaint.

402.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 402 of the Plaintiff's Complaint.

403.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 403 of the Plaintiff's Complaint.

404.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 404 of the Plaintiff's Complaint.

405.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 405 of the Plaintiff's Complaint.

406.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 406 of the Plaintiff's Complaint.

407.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 407 of the Plaintiff's Complaint.

408.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 408 of the Plaintiff's Complaint.

409.    Wal-Mart denies the allegations as set forth in paragraph 409 of Plaintiff's Complaint.

## COUNT 2: <u>VIOLATIONS OF 42 U.S.C. 1983: DETENTION AND CONFINEMENT</u>

410.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-409 of Plaintiff's Complaint as if set forth fully herein.

411.    Wal-Mart denies the allegations as set forth in paragraph 411 of Plaintiff's Complaint.

## COUNT 3: <u>VIOLATIONS OF 42 U.S.C. 1983: CONSPIRACY</u>

412.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-411 of Plaintiff's Complaint as if set forth fully herein.

413.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 413 of the Plaintiff's Complaint.

414.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 414 of the Plaintiff's Complaint.

415.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 415 of the Plaintiff's Complaint.

416.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 416 of the Plaintiff's Complaint.

417.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 417 of the Plaintiff's Complaint.

418.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 418 of the Plaintiff's Complaint.

419.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 419 of the Plaintiff's Complaint.

420.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 420 of the Plaintiff's Complaint.

421.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 421 of the Plaintiff's Complaint.

422.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 422 of the Plaintiff's Complaint.

423.    Wal-Mart denies the allegations as set forth in paragraph 423 of Plaintiff's Complaint.

424.    Wal-Mart denies the allegations as set forth in paragraph 424 of Plaintiff's Complaint.

425.    Wal-Mart denies the allegations as set forth in paragraph 425 of Plaintiff's Complaint.

426.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 426 of the Plaintiff's Complaint.

427.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 427 of the Plaintiff's Complaint.

428.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 428 of the Plaintiff's Complaint.

429.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 429 of the Plaintiff's Complaint.

430.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 430 of the Plaintiff's Complaint.

431.    Wal-Mart denies the allegations as set forth in paragraph 431 of Plaintiff's Complaint.

432.    Wal-Mart denies the allegations as set forth in paragraph 432 of Plaintiff's Complaint.

433.    Wal-Mart denies the allegations as set forth in paragraph 433 of Plaintiff's Complaint.

## COUNT 4: VIOLATIONS OF 42 U.S.C. 1983:
## REFUSING OR NEGLECTING TO PREVENT

434.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-433 of Plaintiff's Complaint as if set forth fully herein.

435.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 435 of the Plaintiff's Complaint.

436.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 436 of the Plaintiff's Complaint.

437.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 437 of the Plaintiff's Complaint.

438.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 438 of the Plaintiff's Complaint.

439.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 439 of the Plaintiff's Complaint.

440.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 440 of the Plaintiff's Complaint.

## COUNT 5: <u>MALICIOUS PROSECUTION</u>

441.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-440 of Plaintiff's Complaint as if set forth fully herein.

442.    Wal-Mart denies the allegations as set forth in paragraph 442 of Plaintiff's Complaint.

443.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 443 of the Plaintiff's Complaint.

444.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 444 of the Plaintiff's Complaint.

445.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 445 of the Plaintiff's Complaint.

446.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 446 of the Plaintiff's Complaint.

447. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 447 of the Plaintiff's Complaint.

448. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 448 of the Plaintiff's Complaint.

449. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 449 of the Plaintiff's Complaint.

450. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 450 of the Plaintiff's Complaint.

451. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 451 of the Plaintiff's Complaint.

452. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 452 of the Plaintiff's Complaint.

453. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 453 of the Plaintiff's Complaint.

454.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 454 of the Plaintiff's Complaint.

455.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 455 of the Plaintiff's Complaint.

456.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 456 of the Plaintiff's Complaint.

## COUNT 6: ABUSE OF PROCESS

457.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-456 of Plaintiff's Complaint as if set forth fully herein.

458.    Wal-Mart denies the allegations as set forth in paragraph 458 of Plaintiff's Complaint.

459.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 459 of the Plaintiff's Complaint.

460.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 460 of the Plaintiff's Complaint.

461.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 461 of the Plaintiff's Complaint.

462.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 462 of the Plaintiff's Complaint.

463.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 463 of the Plaintiff's Complaint.

464.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 464 of the Plaintiff's Complaint.

COUNT 7: <u>VIOLATION OF MASS. CIVIL RIGHTS ACT, M.G.L. c. 12, s. 11I</u>

465.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-464 of Plaintiff's Complaint as if set forth fully herein.

466.    Wal-Mart denies the allegations as set forth in paragraph 466 of Plaintiff's Complaint.

467.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 467 of the Plaintiff's Complaint.

468.    Wal-Mart denies the allegations as set forth in paragraph 468 of the Plaintiff's Complaint.

469.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 469 of the Plaintiff's Complaint.

470.    Wal-Mart denies the allegations as set forth in paragraph 470 of the Plaintiff's Complaint.

## COUNT 8: <u>FALSE ARREST AND IMPRISONMENT</u>

471.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-470 of Plaintiff's Complaint as if set forth fully herein.

472.    Wal-Mart denies the allegations as set forth in paragraph 472 of Plaintiff's Complaint.

473.    Wal-Mart denies the allegations as set forth in paragraph 473 of Plaintiff's Complaint.

474.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 474 of the Plaintiff's Complaint.

475.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 475 of the Plaintiff's Complaint.

476.    Wal-Mart denies the allegations as set forth in paragraph 476 of Plaintiff's Complaint.

477.    Wal-Mart denies the allegations as set forth in paragraph 477 of Plaintiff's Complaint.

478.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 478 of the Plaintiff's Complaint.

## COUNT 9: ASSAULT

479.   Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-478 of Plaintiff's Complaint as if set forth fully herein.

480.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 480 of the Plaintiff's Complaint.

481.   Wal-Mart denies the allegations as set forth in paragraph 481 of Plaintiff's Complaint.

482.   Wal-Mart denies the allegations as set forth in paragraph 482 of Plaintiff's Complaint.

483.   Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 483 of the Plaintiff's Complaint.

## COUNT 10: BATTERY

484.   Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-483 of Plaintiff's Complaint as if set forth fully herein.

485.   Wal-Mart denies the allegations as set forth in paragraph 485 of Plaintiff's Complaint.

486.    Wal-Mart denies the allegations as set forth in paragraph 486 of Plaintiff's Complaint.

487.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 487 of the Plaintiff's Complaint.

## COUNT 11: CONSPIRACY

488.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-487 of Plaintiff's Complaint as if set forth fully herein.

489.    Wal-Mart denies the allegations as set forth in paragraph 489 of Plaintiff's Complaint.

490.    Wal-Mart denies the allegations as set forth in paragraph 490 of Plaintiff's Complaint.

491.    Wal-Mart denies the allegations as set forth in paragraph 491 of Plaintiff's Complaint.

492.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 492 of the Plaintiff's Complaint.

493.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 493 of the Plaintiff's Complaint.

494.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 494 of the Plaintiff's Complaint.

495.    Wal-Mart denies the allegations as set forth in paragraph 495 of Plaintiff's Complaint.

496.    Wal-Mart admits that it sponsored NCMEC.  Wal-Mart denies the remaining allegations as set forth in paragraph 496 of the Plaintiff's Complaint.

497.    Wal-Mart denies the allegations as set forth in paragraph 497 of Plaintiff's Complaint.

498.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 498 of the Plaintiff's Complaint.

499.    Wal-Mart denies the allegations as set forth in paragraph 499 of Plaintiff's Complaint.

500.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 500 of the Plaintiff's Complaint.

501.    Wal-Mart denies the allegations as set forth in paragraph 501 of Plaintiff's Complaint.

## COUNT 12: DEFAMATION

502.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-501 of Plaintiff's Complaint as if set forth fully herein.

503.    Wal-Mart denies the allegations as set forth in paragraph 503 of Plaintiff's Complaint.

504.    Wal-Mart denies the allegations as set forth in paragraph 504 of Plaintiff's Complaint.

505.    Wal-Mart denies the allegations as set forth in paragraph 505 of Plaintiff's Complaint.

506.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 506 of the Plaintiff's Complaint.

507.    Wal-Mart denies the allegations as set forth in paragraph 507 of Plaintiff's Complaint.

508.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 508 of the Plaintiff's Complaint.

509.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 509 of the Plaintiff's Complaint.

510.    Wal-Mart denies the allegations as set forth in paragraph 510 of Plaintiff's Complaint.

511.    Wal-Mart denies the allegations as set forth in paragraph 511 of Plaintiff's Complaint.

512.    Wal-Mart denies the allegations as set forth in paragraph 512 of Plaintiff's Complaint.

COUNT 13: <u>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

513.    Wal-Mart repeats its answers to the allegations as set forth in paragraphs 1-512 of Plaintiff's Complaint as if set forth fully herein.

514.    Wal-Mart denies the allegations as set forth in paragraph 514 of Plaintiff's Complaint.

515.    Wal-Mart denies the allegations as set forth in paragraph 515 of Plaintiff's Complaint.

516.    Wal-Mart denies the allegations as set forth in paragraph 516 of Plaintiff's Complaint.

517.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 517 of the Plaintiff's Complaint.

518.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 518 of the Plaintiff's Complaint.

519.    Wal-Mart denies the allegations as set forth in paragraph 519 of Plaintiff's Complaint.

520.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 520 of the Plaintiff's Complaint.

521.    Wal-Mart denies the allegations as set forth in paragraph 521 of Plaintiff's Complaint.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim against Wal-Mart upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff is estopped from asserting his claims by his own actions.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff is not entitled to equitable relief inasmuch as he has been guilty of inequitable conduct and has failed to come into equity with clean hands.

## FOURTH AFFIRMATIVE DEFENSE

The acts or omissions alleged by the Plaintiff were committed, if at all, by persons or entities for whose conduct Wal-Mart was not and is not legally responsible.

## FIFTH AFFIRMATIVE DEFENSE

Wal-Mart's actions were the subject of privilege, and its conduct was privileged and justified.  Therefore, Wal-Mart is not liable to the Plaintiff as alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

If any words were written and published by Wal-Mart as alleged, said words were true and, therefore, justified.

## SEVENTH AFFIRMATIVE DEFENSE

If any words were written and published by Wal-Mart as alleged, said words were written and published without malice in the bona fide performance of a duty owed.

## EIGHTH AFFIRMATIVE DEFENSE

When the Plaintiff was arrested, there was probable cause of making the arrest.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the relevant periods of limitation.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff was not damaged by the alleged acts and omissions of Wal-Mart, and, therefore, he may not recover.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are wholly insubstantial and frivolous in nature and advanced in bad faith by the Plaintiff, and, therefore, Wal-Mart is entitled to the reasonable costs and attorneys' fees it has incurred in defending this action pursuant to M.G.L. c. 231, §6F.

**WHEREFORE**, Defendant Wal-Mart Stores, Inc. demands that the Plaintiff's Complaint against it be dismissed, that the Plaintiff take nothing, and that Wal-Mart Stores, Inc. be awarded its costs, attorneys' fees, and such other relief as this Court deems just.

## DEMAND FOR JURY TRIAL

Defendant Wal-Mart Stores, Inc. hereby demands a trial by a jury.

Dated:  May 5, 2004

Respectfully submitted,

WAL-MART STORES, INC.

By its attorneys,

CRAIG AND MACAULEY
 PROFESSIONAL CORPORATION

Richard E. Quinby, BBO #545641
Chauncey D. Steele IV, BBO #647207
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid on this 5th day of May, 2004.

Chauncey D. Steele IV

71