UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN J. MEUSE,<br>    Plaintiff,<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS,<br>LT. DETECTIVE DANIEL R. MOYNIHAN,<br>in his official and individual capacities,<br>CAPTAIN DONALD THOMPSON, in his official<br>and individual capacities, CITY OF HAVERHILL,<br>MASSACHUSETTS, LOUIS FREEH, in his official<br>Capacity, CHARLES S. PROUTY, in his official<br>and individual capacities, FOX TELEVISION<br>STATIONS, INC., STF PRODUCTIONS, INC.,<br>NATIONAL CENTER FOR MISSING AND<br>EXPLOITED CHILDREN, WAL-MART<br>STORES, INC.,<br>    Defendants. | Civil Action No.<br>04CV10255EFH |

## LOCAL RULE 16.1(3) CERTIFICATION

  I, Timothy P. Van Dyck, as counsel for National Center for Missing and Exploited Children, hereby certify pursuant to Local Rule 16.1(3) that I have conferred with my client regarding:

  a)  a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

  b)  the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.


\_\_\_/s/ Susan Brinkerhoff, Esq._____    \_\_\_\_\_/s/ Windy L. Rosebush_____
Susan Brinkerhoff, Esq.            Timothy P. Van Dyck (BBO# 548347)
Vice President and General Counsel       Windy L. Rosebush (BBO# 636962)
of the National Center for Missing and      EDWARDS & ANGELL, LLP
Exploited Children              101 Federal Street
                     Boston, MA  02110
                     (617) 439-4444

Date: May 12, 2004

## **CERTIFICATE OF SERVICE**

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically (if registered with ECF) or by first class mail, postage pre-paid on May 12, 2004.

        _____/s/ Windy L. Rosebush_____
                Windy L. Rosebush