UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

**BRIAN J. MEUSE,**
         Plaintiff,

v.

SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,
In His Official and Individual Capacities,
CPT. DONALD THOMPSON,
In His Official and Individual Capacities,
CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE, In His Official Capacity,
CHARLES S. PROUTY, In His Official and
Individual Capacities, FOX NEWS
CHANNEL, a/k/a FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,
         Defendants,

### DEFENDANTS, MOYNIHAN, THOMPSON AND CITY OF HAVERHILL'S ANSWER TO PLAINTIFF'S COMPLAINT AND JURY CLAIM

The Defendants, Daniel Moynihan, Donald Thompson and City of Haverhill ("Defendants") hereby answer the allegations contained in the Complaint filed by the Plaintiff, Brian J. Meuse ("Plaintiff"), as set forth below:

1. The allegations set forth in paragraph 1 of the Plaintiff's Complaint contain legal conclusions to which the Defendants need not reply. In the event that these allegations are construed to require a response, the Defendants deny same.

2. The allegations set forth in paragraph 2 of the Plaintiff's Complaint contain legal conclusions to which the Defendants need not reply. In the event that these allegations are construed to require a response, the Defendants deny same.

3. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Plaintiff's Complaint and, therefore, call upon the Plaintiff to prove same.

4. The allegations set forth in paragraph 4 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

5. The allegations set forth in paragraph 5 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

6. The Defendants admit that Moynihan was a Detective with the City of Haverhill. The Defendants deny remaining allegations contained in paragraph 6.

7. The Defendants admit that Thompson was employed by the City of Haverhill. The Defendants deny remaining allegations contained in paragraph 7.

8. The Defendants admit the allegations contained in paragraph 8.

9. The allegations set forth in paragraph 9 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

10. The allegations set forth in paragraph 10 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

11. The allegations set forth in paragraph 11 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

12. The allegations set forth in paragraph 12 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

13. The allegations set forth in paragraph 13 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

14. The allegations set forth in paragraph 14 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

15. The allegations set forth in paragraph 15 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

16. The Defendants neither admit nor deny allegations contained in paragraph 16.

17. The Defendants admit the allegations contained in paragraph 17.

18. The allegations set forth in paragraph 18 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

19. The allegations set forth in paragraph 19 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

20. The allegations set forth in paragraph 20 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

21. The allegations set forth in paragraph 21 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

22. The allegations set forth in paragraph 22 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

23. The allegations set forth in paragraph 23 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

24. The allegations set forth in paragraph 24 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

25. The allegations set forth in paragraph 24 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

26. The allegations set forth in paragraph 26 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

27. The allegations set forth in paragraph 27 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

28. The allegations set forth in paragraph 28 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

29. The allegations set forth in paragraph 29 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

30. The allegations set forth in paragraph 30 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

31. The allegations set forth in paragraph 31 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

32. The allegations set forth in paragraph 32 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

33. The allegations set forth in paragraph 33 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

34. The allegations set forth in paragraph 34 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

35. The allegations set forth in paragraph 35 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

36. The allegations set forth in paragraph 36 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

37. The allegations set forth in paragraph 37 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

38. The allegations set forth in paragraph 38 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

39. The allegations set forth in paragraph 39 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

40. The allegations set forth in paragraph 40 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

41. The allegations set forth in paragraph 41 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

42. The allegations set forth in paragraph 42 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

43. The allegations set forth in paragraph 43 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

44. The allegations set forth in paragraph 44 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

45. The allegations set forth in paragraph 45 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

46. The allegations set forth in paragraph 46 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

47. The allegations set forth in paragraph 47 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

48. The allegations set forth in paragraph 48 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

49. The allegations set forth in paragraph 49 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

50. The allegations set forth in paragraph 50 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

51. The allegations set forth in paragraph 51 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

52. The allegations set forth in paragraph 52 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

53. The allegations set forth in paragraph 53 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

54. The allegations set forth in paragraph 54 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

55. The allegations set forth in paragraph 55 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

56. The allegations set forth in paragraph 56 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

57. The allegations set forth in paragraph 57 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

58. The allegations set forth in paragraph 58 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

59. The allegations set forth in paragraph 59 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

60. The Haverhill Police Department did not enforce a restraining order against Ms. Paine. The Defendants deny the remaining allegations contained in paragraph 60.

61. The allegations set forth in paragraph 61 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

62. The Defendants admit the allegations contained in paragraph 62.

63. The allegations set forth in paragraph 63 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

64. The allegations set forth in paragraph 64 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

65. The allegations set forth in paragraph 65 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

66. The allegations set forth in paragraph 66 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

67. The allegations set forth in paragraph 67 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

68. The allegations set forth in paragraph 68 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

69. The allegations set forth in paragraph 69 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

70. The allegations set forth in paragraph 70 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

71. The allegations set forth in paragraph 71 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

72. The allegations set forth in paragraph 72 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

73. The allegations set forth in paragraph 73 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

74. The Defendants admit that Moynihan did not alert the District Attorney's Office on a matter pertaining to Ms. Paine. The Defendants deny the remaining allegations contained in paragraph 74.

75. The Defendants admit that Moynihan did not alert the Attorney General's Office on a matter pertaining to Ms. Paine. The Defendants deny the remaining allegations contained in paragraph 75.

76. The Defendants admit the allegations contained in paragraph 76.

77. The Defendants admit the allegations contained in paragraph 77.

78. The Defendants admit the allegations contained in paragraph 78.

79. The Defendants deny the allegations contained in paragraph 79.

80. The Defendant Moynihan admits that he sought a warrant for Plaintiff's arrest. The Defendants deny the remaining allegations contained in paragraph 80.

81. The Defendants admit that Judge Manzi's order was issued on October 11, 2000. The Defendants are without sufficient information to either admit or deny the remaining allegations contained in paragraph 81.

82. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 82.

83. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 83.

84. The Defendants admit the allegations contained in paragraph 84.

85. The Defendants admit the allegations contained in paragraph 85.

86. The Defendants deny the allegations contained in paragraph 86.

87. The Defendants admit the allegations contained in paragraph 87.

88. The Defendants admit the allegations contained in paragraph 88.

89. The Defendants neither admit nor deny the allegations contained in paragraph 89.

90. The Defendants admit the allegations contained in paragraph 90.

91. The Defendants admit the allegations contained in paragraph 91.

92. The Defendants admit the allegations contained in paragraph 92.

93. The Defendants admit the allegations contained in paragraph 93.

94. The Defendants admit the allegations contained in paragraph 94.

95. The Defendants admit that Jan Meuse contacted Det. Moynihan in August, 2000.

96. The Defendants admit that Jan Meuse gave information to Det. Moynihan. The Defendants deny the remaining allegations contained in paragraph 96.

97. The Defendants admit that Det. Moynihan was provided with evidence from Ms. Jan Meuse. The Defendants are without sufficient information to either admit or deny the remaining allegations contained in paragraph 97.

98. The Defendants admit the allegations contained in paragraph 98.

99. The Defendants neither admit nor deny the allegations contained in paragraph 99.

100. The Defendants deny the allegations contained in paragraph 100.

101. The Defendants admit the allegations contained in paragraph 101.

102. The Defendants admit the allegations contained in paragraph 102.

103. The Defendants admit the allegations contained in paragraph 103.

104. The Defendants admit the allegations contained in paragraph 104.

105. The Defendants deny the allegations contained in paragraph 105.

106. The Defendants admit the allegations contained in paragraph 106.

107. The Defendants admit the allegations contained in paragraph 107.

108. The Defendants admit the allegations contained in paragraph 108.

109. The Defendants admit the allegations contained in paragraph 109.

110. The Defendants admit the allegations contained in paragraph 110.

111. The Defendants admit the allegations contained in paragraph 111.

112. The Defendants admit the allegations contained in paragraph 112.

113. The Defendants admit the allegations contained in paragraph 113.

114. The Defendants deny the allegations contained in paragraph 114.

115. The Defendants deny the allegations contained in paragraph 115.

116. The Defendants neither admit nor deny the allegations contained in paragraph 116 as there are no allegations made.

117. The Defendants neither admit nor deny the allegations contained in paragraph 117 as there are no allegations made.

118. The Defendants admit the allegations contained in paragraph 118.

119. The Defendants admit the allegations contained in paragraph 119.

120. The Defendants admit the allegations contained in paragraph 120.

121. The Defendants admit the allegations contained in paragraph 121.

122. The Defendants admit the allegations contained in paragraph 122.

123. The Defendants admit the allegations contained in paragraph 123.

124. The Defendants admit the allegations contained in paragraph 124.

125. The Defendants admit the allegations contained in paragraph 125.

126. The Defendants deny the allegations contained in paragraph 126.

127. The Defendants deny the allegations contained in paragraph 127.

128. The Defendants admit the allegations contained in paragraph 128.

129. The Defendants admit the allegations contained in paragraph 129.

130. The Defendants admit the allegations contained in paragraph 130.

131. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 131.

132. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 132.

133. The Defendants deny the allegations contained in paragraph 133.

134. The Defendants admit the allegations contained in paragraph 134.

135. The Defendants neither admit nor deny the allegations contained in paragraph 135 as there are no allegations asserted.

136. The Defendants neither admit nor deny the allegations contained in paragraph 136 as there are no allegations asserted.