137.    The Defendants neither admit nor deny the allegations contained in paragraph 137 as there are no allegations asserted.

138.    The Defendants neither admit nor deny the allegations contained in paragraph 138 and rely on the specific trial testimony cited therein.

139.    The Defendants neither admit nor deny the allegations contained in paragraph 139 and rely on the specific trial testimony cited therein.

140.    The allegations set forth in paragraph 140 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

141.    The allegations set forth in paragraph 141 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

142.    The allegations set forth in paragraph 142 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

21

143.    The allegations set forth in paragraph 143 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

144.    The allegations set forth in paragraph 144 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

145.    The allegations set forth in paragraph 145 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

146.    The allegations set forth in paragraph 146 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

147.    The allegations set forth in paragraph 147 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are

22

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

148.    The allegations set forth in paragraph 148 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

149.    The allegations set forth in paragraph 149 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

150.    The allegations set forth in paragraph 150 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

151.    The allegations set forth in paragraph 151 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

152.    The allegations set forth in paragraph 72 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

153.    The allegations set forth in paragraph 153 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

154.    The allegations set forth in paragraph 154 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

155.    The allegations set forth in paragraph 155 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

156.   The allegations set forth in paragraph 156 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

157.   The allegations set forth in paragraph 157 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

158.   The allegations set forth in paragraph 158 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

159.   The allegations set forth in paragraph 159 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

160.   The allegations set forth in paragraph 160 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are

25

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

161.    The allegations set forth in paragraph 161 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

162.    The allegations set forth in paragraph 162 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

163.    The allegations set forth in paragraph 163 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

164.    The allegations set forth in paragraph 164 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

165.    The allegations set forth in paragraph 165 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

166.    The allegations set forth in paragraph 166 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

167.    The allegations set forth in paragraph 167 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

168.    The allegations set forth in paragraph 168 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

169.    The allegations set forth in paragraph 169 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

170.    The allegations set forth in paragraph 170 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

171.    The allegations set forth in paragraph 171 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

172.    The allegations set forth in paragraph 172 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

173.    The Defendants neither admit nor deny the allegations contained in paragraph 173 and refer to the trial testimony cited therein.

28

174.    The Defendants neither admit nor deny the allegations contained in paragraph 174 and refer to the trial testimony cited therein.

175.    The Defendants neither admit nor deny the allegations contained in paragraph 175 and refer to the trial testimony cited therein.

176.    The Defendants neither admit nor deny the allegations contained in paragraph 176 and refer to the trial testimony cited therein.

177.    The Defendants neither admit nor deny the allegations contained in paragraph 177 and refer to the trial testimony cited therein.

178.    The Defendants deny the allegations contained in paragraph 178.

179.    The Defendants neither admit nor deny the allegations contained in paragraph 179 and refer to the trial testimony cited therein.

180.    The Defendants neither admit nor deny the allegations contained in paragraph 180 and refer to the trial testimony cited therein.

181.    The Defendants neither admit nor deny the allegations contained in paragraph 181 and refer to the trial testimony cited therein.

182.    The Defendants neither admit nor deny the allegations contained in paragraph 182 and refer to the trial testimony cited therein.

183.    The Defendants neither admit nor deny the allegations contained in paragraph 183 and refer to the trial testimony cited therein.

184.    The Defendants neither admit nor deny the allegations contained in paragraph 184 and refer to the trial testimony cited therein.

29

185.  The Defendants neither admit nor deny the allegations contained in paragraph 185 and refer to the exhibits cited therein.

186.  The Defendants admit the allegations contained in paragraph 186.

187.  The Defendants deny the allegations contained in paragraph 187.

188.  The Defendants neither admit nor deny the allegations contained in paragraph 188 and refer to the exhibits cited therein.

189.  The Defendants admit the allegations contained in paragraph 189.

190.  The Defendants neither admit nor deny the allegations contained in paragraph 190 and refer to the exhibits cited therein.

191.  The Defendants neither admit nor deny the allegations contained in paragraph 191 and refer to the trial testimony cited therein.

192.  The Defendants neither admit nor deny the allegations contained in paragraph 192 and refer to the exhibits cited therein.

193.  The Defendants neither admit nor deny the allegations contained in paragraph 193 and refer to the trial testimony cited therein.

194.  The Defendants neither admit nor deny the allegations contained in paragraph 194 and refer to the trial testimony cited therein.

195.  The Defendants neither admit nor deny the allegations contained in paragraph 195 and refer to the trial testimony cited therein.

196.  The Defendants neither admit nor deny the allegations contained in paragraph 196 and refer to the trial testimony cited therein.

197.  The Defendants neither admit nor deny the allegations contained in paragraph 197 and refer to the trial testimony cited therein.

198.  The Defendants neither admit nor deny the allegations contained in paragraph 198 and refer to the trial testimony cited therein.

199.  The Defendants neither admit nor deny the allegations contained in paragraph 199 and refer to the trial testimony cited therein.

200.  The Defendants neither admit nor deny the allegations contained in paragraph 200 and refer to the trial testimony cited therein.

201.  The Defendants neither admit nor deny the allegations contained in paragraph 201 and refer to the trial testimony cited therein.

202.  The Defendants neither admit nor deny the allegations contained in paragraph 202 and refer to the trial testimony cited therein.

203.  The Defendants neither admit nor deny the allegations contained in paragraph 203 and refer to the trial testimony cited therein.

204.  The Defendants neither admit nor deny the allegations contained in paragraph 204 and refer to the trial testimony cited therein.

205.  The Defendants neither admit nor deny the allegations contained in paragraph 205 and refer to the trial testimony cited therein.

206.  The Defendants neither admit nor deny the allegations contained in paragraph 206 and refer to the trial testimony cited therein.

207.  The Defendants neither admit nor deny the allegations contained in paragraph 207 and refer to the trial testimony cited therein.

31

208. The Defendants neither admit nor deny the allegations contained in paragraph 208 and refer to the trial testimony cited therein.

209. The Defendants neither admit nor deny the allegations contained in paragraph 209 and refer to the trial testimony cited therein.

210. The Defendants neither admit nor deny the allegations contained in paragraph 210 and refer to the trial testimony cited therein.

211. The Defendants neither admit nor deny the allegations contained in paragraph 211 and refer to the trial testimony cited therein.

212. The Defendants neither admit nor deny the allegations contained in paragraph 212 and refer to the trial testimony cited therein.

213. The Defendants neither admit nor deny the allegations contained in paragraph 213 and refer to the trial testimony cited therein.

214. The Defendants neither admit nor deny the allegations contained in paragraph 214 and refer to the trial testimony cited therein.

215. The Defendants neither admit nor deny the allegations contained in paragraph 215 and refer to the trial testimony cited therein.

216. The Defendants neither admit nor deny the allegations contained in paragraph 216 and refer to the trial testimony cited therein.

217. The Defendants neither admit nor deny the allegations contained in paragraph 217 and refer to the trial testimony cited therein.

218. The Defendants neither admit nor deny the allegations contained in paragraph 218 and refer to the trial testimony cited therein.

219.    The Defendants neither admit nor deny the allegations contained in paragraph 219 and refer to the trial testimony cited therein.

220.    The Defendants neither admit nor deny the allegations contained in paragraph 220 and refer to the trial testimony cited therein.

221.    The Defendants neither admit nor deny the allegations contained in paragraph 221 and refer to the trial testimony cited therein.

222.    The Defendants neither admit nor deny the allegations contained in paragraph 222 and refer to the trial testimony cited therein.

223.    The Defendants neither admit nor deny the allegations contained in paragraph 223 and refer to the trial testimony cited therein.

224.    The Defendants neither admit nor deny the allegations contained in paragraph 224 and refer to the trial testimony cited therein.

225.    The Defendants neither admit nor deny the allegations contained in paragraph 225 and refer to the trial testimony cited therein.

226.    The Defendants neither admit nor deny the allegations contained in paragraph 226 and refer to the trial testimony cited therein.

227.    The Defendants neither admit nor deny the allegations contained in paragraph 227 and refer to the trial testimony cited therein.

228.    The Defendants neither admit nor deny the allegations contained in paragraph 228 and refer to the trial testimony cited therein.

229.    The Defendants neither admit nor deny the allegations contained in paragraph 229 and refer to the trial testimony cited therein.

230. The Defendants neither admit nor deny the allegations contained in paragraph 230 and refer to the trial testimony cited therein.

231. The Defendants neither admit nor deny the allegations contained in paragraph 231 and refer to the trial testimony cited therein.

232. The Defendants neither admit nor deny the allegations contained in paragraph 232 and refer to the trial testimony cited therein.

233. The Defendants neither admit nor deny the allegations contained in paragraph 233 and refer to the trial testimony cited therein.

234. The Defendants neither admit nor deny the allegations contained in paragraph 234 and refer to the trial testimony cited therein.

235. The Defendants neither admit nor deny the allegations contained in paragraph 235 and refer to the trial testimony cited therein.

236. The Defendants neither admit nor deny the allegations contained in paragraph 236 and refer to the trial testimony cited therein.

237. The Defendants neither admit nor deny the allegations contained in paragraph 237 and refer to the trial testimony cited therein.

238. The Defendants neither admit nor deny the allegations contained in paragraph 238 and refer to the trial testimony cited therein.

239. The Defendants neither admit nor deny the allegations contained in paragraph 239 and refer to the trial testimony cited therein.

240. The Defendants neither admit nor deny the allegations contained in paragraph 240 and refer to the trial testimony cited therein.

241.    The Defendants neither admit nor deny the allegations contained in paragraph 241 and refer to the trial testimony cited therein.

242.    The Defendants deny the allegations contained in paragraph 242.

243.    The Defendants neither admit nor deny the allegations contained in paragraph 243 and refer to the trial testimony cited therein.

244.    The Defendants neither admit nor deny the allegations contained in paragraph 244 and refer to the trial testimony cited therein.

245.    The Defendants neither admit nor deny the allegations contained in paragraph 245 and refer to the trial testimony cited therein.

246.    The Defendants neither admit nor deny the allegations contained in paragraph 246 and refer to the trial testimony cited therein.

247.    The Defendants neither admit nor deny the allegations contained in paragraph 247 and refer to the trial testimony cited therein.

248.    The Defendants neither admit nor deny the allegations contained in paragraph 248 and refer to the trial testimony cited therein.

249.    The Defendants neither admit nor deny the allegations contained in paragraph 249 and refer to the trial testimony cited therein.

250.    The Defendants neither admit nor deny the allegations contained in paragraph 250 and refer to the trial testimony cited therein.

251.    The Defendants neither admit nor deny the allegations contained in paragraph 251 and refer to the trial testimony cited therein.

35

252.  The Defendants neither admit nor deny the allegations contained in paragraph 252 and refer to the trial testimony cited therein.

253.  The Defendants neither admit nor deny the allegations contained in paragraph 253 and refer to the trial testimony cited therein.

254.  The Defendants neither admit nor deny the allegations contained in paragraph 254 and refer to the trial testimony cited therein.

255.  The Defendants neither admit nor deny the allegations contained in paragraph 255 and refer to the trial testimony cited therein.

256.  The Defendants neither admit nor deny the allegations contained in paragraph 256 and refer to the trial testimony cited therein.

257.  The Defendants neither admit nor deny the allegations contained in paragraph 257 and refer to the trial testimony cited therein.

258.  The Defendants neither admit nor deny the allegations contained in paragraph 258 and refer to the trial testimony cited therein.

259.  The Defendants neither admit nor deny the allegations contained in paragraph 259 and refer to the trial testimony cited therein.

260.  The Defendants neither admit nor deny the allegations contained in paragraph 260 and refer to the trial testimony cited therein.

261.  The Defendants neither admit nor deny the allegations contained in paragraph 261 and refer to the trial testimony cited therein.

262.  The Defendants neither admit nor deny the allegations contained in paragraph 262 and refer to the trial testimony cited therein.

263.    The Defendants neither admit nor deny the allegations contained in paragraph 263 and refer to the trial testimony cited therein.

264.    The Defendants neither admit nor deny the allegations contained in paragraph 264 and refer to the trial testimony cited therein.

265.    The Defendants neither admit nor deny the allegations contained in paragraph 265 and refer to the trial testimony cited therein.

266.    The Defendants neither admit nor deny the allegations contained in paragraph 266 and refer to the trial testimony cited therein.

267.    The allegations set forth in paragraph 267 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

268.    The Defendants neither admit nor deny the allegations contained in paragraph 268 and refer to the trial testimony cited therein.

269.    The Defendants neither admit nor deny the allegations contained in paragraph 269 and refer to the trial testimony cited therein.

270.    The Defendants neither admit nor deny the allegations contained in paragraph 270 and refer to the trial testimony cited therein.

271.    The Defendants neither admit nor deny the allegations contained in paragraph 271 and refer to the trial testimony cited therein.

272.    The allegations set forth in paragraph 272 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

273.    The Defendants neither admit nor deny the allegations contained in paragraph 273 and refer to the trial testimony cited therein.

274.    The Defendants neither admit nor deny the allegations contained in paragraph 274 and refer to the trial testimony cited therein.

275.    The Defendants neither admit nor deny the allegations contained in paragraph 275 and refer to the trial testimony cited therein.

276.    The Defendants neither admit nor deny the allegations contained in paragraph 276 and refer to the trial testimony cited therein.

277.    The Defendants neither admit nor deny the allegations contained in paragraph 277 and refer to the trial testimony cited therein.

278.    The Defendants neither admit nor deny the allegations contained in paragraph 278 and refer to the trial testimony cited therein.

279.    The Defendants neither admit nor deny the allegations contained in paragraph 279 and refer to the trial testimony cited therein.

280.    The Defendants neither admit nor deny the allegations contained in paragraph 280 and refer to the trial testimony cited therein.

281.    The Defendants neither admit nor deny the allegations contained in paragraph 281 and refer to the trial testimony cited therein.

282.    The Defendants neither admit nor deny the allegations contained in paragraph 282 and refer to the trial testimony cited therein.

283.    The Defendants neither admit nor deny the allegations contained in paragraph 283 and refer to the trial testimony cited therein.

284.    The Defendants neither admit nor deny the allegations contained in paragraph 284 and refer to the trial testimony cited therein.

285.    The Defendants neither admit nor deny the allegations contained in paragraph 285 and refer to the trial testimony cited therein.

286.    The Defendants neither admit nor deny the allegations contained in paragraph 286 and refer to the trial testimony cited therein.

287.    The Defendants neither admit nor deny the allegations contained in paragraph 287 and refer to the trial testimony cited therein.

288.    The Defendants neither admit nor deny the allegations contained in paragraph 288 and refer to the trial testimony cited therein.

289.    The Defendants neither admit nor deny the allegations contained in paragraph 289 and refer to the trial testimony cited therein.

290.    The Defendants neither admit nor deny the allegations contained in paragraph 290 and refer to the trial testimony cited therein.

291.    The Defendants neither admit nor deny the allegations contained in paragraph 291 and refer to the trial testimony cited therein.

292.  The Defendants neither admit nor deny the allegations contained in paragraph 292 and refer to the trial testimony cited therein.

293.  The Defendants neither admit nor deny the allegations contained in paragraph 293 and refer to the trial testimony cited therein.

294.  The Defendants neither admit nor deny the allegations contained in paragraph 294 and refer to the trial testimony cited therein.

295.  The allegations set forth in paragraph 295 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

296.  The Defendants neither admit nor deny the allegations contained in paragraph 296 and refer to the trial testimony cited therein.

297.  The allegations set forth in paragraph 297 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

298.  The allegations set forth in paragraph 298 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information