sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

299.    The allegations set forth in paragraph 299 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

300.    The allegations set forth in paragraph 300 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

301.    The Defendants neither admit nor deny the allegations contained in paragraph 301 and refer to the trial testimony cited therein.

302.    The allegations set forth in paragraph 302 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

303.    The Defendants neither admit nor deny the allegations contained in paragraph 303 and refer to the trial testimony cited therein.

304. The Defendants neither admit nor deny the allegations contained in paragraph 304 and refer to the trial testimony cited therein.

305. The allegations set forth in paragraph 305of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

306. The allegations set forth in paragraph 306 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

307. The Defendants neither admit nor deny the allegations contained in paragraph 307 and refer to the trial testimony cited therein.

308. The Defendants neither admit nor deny the allegations contained in paragraph 308 and refer to the trial testimony cited therein.

309. The allegations set forth in paragraph 309 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

310.    The allegations set forth in paragraph 310 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

311.    The allegations set forth in paragraph 311 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

312.    The allegations set forth in paragraph 312 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

313.    The allegations set forth in paragraph 313 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

314.    The allegations set forth in paragraph 314 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are

43

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

315.    The allegations set forth in paragraph 315 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

316.    The allegations set forth in paragraph 316 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

317.    The allegations set forth in paragraph 317 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

318.    The allegations set forth in paragraph 318 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

44

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

319.    The allegations set forth in paragraph 319 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

320.    The Defendants neither admit nor deny the allegations contained in paragraph 320 and refer to the trial testimony cited therein.

321.    The Defendants neither admit nor deny the allegations contained in paragraph 321 and refer to the trial testimony cited therein.

322.    The Defendants neither admit nor deny the allegations contained in paragraph 322 and refer to the trial testimony cited therein.

323.    The Defendants neither admit nor deny the allegations contained in paragraph 323 and refer to the trial testimony cited therein.

324.    The Defendants neither admit nor deny the allegations contained in paragraph 324 and refer to the trial testimony cited therein.

325.    The allegations set forth in paragraph 325 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

326.  The allegations set forth in paragraph 326 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

327.  The Defendants neither admit nor deny the allegations contained in paragraph 327 and refer to the trial testimony cited therein.

328.  The Defendants neither admit nor deny the allegations contained in paragraph 328 and refer to the trial testimony cited therein.

329.  The Defendants neither admit nor deny the allegations contained in paragraph 329 and refer to the trial testimony cited therein.

330.  The Defendants neither admit nor deny the allegations contained in paragraph 330 and refer to the trial testimony cited therein.

331.  The Defendants neither admit nor deny the allegations contained in paragraph 331 and refer to the trial testimony cited therein.

332.  The Defendants neither admit nor deny the allegations contained in paragraph 332 and refer to the trial testimony cited therein.

333.  The Defendants neither admit nor deny the allegations contained in paragraph 333 and refer to the trial testimony cited therein.

334.  The Defendants neither admit nor deny the allegations contained in paragraph 334 and refer to the trial testimony cited therein.

335.   The allegations set forth in paragraph 335 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

336.   The allegations set forth in paragraph 337 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

337.   The allegations set forth in paragraph 337 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

338.   The Defendants neither admit nor deny the allegations contained in paragraph 338 and refer to the trial testimony cited therein.

339.   The Defendants neither admit nor deny the allegations contained in paragraph 339 and refer to the trial testimony cited therein.

340.   The Defendants neither admit nor deny the allegations contained in paragraph 340 and refer to the trial testimony cited therein.

341.   The Defendants neither admit nor deny the allegations contained in paragraph 341.

47

342.    The Defendants deny the allegations contained in paragraph 342.

343.    The allegations set forth in paragraph 343 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

344.    The allegations set forth in paragraph 344 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

345.    The allegations set forth in paragraph 345 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

346.    The Defendants neither admit nor deny the allegations contained in paragraph 346 and refer to the trial testimony cited therein.

347.    The Defendants neither admit nor deny the allegations contained in paragraph 347 and refer to the trial testimony cited therein.

348.    The Defendants admit the allegations contained in paragraph 348.

349.    The Defendants neither admit nor deny the allegations contained in paragraph 349 and refer to the trial testimony cited therein.

350.    The Defendants neither admit nor deny the allegations contained in paragraph 350 and refer to the trial testimony cited therein.

351.    The allegations set forth in paragraph 351 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

352.    The Defendants neither admit nor deny the allegations contained in paragraph 352 and refer to the trial testimony cited therein.

353.    The Defendants neither admit nor deny the allegations contained in paragraph 353 and refer to the trial testimony cited therein.

354.    The Defendants neither admit nor deny the allegations contained in paragraph 354 and refer to the trial testimony cited therein.

355.    The Defendants neither admit nor deny the allegations contained in paragraph 355 and refer to the trial testimony cited therein.

356.    The Defendants neither admit nor deny the allegations contained in paragraph 356 and refer to the trial testimony cited therein.

357.    The Defendants neither admit nor deny the allegations contained in paragraph 357 and refer to the trial testimony cited therein.

358.    The Defendants neither admit nor deny the allegations contained in paragraph 358 and refer to the trial testimony cited therein.

359.    The Defendants neither admit nor deny the allegations contained in paragraph 359 and refer to the trial testimony cited therein.

360.    The Defendants neither admit nor deny the allegations contained in paragraph 360 and refer to the trial testimony cited therein.

361.    The allegations set forth in paragraph 361 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

362.    The allegations set forth in paragraph 362 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

363.    The allegations set forth in paragraph 363 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

364.    The allegations set forth in paragraph 364 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

365.    The allegations set forth in paragraph 365 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

366.    The allegations set forth in paragraph 366 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

367.    The allegations set forth in paragraph 367 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

368.    The allegations set forth in paragraph 368 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are

51

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

369.    The Defendants object to the language "Moynihan's file".    The Defendants neither admit nor deny the remaining allegations contained in paragraph 369.

370.    The allegations set forth in paragraph 370 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

371.    The allegations set forth in paragraph 371 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

372.    The allegations set forth in paragraph 372 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.    To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

373.    The Defendants neither admit nor deny the allegations contained in paragraph 373 and refer to the trial testimony cited therein.

374.   The allegations set forth in paragraph 374 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

375.   The allegations set forth in paragraph 375 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

376.   The allegations set forth in paragraph 376 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

377.   The allegations set forth in paragraph 377 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

378.   The allegations set forth in paragraph 378 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are

53

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

379.    The allegations set forth in paragraph 379 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

380.    The allegations set forth in paragraph 380 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

381.    The allegations set forth in paragraph 381 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

382.    The allegations set forth in paragraph 382 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

383.   The allegations set forth in paragraph 383 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

384.   The allegations set forth in paragraph 384 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

385.   The allegations set forth in paragraph 385 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

386.   The allegations set forth in paragraph 386 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.  To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

387.    The allegations set forth in paragraph 387 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

388.    The allegations set forth in paragraph 388 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

389.    The allegations set forth in paragraph 389 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

390.    The allegations set forth in paragraph 390 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

391.    The allegations set forth in paragraph 391 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are

56

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

392.    The allegations set forth in paragraph 392 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

393.    The allegations set forth in paragraph 393 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

394.    The allegations set forth in paragraph 394 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

395.    The allegations set forth in paragraph 395 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

396.    The allegations set forth in paragraph 396 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

**Count I- Violations of 42 USC Section 1983: Arrest**

397.    The Defendants reassert their responses to paragraphs 1- 396 as if specifically restated herein.

398.    The Defendants deny the allegations contained in paragraph 398.

399.    The Defendants deny the allegations contained in paragraph 399.

400.    The Defendants neither admit nor deny the allegations contained in paragraph 400 as same are not directed to them.

401.    The Defendants neither admit nor deny the allegations contained in paragraph 401 as same are not directed to them.

402.    The Defendants neither admit nor deny the allegations contained in paragraph 402 as same are not directed to them.

403.    The Defendants deny the allegations contained in paragraph 403.

404.    The Defendants deny the allegations contained in paragraph 404.

405.    The Defendants neither admit nor deny the allegations contained in paragraph 405 as same are not directed to them.

406.    The Defendants neither admit nor deny the allegations contained in paragraph 406 as same are not directed to them.

407.    The Defendants deny the allegations contained in paragraph 407.

408.    The Defendants deny the allegations contained in paragraph 408.

409.    The Defendants deny the allegations contained in paragraph 409.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count II- Violations of 42 USC Section 1983: Detention and Confinement**

410.    The Defendants reassert their responses to paragraphs 1- 409 as if specifically restated herein.

411.    The Defendants deny the allegations contained in paragraph 411.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count III- Violations of 42 USC Section 1983: Conspiracy**

412.    The Defendants reassert their responses to paragraphs 1- 411 as if specifically restated herein.

413.    The Defendants admit that Moynihan gathered information regarding Marissa Paine.  The Defendants the remaining allegations contained in paragraph 413.

414.    The Defendants neither admit nor deny the allegations contained in paragraph 414 as it seeks a conclusion of law.

59

415.    The allegations set forth in paragraph 415 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

416.    The Defendants neither admit nor deny the allegations contained in paragraph 416.

417.    The allegations set forth in paragraph 417 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

418.    The allegations set forth in paragraph 418 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

419.    The allegations set forth in paragraph 419 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required.   To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.