420. The allegations set forth in paragraph 420 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

421. The allegations set forth in paragraph 421 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

422. The allegations set forth in paragraph 422 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

423. The Defendants deny the allegations contained in paragraph 423.

424. The Defendants deny the allegations contained in paragraph 424.

425. The Defendants deny the allegations contained in paragraph 425.

426. The allegations set forth in paragraph 426 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information

sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

427. The allegations set forth in paragraph 427 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

428. The allegations set forth in paragraph 428 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

429. The Defendants deny the allegations contained in paragraph 429.

430. The Defendants deny the allegations contained in paragraph 430.

431. The Defendants deny the allegations contained in paragraph 431.

432. The Defendants deny the allegations contained in paragraph 432.

433. The Defendants deny the allegations contained in paragraph 433.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

## Count IV- Violations of 42 USC Section 1983: Refusing or Neglecting to Prevent

434. The Defendants reassert their responses to paragraphs 1- 433 as if specifically restated herein.

435. The Defendants admit the allegations contained in paragraph 435.

436. The allegations set forth in paragraph 436 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

437. The Defendants deny the allegations contained in paragraph 437.

438. The Defendants deny the allegations contained in paragraph 438.

439. The Defendants deny the allegations contained in paragraph 439.

440. The Defendants deny the allegations contained in paragraph 440.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

## Count V- Malicious Prosecution

441. The Defendants reassert their responses to paragraphs 1- 440 as if specifically restated herein.

442. The Defendants deny the allegations contained in paragraph 442.

443. The Defendants deny the allegations contained in paragraph 443.

444. The allegations set forth in paragraph 444 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

445. The Defendants deny the allegations contained in paragraph 445.

446. The Defendants admit the allegations contained in paragraph 446.

447. The Defendants deny the allegations contained in paragraph 447.

448. The Defendants deny the allegations contained in paragraph 448.

449. The Defendants deny the allegations contained in paragraph 449.

450. The Defendants deny the allegations contained in paragraph 450.

451. The Defendants deny the allegations contained in paragraph 451.

452. The Defendants deny the allegations contained in paragraph 452.

453. The Defendants deny the allegations contained in paragraph 453.

454. The allegations set forth in paragraph 454 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

455. The Defendants admit that the criminal proceeding terminated in favor of the Plaintiff. The Defendants are without sufficient information to either admit or deny the remaining allegations contained in paragraph 455.

456.    The Defendants deny the allegations contained in paragraph 456.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count VI- Abuse of Process**

457.    The Defendants reassert their responses to paragraphs 1- 456 as if specifically restated herein.

458.    The Defendants deny the allegations contained in paragraph 458.

459.    The allegations set forth in paragraph 459 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

460.    The allegations set forth in paragraph 460 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

461.    The Defendants deny the allegations contained in paragraph 461.

462.    The Defendants deny the allegations contained in paragraph 462.

463.    The Defendants deny the allegations contained in paragraph 463.

464.    The Defendants deny the allegations contained in paragraph 464.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count VII- Violation of Mass Civil Rights Act, MGL ch. 12, § 11I**

465. The Defendants reassert their responses to paragraphs 1- 464 as if specifically restated herein.

466. The Defendants neither admit nor deny the allegations contained in paragraph 466 as it seeks a legal conclusion.

467. The Defendants deny the allegations contained in paragraph 467.

468. The Defendants deny the allegations contained in paragraph 468.

469. The Defendants deny the allegations contained in paragraph 469.

470. The Defendants deny the allegations contained in paragraph 470.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count VIII- False Arrest and Imprisonment**

471. The Defendants reassert their responses to paragraphs 1- 470 as if specifically restated herein.

472. The Defendants deny the allegations contained in paragraph 472.

473. The Defendants deny the allegations contained in paragraph 473.

474. The allegations set forth in paragraph 474 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

475. The allegations set forth in paragraph 475 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

476. The allegations set forth in paragraph 476 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

477. The Defendants deny the allegations contained in paragraph 477.

478. The Defendants deny the allegations contained in paragraph 478.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count IX- Assault**

479. The Defendants reassert their responses to paragraphs 1- 478 as if specifically restated herein.

480. The Defendants neither admit nor deny the allegations contained in paragraph 480.

481. The Defendants deny the allegations contained in paragraph 481.

482. The Defendants deny the allegations contained in paragraph 482.

483. The Defendants deny the allegations contained in paragraph 483.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count X- Battery**

484. The Defendants reassert their responses to paragraphs 1- 483 as if specifically restated herein.

485. The Defendants deny the allegations contained in paragraph 485.

486. The Defendants deny the allegations contained in paragraph 486.

487. The Defendants deny the allegations contained in paragraph 487.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count XI- Conspiracy**

488. The Defendants reassert their responses to paragraphs 1- 487 as if specifically restated herein.

489. The Defendants deny the allegations contained in paragraph 489.

490. The Defendants deny the allegations contained in paragraph 490.

491. The Defendants deny the allegations contained in paragraph 491.

492. The allegations set forth in paragraph 492 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

493. The allegations set forth in paragraph 493 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

494. The allegations set forth in paragraph 494 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

495. The Defendants deny the allegations contained in paragraph 495.

496. The allegations set forth in paragraph 496 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

497. The allegations set forth in paragraph 497 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

498. The Defendants deny the allegations contained in paragraph 498.

499. The Defendants deny the allegations contained in paragraph 499.

500. The Defendants deny the allegations contained in paragraph 500.

501. The Defendants deny the allegations contained in paragraph 501.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count XII- Defamation**

502. The Defendants reassert their responses to paragraphs 1- 501 as if specifically restated herein.

503. The allegations set forth in paragraph 503 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

504. The Defendants deny the allegations contained in paragraph 504.

505. The Defendants deny the allegations contained in paragraph 505.

506. The allegations set forth in paragraph 506 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

507. The allegations set forth in paragraph 507 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

508. The allegations set forth in paragraph 508 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

509. The allegations set forth in paragraph 509 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

510. The allegations set forth in paragraph 510 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are

       construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

511. The allegations set forth in paragraph 511 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

512. The allegations set forth in paragraph 512 of the Plaintiff's Complaint do not pertain to the Defendants, therefore, no answer is required. To the extent that the allegations are construed to apply to the Defendants, they are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, call upon Plaintiff to prove same.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

**Count XIII- Intentional Infliction of Emotional Distress**

513. The Defendants reassert their responses to paragraphs 1- 512 as if specifically restated herein.

514. The Defendants deny the allegations contained in paragraph 514.

515. The Defendants deny the allegations contained in paragraph 515.

516. The Defendants deny the allegations contained in paragraph 516.

517. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph 517.

518. The Defendants deny the allegations contained in paragraph 518.

519. The Defendants deny the allegations contained in paragraph 519.

520. The Defendants deny the allegations contained in paragraph 520.

521. The Defendants deny the allegations contained in paragraph 521.

Wherefore, the Defendants deny that the Plaintiff is entitled to any relief what so ever as to the Defendants and request that judgment enter on the Defendants behalf, together with interests and costs.

## DEMAND FOR JURY TRIAL

The Defendants request a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

**First:**

Plaintiff's Complaint ane each respective count thereof fail to states a cause of action for which relief can be granted against the Defendants.

**Second:**

Plaintiff's Complaint ane each respective count thereof are barred by the applicable statute of limitations.

**Third:**

Plaintiff's Complaint ane each respective count thereof are barred by the doctrine of laches.

**Fourth:**

There was no relationship between the Defendants and the Plaintiff at any time that would give rise to a duty on the part of the Defendants to protect persons such as the Plaintiff. Any harm allegedly suffered by the Plaintiff was the result of acts or omissions by persons, including the Plaintiff, for whom the Defendants were not and are not legally responsible.

**Fifth:**

Plaintiff's claims under 42 USC § 1983 should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants are a state or governmental actor, acting under color of law, which is a necessary element to such a claim.

**Sixth:**

Plaintiff's claims under MGL ch. 12, §11I should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants threatened, intimidated or coerced the Plaintiff with the intent to deprive him of his civil rights or other legally recognized right.

**Seventh:**

Plaintiff's claim of abuse of process should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants initiated, participated in or abused any legal process with regard to the Plaintiff.

**Eighth:**

Plaintiff's claim for false arrest should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants initiated or participated in the arrest or confinement of the Plaintiff.

**Ninth:**

Plaintiff's claim for false imprisonment must be dismissed because the Plaintiff did not allege and cannot prove that the Defendants initiated or participated in the imprisonment of the Plaintiff.

**Tenth:**

Plaintiff's claim for assault should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants threatened the Plaintiff in any manner, engaged in any overt gesture toward the Plaintiff, or placed the Plaintiff in a state of reasonable apprehension of an imminent unauthorized touching or immediate physical harm.

**Eleventh:**

Plaintiff's claim for battery should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants intentionally and offensively touched the Plaintiff.

**Twelfth:**

Plaintiff's claim for conspiracy should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants conspired with any other person to do any harm to the Plaintiff.

**Thirteenth:**

Plaintiff's claim for defamation should be dismissed because the Plaintiff did not allege and cannot prove that the Defendants published any false or defamatory statement about the Plaintiff.

**Fourteenth:**

Plaintiff's claim for intentional infliction of emotional distress should be dismissed

because the Plaintiff did not allege and cannot prove that the Defendants took any intentional action which was extreme or outrageous.

**Fifteenth:**

Plaintiff's claim which require a conspiracy, malice or willful and intentional action as an element of the claim have not been plead with sufficient specificity as to the Defendants and should be dismissed.

**Sixteenth:**

Plaintiff is estopped from asserting claims against the Defendants based upon his own actions.

**Seventeenth:**

Plaintiff is not entitled to equitable relief based on the doctrine of unclean hands.

**Eighteenth:**

Plaintiff was not damaged by the acts or omissions of the Defendants and, therefore, he may not recover.

**Nineteenth:**

Plaintiff's claims are wholly unsubstantiated, frivolous and advanced in bad faith by the Plaintiff, entitling the Defendants to recover its reasonable costs and attorneys' fees which they incurred to defend this action pursuant to MGL ch. 231, § 6F.

**Twentieth:**

The individual Defendants acted objectively reasonably and thus are qualifiedly immune from liability.

> The Defendants, Daniel Moynihan, Donald Thompson and City of Haverhill
> by their attorney,
>
> */s/ Regina M. Ryan*
> Douglas I. Louison BBO# 545191
> Regina M. Ryan BBO# 565246
> MERRICK, LOUISON & COSTELLO, LLP
> 67 Batterymarch Street
> Boston, MA 02110
> (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 7th day of May, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: Barbara C. Johnson, Esquire, Appletree Lane, Andover, MA 01810-4102.

*/s/ Regina M. Ryan*
Regina M. Ryan

77