UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                   Plaintiff

                                           CIVIL ACTION NO.:
             v.                            04-10255-EFH

SUSAN PANE, ET AL.,
                   Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **FINAL PRETRIAL CONFERENCE ORDER**

May 12, 2004

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 19 on the 7th floor) at 2:00 P.M. on  Wednesday, June 22, 2005  .

      SO ORDERED.

                                             /s/ Edward F. Harrington
                                           EDWARD F. HARRINGTON
                                           United States Senior District Judge