UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br>    Plaintiff,<br><br>v.<br><br>SUSAN PANE, et al.<br>    Defendants. | Civil Action No. 04-10255-EFH |

## LOCAL RULE 16.1(D)(3) CERTIFICATION
## FOR DEFENDANT FOX TELEVISION STATIONS, INC.

The undersigned hereby affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4 of this Court.

_____
Elizabeth A. Ritvo (BBO #421440)
Counsel for Defendant Fox Television
Stations, Inc.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Name: Elizabeth A. Casey
Title: Assistant Secretary

On behalf of Fox Television Stations, Inc.

Dated: May 12, 2004

#1271542 v\1 - hermesjp - r94m011.doc - 24273/1