UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse,<br>      Plaintiff,<br><br>v.<br><br>Susan Pane, et al.,<br>      Defendants. | CIVIL ACTION NO. 04-10255-EFH |

## LOCAL RULE 16.1 CERTIFICATION

I, Marjunette deMagistris, hereby certify that on May 10, 2004, I conferred with my client, the Defendant, Rosalyn Stults, regarding the plaintiff's proposal of settlement of May 10, 2004. I also conferred with my client about the establishment of a litigation budget and the consideration of alternative dispute resolution, such as those outlined in Local Rule 16.4.

                                              Respectfully submitted,
                                              The Defendant,
                                              Rosalyn Stults,
                                              By her attorneys,

                                              /s/ Marjunette deMagistris
                                              George A. Berman, BBO# 040200
                                              Marjunette deMagistris, BBO# 648133
                                              PEABODY & ARNOLD LLP
                                              30 Rowes Wharf
                                              Boston, MA 02110
                                              617-951-2100

Date: 5/12/04

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, certify that on this 1 2 day of May 2004, I served the within

Local Rule 16.1 Certification by hand delivery, to:

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810

Rodney S. Dowell, Esq.
Berman & Dowell
210 Commercial Street
Boston, MA 02109

Richard E. Quinby, Esq.
Chauncey D. Steele, Esq.
Craig & Macauley, PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Timothy P. Van Dyck, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Jeffrey P. Hermes, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Marjunette deMagistris