UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE, <br> Plaintiff, <br> v. <br><br> SUSAN PANE, et al., <br> Defendants. | Civil Action No. 04-10255-EFH <br><br> MOTION OF FOX TELEVISION STATIONS, INC. <br> TO DISMISS COMPLAINT |

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Fox Television Stations, Inc. ("Fox TV") moves for the dismissal of all counts of the Second Amended Verified Complaint ("Complaint") of plaintiff Brian J. Meuse ("Plaintiff" or "Meuse") with respect to Fox TV. For the Court's reference, attached hereto as <u>Exhibit A</u> is a chart summarizing the reasons why each of the Plaintiff's claims must be dismissed against Fox TV.

In support of this motion, Fox TV states as follows:

1. The Complaint contains no factual allegations of conduct by Fox TV, aside from the airing of what the Plaintiff admits was a "somewhat balanced" news report involving the Plaintiff and law enforcement efforts to locate a missing child (the "Broadcast"). Fox TV cannot be held liable on account of the Broadcast, because it is protected under the fair report privilege for news reports of government activity. Accordingly, all of the Plaintiff's claims against Fox TV, including his defamation claim (Count 12), must be dismissed.

2. Furthermore, Counts 1 through 3 of the Complaint (the Plaintiff's claims against Fox TV under 42 U.S.C. § 1983)[1] must be dismissed because the Complaint fails to allege either that Fox TV acted under color of state law, or that it caused any deprivation of a right secured by the Constitution or laws.

---

[1] Count 4 of the Complaint, which alleges violations of 42 U.S.C. § 1983 for "Refusing or Neglecting to Prevent," is not alleged against Fox TV. Even if Count 4 had been so alleged, it would fail for the same reasons as Counts 1 – 3.

3. Counts 5 through 10 and 13 of the Complaint, which allege a variety of state law causes of action, must also be dismissed because the Plaintiff has admitted that the Broadcast was not the cause of the alleged injuries on which those claims are based.

4. Counts 3 and 11 of the Complaint, the Plaintiff's conspiracy claims under § 1983 and Massachusetts law, must also be dismissed because the Plaintiff has failed to plead facts to support the existence of a conspiracy involving Fox TV that would render Fox TV liable for the other defendants' actions.

5. Dismissal is particularly warranted in this case in order to protect the First Amendment rights of the press and the strong public interest in supporting media participation in efforts to locate missing children; these efforts would be chilled if Fox TV were subject to costly discovery in a meritless case.

6. In further support of this motion, Fox TV relies on its memorandum in support of this motion, filed herewith.

WHEREFORE, defendant Fox Television Stations, Inc., respectfully requests that this Court dismiss all counts of the Complaint against it.

Respectfully submitted,
FOX TELEVISION STATIONS, INC.
By its attorneys,

_____
Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: May 10, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 5/10/04 by e-mail

_____
SIGNATURE

2

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

I hereby certify that counsel for the defendant contacted plaintiff's counsel regarding the above motion, but was unable to narrow the issues raised in this motion.

_____
Jeffrey P. Hermes

#1274808 v\1 - hermesjp - rb54011.doc - 24273/1