UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse,<br><br>    Plaintiff<br><br>v.<br><br>Susan Pane,<br>Rosalyn Stults,<br>Lt. Detective Daniel R. Moynihan, in his official and individual capacities,<br>Captain Donald Thompson, in his official and individual capacities,<br>City of Haverhill, Massachusetts,<br>Louis Freeh, in his official capacity,<br>Charles S. Prouty, in his official and individual capacities,<br>FOX News Channel a/k/a FOX25News,<br>America's Most Wanted,<br>National Center for Missing and<br>   Exploited Children,<br>Wal-Mart Stores, Inc.,<br><br>    Defendants. | Civil Action No. 04CV10255EFH |

**DEFENDANT WAL-MART STORES, INC.'S**
**CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

The undersigned counsel for Wal-Mart Stores, Inc. certifies that it has conferred with its client with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and has conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 17, 2004

                                                        Richard E. Quinby BBO#545641
                                                        Chauncey D. Steele IV BBO#647207
                                                        Craig and Macauley
                                                         Professional Corporation
                                                        Federal Reserve Plaza
                                                         600 Atlantic Avenue
                                                         Boston, MA  02210
                                                         (617) 367-9500

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 17, 2004.

                                                                                             Chauncey D. Steele IV