Case 1:04-cv-10255-EFH   Document 45   Filed 05/24/2004   Page 1 of 2

ASSENTED-TO
MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF 20 PAGES
TO MOTION TO DISMISS BY FOX TELEVISION STATIONS, INC.,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION:  04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

---

# ASSENTED-TO
## MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF 20 PAGES TO MOTION TO DISMISS BY FOX TELEVISION STATIONS, INC.,

Now comes Plaintiff Brian J. Meuse ["Meuse"] and moves this Honorable Court, pursuant to Fed.R.Civ.P. 7.1(B)(4), for leave to file a combined opposition and supporting memorandum against Defendant Fox Television Stations, Inc.'s motion to dismiss all counts of the Second Amended Verified Complaint ["Complaint"] with respect to FOX that is in total 25 pages.

As grounds for this motion, Meuse states that the issues are both numerous and complex.

WHEREFORE, Plaintiff Brian Meuse prays this Court allow this motion.

                                          Respectfully submitted,
                                          BRIAN J. MEUSE,
                                          By his attorney,

                                          /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
24 May 2004                               Barbara C. Johnson, Esq., BBO #549972
                                          6 Appletree Lane

ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF 20 PAGES TO MOTION TO DISMISS BY FOX TELEVISION STATIONS, INC.,

Case 1:04-cv-10255-EFH    Document 45    Filed 05/24/2004    Page 2 of 2

Andover, MA 01810-4102
978-474-0833

## AFFIDAVIT

I, Barbara C. Johnson, Esq., hereby depose that all statements and observations I attribute to myself saying or observing are true, and all other statements are true upon information and belief. Sworn under the pains and penalties of perjury.

/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>

24 May 2004                               Barbara C. Johnson, Esq., BBO #549972