UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

BRIAN J. MEUSE,
    Plaintiff,

v.

SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,
In His Official and Individual Capacities,
CPT. DONALD THOMPSON,
In His Official and Individual Capacities,
CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE, In His Official Capacity,
CHARLES S. PROUTY, In His Official and
Individual Capacities, FOX NEWS
CHANNEL, a/k/a FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,
    Defendants,

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Captain Donald Thompson, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,

_____
Donald Thompson, Captain

Defendant, by his attorney,

_____
Douglas I. Louison (BBO# 545191)
Regina M. Gilgun (BBO# 565246)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305