UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  P 3: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRIAN J. MEUSE,<br>    Plaintiff,<br>v.<br><br>SUSAN PANE, et al.,<br>    Defendants. | Civil Action No. 04-10255-EFH<br><br>ASSENTED-TO<br>REQUEST FOR ORAL ARGUMENT<br>ON MOTION OF FOX TELEVISION STATIONS,<br>INC. TO DISMISS COMPLAINT |

Pursuant to L.R. 7.1(D), defendant Fox Television Stations, Inc. ("Fox TV") respectfully requests, with the assent of the Plaintiff, that the Court hear oral argument on its pending Motion to Dismiss the claims of the Second Amended Verified Complaint against Fox TV. Fox TV believes that oral argument will assist the Court in resolving the issues raised in its motion to dismiss.

In granting assent, Plaintiff's counsel has requested that a hearing not be scheduled on June 14, 2004. Fox TV has no objection to this request.

Respectfully submitted,

FOX TELEVISION STATIONS, INC.,

By its attorneys,

Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: May 27, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL BY HAND) ON 5/27/04
SIGNATURE

1