# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                Plaintiff

      v.                           CIVIL ACTION NO.:
                                    04-10255-EFH

SUSAN PANE, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

June 9, 2004

HARRINGTON, S.D.J.

      The motion to dismiss filed by the Defendant STF Productions, Inc. ("STF") is granted in part for the same reasons articulated by this Court in its June 9, 2004 Memorandum and Order pertaining to the motion to dismiss filed by another Defendant Fox Television Stations, Inc. In short, the plaintiff's federal claims against STF are dismissed and the Court declines to exercise supplemental jurisdiction over the plaintiff's state claims against STF. The state law claims are remanded to state court.

      SO ORDERED.

                                                            /s/ Edward F. Harrington
                                                            EDWARD F. HARRINGTON
                                                            United States Senior District Judge