UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION:  04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants
_____

### NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the First Circuit from the Memoranda and Orders filed on 9 June 2004 and entered on 10 June 2004 dismissing the federal claims of the private corporations Fox Television Stations, Inc., and STF Productions, Inc., and remanding the state law claims to state court.

    Respectfully submitted,
    PLAINTIFF BRIAN MEUSE,
    By his attorney,

19 June 2004                  /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
    Barbara C. Johnson, Esq.
    6 Appletree Lane
    Andover, MA 01810-4102
    978-474-0833
    B.B.O. #549972