MOTION TO STAY REMAND UNTIL DECISION IS REACHED ON
MOTION TO RECONSIDER MOTIONS OF FOX TELEVISION STATIONS, INC.,
AND STF PRODUCTIONS, INC., TO DISMISS COMPLAINT

Case 1:04-cv-10255-EFH   Document 57   Filed 06/20/2004   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION:  04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.
**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

---

### MOTION TO STAY REMAND UNTIL DECISION IS REACHED ON
### MOTION TO RECONSIDER MOTIONS OF FOX TELEVISION STATIONS, INC., AND
### STF PRODUCTIONS, INC., TO DISMISS COMPLAINT

Now comes Plaintiff Brian J. Meuse ["Meuse"] and moves this Honorable Court to stay remanding to state court Meuse's state law claims against Defendants Fox Television Stations, Inc. ["FOX" or "FOX TV"], and STF Productions, Inc. ["STF" or "STF/AMW"], until Meuse's motion for reconsideration is decided by this court.

As grounds, Meuse states that it will preserve both federal and state court resources as well as those of Meuse's counsel

WHEREFORE, Plaintiff Brian Meuse prays this Court allow this motion.

                                    Respectfully submitted,
                                    BRIAN J. MEUSE,
                                    By his attorney,

                                  /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
20 June 2004                        Barbara C. Johnson, Esq.
                                    6 Appletree Lane
                                    Andover, MA 01810-4102
                                    978-474-0833
                                    BBO #549972