Case 1:04-cv-10255-EFH   Document 61   Filed 07/05/2004   Page 1 of 2

MEUSE'S MOTION FOR LEAVE TO FILE
REPLY BRIEF TO STF'S AND FOX'S OPPOSITION TO MEUSE'S
MOTION TO RECONSIDER DISMISSAL OF CLAIMS AGAINST STF AND FOX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,
Rosalyn Stults,
Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly,** in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**

Defendants

---

## MEUSE'S MOTION FOR LEAVE TO FILE
## REPLY BRIEF TO STF'S AND FOX'S OPPOSITION TO MEUSE'S
## MOTION TO RECONSIDER DISMISSAL OF CLAIMS AGAINST STF AND FOX

Now comes Brian J. Meuse ["Meuse] and moves for leave to file a reply to the opposition of both STF Productions, Inc. ["STF/AMW"], and FOX Television Stations, Inc. ["FOX"].

As grounds, Meuse states that in STF's opposition, in which FOX joined, STF alleged that Meuse's continuous contention that there was no federal warrant was untrue. In support of that contention, STF attached to its opposition an exhibit that contained **never-before-seen** documents purporting to be a Criminal Complaint captioned USA v. Meuse, an affidavit by Defendant Charles P. Kelly, and an UNsigned federal warrant.

Meuse's counsel immediately investigated and concluded – as she hopes this court will conclude – that the affidavit and the UNsigned federal warrant are of recent fabrication and that the Criminal Complaint has a curious if not mysterious, questionable background. In support of his

1

Case 1:04-cv-10255-EFH   Document 61   Filed 07/05/2004   Page 2 of 2

MEUSE'S MOTION FOR LEAVE TO FILE
REPLY BRIEF TO STF'S AND FOX'S OPPOSITION TO MEUSE'S
MOTION TO RECONSIDER DISMISSAL OF CLAIMS AGAINST STF AND FOX

accusations, Meuse has attached to his reply brief two docket sheets downloaded from the ECF/Pacer website of the United States District Court in Boston to refute the false allegations by STF and FOX.

In addition, Meuse has, of course, discussed the law raised by STF and FOX and has pointed out how their legal conclusions are specious.

WHEREFORE, Plaintiff prays this court ALLOW this motion for leave to file a reply brief to the opposition of both STF Productions, Inc., and FOX Television Stations, Inc.

.                                                                 Respectfully submitted,
                                                                  BRIAN J. MEUSE,
                                                                  By his attorney,

                                                                  /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
5 July 2004                                                       Barbara C. Johnson, Esq., BBO #549972
                                                                  6 Appletree Lane
                                                                  Andover, MA 01810-4102
                                                                  978-474-0833

## AFFIDAVIT

I, Barbara C. Johnson, Esq., hereby depose that all statements and observations I attribute to myself saying or observing or performing are true, and all other statements are true upon information and belief.

I also depose that the docket sheets I attached to the reply brief are true and accurate copies of the information contained in the docket sheets maintained by the ECF/Pacer system.

Sworn under the pains and penalties of perjury.

                                                                  /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
5 July 2004                                                       Barbara C. Johnson, Esq., BBO #549972