UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE, ) | Civil Action No. 04-10255-EFH |
| Plaintiff, ) | |
| v. ) | OPPOSITION OF STF PRODUCTIONS, INC., |
| SUSAN PANE, et al., ) | TO STAY REMAND OF STATE LAW CLAIMS |
| Defendants. ) | AND MEMORANDUM IN SUPPORT |

Defendant STF Productions, Inc. ("STF") hereby opposes the motion of the plaintiff, Brian J. Meuse ("Plaintiff" or "Meuse"), to stay the remand of Plaintiff's state law claims in this action to state court pursuant this Court's order of June 9, 2004 (the "Order"). Plaintiff has asserted no legitimate basis for delaying the disposition of this matter in this forum.

On a related matter, STF wishes to call a procedural issue in this case to the Court's attention. As the docket in this case reflects, this action was originally filed in this Court, and therefore was not removed to this Court from state court by one of the defendants. Thus, there is no action and no case file in a state court to which Plaintiff's state claims can be remanded. Accordingly, STF respectfully suggests that it might facilitate the Court's intent for the Court to amend the Order and dismiss Plaintiff's state law claims without prejudice. This will provide Plaintiff with the opportunity to select the appropriate county and superior court in which to re-file his state law claims, if he chooses to do so.

Respectfully submitted,
STF PRODUCTIONS, INC.,
By its attorneys,

Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

Dated: July 1, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 7/1/04

/SIGNATURE/

1