UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE, <br>    Plaintiff, <br> v. <br> SUSAN PANE, et al., <br>    Defendants. | ) <br> )   Civil Action No. 04-10255-EFH <br> ) <br> )   OPPOSITION OF FOX TELEVISION STATIONS, <br> )   INC., TO STAY REMAND OF STATE LAW <br> )   CLAIMS AND MEMORANDUM IN SUPPORT <br> ) |

Defendant Fox Television Stations, Inc. ("Fox TV") hereby opposes the motion of the plaintiff, Brian J. Meuse ("Plaintiff" or "Meuse"), to stay the remand of Plaintiff's state law claims in this action to state court pursuant this Court's order of June 9, 2004 (the "Order"). In support of this opposition, Fox TV joins in the opposition of STF Productions, Inc. ("STF") to Plaintiff's motion, and fully incorporates STF's arguments by reference herein.

Respectfully submitted,

FOX TELEVISION STATIONS, INC.,

By its attorneys,

_____
Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: July 1, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 7/1/04

_____
SIGNATURE

1