UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br>Plaintiff,<br><br>v.<br><br>SUSAN PANE, et al.,<br>Defendants. | Civil Action No. 04-10255-EFH<br><br>OPPOSITION OF FOX TELEVISION STATIONS, INC., TO MOTION TO RECONSIDER ORDER ON MOTION TO DISMISS, AND MEMORANDUM IN SUPPORT |

Defendant Fox Television Stations, Inc. ("Fox TV") hereby opposes the motion of the plaintiff, Brian J. Meuse ("Plaintiff" or "Meuse"), for reconsideration of this Court's order of June 9, 2004, dismissing Plaintiff's federal causes of action with respect to Fox TV and remanding his state law claims to state court (the "Order"). In support of this opposition, Fox TV joins in the opposition of STF Productions, Inc. ("STF") to Plaintiff's motion, and fully incorporates STF's arguments by reference herein.

Respectfully submitted,

FOX TELEVISION STATIONS, INC.,

By its attorneys,

_____
Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: July 1, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 7/1/04

1