# United States Court of Appeals
## For the First Circuit

No.   04-1829

BRIAN J. MEUSE

Plaintiff - Appellant

v.

SUSAN PANE; ROSALYN STULTS; LT. DETECTIVE DANIEL R. MOYNIHAN, in his official and individual capacities; CAPTAIN DONALD THOMPSON, in his official and individual capacities; CITY OF HAVERHILL, MASSACHUSETTS; LOUIS FREEH, in his official capacity; CHARLES S. PROUTY, in his official and individual capacities; CHARLES P. KELLY, in his official and individual capacities; NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN; WAL-MART STORES, INC.; FOX TELEVISION STATIONS, INC.; STF PRODUCTIONS, INC., a/k/a America's Most Wanted

Defendants - Appellees

**ORDER OF COURT**
**Entered: July 2, 2004**

   This court has docketed as Appeal No. 04-1829 plaintiff-appellant's appeal from the memorandum and order granting defendants' motions to dismiss entered on June 10, 2004 in CA No. 04-10255-EFH (D. Mass.). On June 19, 2004, plaintiff-appellant filed a motion for reconsideration. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

   Therefore, plaintiff-appellant is directed to file a status report by **August 2, 2004** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, plaintiff-appellant is directed to inform this court whether or not he intends to file a notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B).

   Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

   Once the district court rules on the motion for reconsideration, it is directed to forward its decision to this court forthwith.

By the Court:

Richard Cushing Donovan, Clerk

MARK R. SYSKA

By: _____
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: *A Pedrozzi* Date: 7-2-04

[Certified Copy: Hon. Edward F. Harrington and Tony Anastas, Clerk]
[cc: Barbara C. Johnson, Esq., Rodney S. Dowell, Esq., Daniel P. O'Brien, Esq., George A. Berman, Esq., Marjunette deMagistris, Esq., Douglas I. Louison, Esq., Regina M. Ryan, Esq., Susan Brinkerhoff, Esq., Timothy P. Van Dyck, Esq., Windy L. Rosebush, Esq., Chauncey D. Steele, IV, Esq., Richard E. Quinby, Esq., Elizabeth A. Ritvo, Esq., Jeffrey Peter Hermes, Esq. and Samantha Leigh Gerlovin, Esq.]