MEUSE'S MOTION FOR LEAVE TO SUPPLEMENT HIS REPLY BRIEF
TO STF'S AND FAX'S OPPOSITIONS TO MEUSE'S MOTION TO RECONSIDER
THE DISMISSAL OF HIS FEDERAL CLAIMS
(AND THE REMAND OF HIS STATE CLAIMS)

Case 1:04-cv-10255-EFH   Document 69   Filed 07/07/2004   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.
**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

## MEUSE'S MOTION FOR LEAVE TO SUPPLEMENT HIS REPLY BRIEF
## TO STF'S AND FAX'S OPPOSITIONS TO MEUSE'S MOTION TO RECONSIDER
## THE DISMISSAL OF HIS FEDERAL CLAIMS
## (AND THE REMAND OF HIS STATE CLAIMS)

Now comes Plaintiff Brian J. Meuse ["Meuse"] and moves for leave to supplement his reply to STF's and FAX's oppositions to his motion to reconsider the dismissal of his federal claims (and the remand of his state claims). The supplemental information is contained herein this motion.

As grounds, Meuse's counsel has had another few days to consider the "never-before-seen" document attached as Exhibit A to STF's opposition to Meuse's motion to reconsider and purporting to be the Criminal Complaint allegedly filed by Defendant Special Agent Charles P. Kelly on "10/8/00."

Despite the date on the federal Criminal Complaint being 10/8/00, it is unlikely it was filed on that date **(1)** because 10/8/00 was a Sunday, **(2)** because the child was not "missing" until after that date, and **(3)** because of many other reasons that would be untimely, as in premature, to be

1

MEUSE'S MOTION FOR LEAVE TO SUPPLEMENT HIS REPLY BRIEF
TO STF'S AND FAX'S OPPOSITIONS TO MEUSE'S MOTION TO RECONSIDER
THE DISMISSAL OF HIS FEDERAL CLAIMS
(AND THE REMAND OF HIS STATE CLAIMS)

Case 1:04-cv-10255-EFH   Document 69   Filed 07/07/2004   Page 2 of 2

mentioned here.

Further, the dismissal of his claims – whether they be state or federal – before he had an opportunity to conduct discovery would deprive Meuse of the fundamental fairness that is at the core of his rights to due process and the equal protection of the laws.

WHEREFORE, Plaintiff Brian Meuse prays this Court allow this motion to supplement his reply brief to STF's and FAX's oppositions to Meuse's motion to reconsider the dismissal of his federal claims (and the remand of his state claims).

>                 Respectfully submitted,
>                 BRIAN J. MEUSE,
>                 By his attorney,
>
>                 /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
7 July 2004      Barbara C. Johnson, Esq., BBO #549972
>                 6 Appletree Lane
>                 Andover, MA 01810-4102
>                 978-474-0833

### AFFIDAVIT

I, Barbara C. Johnson, Esq., hereby depose that all statements and observations I attribute to myself saying or observing are true, and all other statements are true upon information and belief. Sworn under the pains and penalties of perjury.

>                 /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
7 July 2004      Barbara C. Johnson, Esq., BBO #549972