REPLY TO STF PRODUCTION, INC.'S OPPOSITION TO
MOTION TO STAY REMAND OF STATE CLAIMS UNTIL DECISION IS REACHED ON
MOTION TO RECONSIDER DISMISSAL OF CERTAIN FEDERAL CLAIMS

Case 1:04-cv-10255-EFH    Document 73    Filed 07/08/2004    Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.
**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

---

### REPLY TO STF PRODUCTION, INC.'S OPPOSITION TO MOTION TO STAY REMAND OF STATE CLAIMS UNTIL DECISION IS REACHED ON MOTION TO RECONSIDER DISMISSAL OF CERTAIN FEDERAL CLAIMS

Now comes Plaintiff Brian J. Meuse ["Meuse"] and replies to the opposition of STF Productions, Inc. ["STF"] to Meuse's motion to stay remand until his motion to reconsider is decided by this court.

As grounds, Meuse states that dismissal of the Plaintiff's pending state claims prematurely or prior to the motion to reconsider being decided will not preserve both court resources or those of Meuse and his counsel.

As to the so-called remand, STF is correct that this case did not begin in state court. Meuse's counsel did not raise the issue in Meuse's motion to stay, because if the motion to reconsider were allowed and the dismissal of federal claims vacated, there would have been no need to embarrass either the court or the clerk who chose to remand a case to an unknown court. If the opposite were to happen, Meuse's appeal of the dismissal of the federal claims and the remand or dismissal of the state claims would go forward. It simply does not make sense to hear part of a case in federal court and another part of the case, arising out of the same facts, to be heard in state court.

WHEREFORE, Plaintiff Brian Meuse prays this Court allow his motion to stay.

          Respectfully submitted,
BRIAN J. MEUSE,
By his attorney,

8 July 2004

/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833
BBO #549972