MEUSE'S MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION OF STF AND FOX
TO MEUSE'S MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION OF STF AND FOX
TO MEUSE'S MOTION TO RECONSIDER ORDER OF DISMISSAL OF BIVENS CLAIMS

Case 1:04-cv-10255-EFH   Document 74   Filed 07/08/2004   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

___

### MEUSE'S MOTION FOR LEAVE TO FILE REPLY
### TO OPPOSITION OF STF AND FOX
### TO MEUSE'S MOTION FOR LEAVE TO FILE REPLY
### TO OPPOSITION OF STF AND FOX
### TO MEUSE'S MOTION TO RECONSIDER ORDER OF DISMISSAL OF BIVENS CLAIMS

Now comes Plaintiff Brian J. Meuse ["Meuse"] and moves for leave to file a reply to the oppositional response by Defendants STF Productions, Inc. ["STF/AMW" or "STF"] and Fox Television Stations, Inc. ["FOX"] to Meuse's motion for leave to file reply to opposition to his motion to reconsider the dismissal of the federal claims against STF and FOX.

As grounds for this reply to STF and FOX's opposition, Meuse states that STF and FOX's iterations of the facts are misleading and their complaints unfounded.

In support, Meuse has identified 5 such issues in which STF and FOX's opposition is misleading, unfounded or specious. In his reply, Meuse has identified and corrected them with specificity and accuracy.

**WHEREFORE,** for the reasons stated above, Brian Meuse prays this Court **(1)** allow him

1

MEUSE'S MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION OF STF AND FOX
TO MEUSE'S MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION OF STF AND FOX
TO MEUSE'S MOTION TO RECONSIDER ORDER OF DISMISSAL OF BIVENS CLAIMS

Case 1:04-cv-10255-EFH    Document 74    Filed 07/08/2004    Page 2 of 2

leave to Reply to STF/FOX's oppositional response to Meuse's motion to reconsider the dismissal of his federal claims (and the remand of his state claims) against FOX and STF and **(2)** grant his an award of attorneys fees for having to respond to what was nothing but a very frivolous opposition. If the court grants fees, Meuse's counsel will provide an accounting of the time spent.

> Respectfully submitted,
> BRIAN J. MEUSE,
> By his attorney,

8 July 2004

/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
Barbara C. Johnson, Esq., BBO #549972
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

## AFFIDAVIT

I, Barbara C. Johnson, Esq., hereby depose that all statements and observations I attribute to myself saying or observing are true, and all other statements are true upon information and belief. Sworn under the pains and penalties of perjury.

8 July 2004

/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
Barbara C. Johnson, Esq., BBO #549972

2