# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                Plaintiff

      v.                                      CIVIL ACTION NO.:
                                                04-10255-EFH

SUSAN PANE, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

July 8, 2004

HARRINGTON, S.D.J.

      The motion to dismiss filed by the Defendant National Center for Missing and Exploited Children ("NCMEC") is granted for the same reasons articulated by this Court in its June 9, 2004 Memorandum and Order pertaining to the motion to dismiss filed by another Defendant Fox Television Stations, Inc. In short, the plaintiff's federal claims against NCMEC are dismissed and the Court declines to exercise supplemental jurisdiction over the plaintiff's state claims against NCMEC. The state law claims are transferred to state court.

      SO ORDERED.

                                                      /s/ Edward F. Harrington
                                                      EDWARD F. HARRINGTON
                                                      United States Senior District Judge