# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
        Plaintiff

     v.                 CIVIL ACTION NO.:
                              04-10255-EFH

SUSAN PANE, ET AL.,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

July 8, 2004

HARRINGTON, S.D.J.

Upon review of the memoranda submitted in this case, the Court denies Plaintiff's Motion to Reconsider (With Supporting Memorandum and Affidavit) Motions of Fox Television Stations, Inc., and STF Productions, Inc., to Dismiss Complaint.

Plaintiff's Motion to Stay is denied. Plaintiff Meuse's state law claims against Fox Television Stations, Inc., and STF Productions, Inc., are transferred to state court.

SO ORDERED.

                                              /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge