UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>SUSAN PANE, et al., )<br>Defendants. ) | Civil Action No. 04-10255-EFH<br><br>OPPOSITION OF FOX TELEVISION STATIONS,<br>INC. AND STF PRODUCTIONS, INC.,<br>TO PLAINTIFF'S MOTION FOR LEAVE<br>TO FILE REPLY BRIEF AND<br>MEMORANDUM IN SUPPORT |

Defendants Fox Television Stations, Inc. ("Fox TV") and STF Productions, Inc. ("STF")

(collectively, "Defendants") hereby oppose the Motion of the plaintiff, Brian J. Meuse

("Plaintiff" or "Meuse"), for Leave to File a Reply Brief to Fox TV's and STF's Opposition to

Meuse's Motion to Reconsider Dismissal of Claims against Fox TV and STF. Plaintiff's motion

for leave to file a seventeen (17) page reply to a six (6) page opposition should be denied

because: (i) Plaintiff failed to confer with Defendants' counsel prior to filing the motion, as

required by Local Rule 7.1; and (ii) Plaintiff's proposed brief consists entirely of argument

which is futile and improper in a reply.

In support of this opposition, the Defendants state as follows:

I.     **Plaintiff Failed to Comply with Local Rule 7.1.**

The Court should deny the Plaintiff leave to file the proposed reply brief based on the

Plaintiff's failure to comply with Local Rule 7.1, which requires Plaintiff's counsel to confer

with Defendants' counsel and attempt in good faith to resolve or narrow the issues in the motion

prior to filing the motion with the court. Plaintiff's failure to comply is not merely a technical

defect; this is not the first motion that the Plaintiff has filed in disregard of Local Rule 7.1. The

Plaintiff similarly failed to consult with the Defendants prior to filing both his initial Motion to

Reconsider and his motion to stay the remand of his state law claims to state court. The

Plaintiff's repeated refusal to abide by the rules of the Court should not be countenanced.

## II.    Plaintiff's Proposed Reply Brief is Improper and Raises No Colorable Issue.

In addition, the Plaintiff's proposed reply brief consists of argument that is not proper in a reply, and/or is futile because it does not respond to the Defendants' opposition. Much of the proposed reply consists of speculation regarding the circumstances in which the federal criminal case against Meuse originated. This speculation, while unfounded, is also irrelevant to the underlying issue raised in the Defendants' opposition – namely, that with respect to a claim under 42 U.S.C. § 1983, the FBI acts under color of federal law, and that allegations of cooperation between the Defendants and the FBI do not amount to allegations of action under color of *state* law.

The reply further introduces new arguments relating to defendant National Center for Missing and Exploited Children. These arguments have no relation to the allegations of the Second Amended Verified Complaint, and accordingly need not be considered by the Court. Moreover, such arguments are not properly raised for the first time in a reply brief, especially when the reply relates to a motion for reconsideration and the arguments in question never appeared in the Plaintiff's pleadings on the initial motion to dismiss.

Finally, with respect to the Plaintiff's arguments regarding a Bivens claim, the proposed reply simply reiterates the Plaintiff's arguments from the original Motion to Reconsider. The Plaintiff's only new argument is a suggestion that this Court should ignore recent case law from the First Circuit in Stoutt v. Banco Popular De Puerto Rico, 320 F.3d 26 (2003), and instead focus on the reasons why the lower court in Stoutt had previously granted summary judgment for the defendants. Such arguments are futile and need not be considered by the Court.

## Conclusion

For the reasons stated above, Plaintiff's Motion for Leave to File a Reply Brief to Fox TV's and STF's Opposition to Meuse's Motion to Reconsider Dismissal of Claims against Fox TV and STF should be DENIED.

Respectfully submitted,

FOX TELEVISION STATIONS, INC. and
STF PRODUCTIONS, INC.,

By their attorneys,

Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

Dated: July 7, 2004

#1286739 v\2 - gerlovsl - rk%r01!.doc☐ - 24273/1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON
7/07/04

SIGNATURE

3