## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                Plaintiff

        v.                           CIVIL ACTION NO.:
                                                  04-10255-EFH

SUSAN PANE, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER OF TRANSFER**

July 13, 2004

HARRINGTON, S.D.J.

      The Court orders that the state law claims filed against the Defendants Fox Television Stations, Inc., STF Productions, Inc., and National Center for Missing and Exploited Children are transferred to the Essex County Superior Court at Lawrence, Massachusetts.

      The term "remanded" as contained in the Memorandum and Order and Order, both dated June 9, 2004, is excised and the term "transferred" is inserted in place thereof.

      SO ORDERED.

                                                          /s/ Edward F. Harrington
                                                          EDWARD F. HARRINGTON
                                                          United States Senior District Judge