UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE, <br>     Plaintiff, <br><br> v. <br><br> SUSAN PANE, et al., <br>     Defendants. | Civil Action No. 04-10255-EFH <br><br> OPPOSITION OF FOX TELEVISION STATIONS, INC. AND STF PRODUCTIONS, INC. TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY (DOCUMENT #74) |

Defendants Fox Television Stations, Inc. and STF Productions, Inc. (collectively, "Defendants") hereby oppose Plaintiff's motion to file yet another reply brief regarding the Court's granting of the Defendants' motion to dismiss. Plaintiff's vitriol and ad hominem attacks notwithstanding, it is clear that Plaintiff has long since departed from the fundamental legal issues raised in this Court's original order of dismissal. The Defendants believe the pleadings to date speak for themselves, and will not burden the Court with further argument.

Defendants respectfully request that Plaintiffs' motion be denied in its entirety.

Respectfully submitted,

FOX TELEVISION STATIONS, INC. and
STF PRODUCTIONS, INC.,

By their attorneys,

Elizabeth A. Ritvo (BBO #421440)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: July 9, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 7/9/04 [SIGNATURE]

1