UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants
_____

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the First Circuit

- from the Memoranda and Orders [Papers 52 and 53] filed on 9 June 2004 and entered on 10 June 2004 dismissing the federal claims against the private corporations Fox Television Stations, Inc., ["FTSI"] and STF Productions, Inc. ["STF"],

- from the Order [Paper 76] filed on 8 July 2004 and entered on 12 July 2004 dismissing the federal claims against the private corporation National Center for Missing and Exploited Children,

- from the Order [Paper 77] filed on 8 July 2004 and entered on 12 July 2004 denying Meuse's Motions for Reconsideration (of the dismissal of the federal claims against FTSI and STF) [Paper 55] and for a Stay Pending Appeal [Paper 57], and

- from the Order [Paper 79] filed and entered on 13 July 2004 transferring the state law claims filed against Defendants Fox Television Stations, Inc., STF Productions, Inc., and National Center for Missing and Exploited Children to the Essex County Superior

1

Court at Lawrence, Massachusetts.

          Respectfully submitted,
          PLAINTIFF BRIAN MEUSE,
          By his attorney,

17 July 2004      /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
          Barbara C. Johnson, Esq.
          6 Appletree Lane
          Andover, MA 01810-4102
          978-474-0833
          B.B.O. #549972