## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * *

BRIAN J. MEUSE,
                Plaintiff

        v.                              CIVIL ACTION NO.:
                                              04-10255-EFH

SUSAN PANE, ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF STAY

July 20, 2004

HARRINGTON, S.D.J.

      The Court orders the <u>entire</u> case stayed pending the resolution of Plaintiff Meuse's appeal before the United States Court of Appeals for the First Circuit.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge