UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10255-EFH

BRIAN J. MEUSE
    PLAINTIFF,

v.

SUSAN PANE, ROSALYN STULTS, ET AL
    DEFENDANTS.

## MOTION FOR LEAVE TO WITHDRAW MY APPEARANCE AS COUNSEL FOR SUSAN PANE (WITH THE ASSENT OF SUSAN PANE)

I, Rodney S. Dowell, respectfully request leave of this court to withdraw my appearance as counsel for the defendant Susan Pane ("Pane") in the above referenced matter pursuant to Local Rule 83.5.2 (c). In support thereof, I state that Pane has assented to counsel withdrawing and is currently seeking to find new counsel. The action is currently stayed, no motions are pending, and Ms. Pane has complied with her initial disclosure requirements.

WHEREFORE, for the foregoing reasons I respectfully request that this Court grant the Motion for Leave to Withdraw as Counsel

I, Susan Pane, assent
to this Motion to Withdraw

_Susan Pane_
Susan Pane

Respectfully submitted,
Rodney S. Dowell, Counsel for Susan Pane

_[signature]_

Rodney Dowell, Esq., BBO No. 629016
Berman & Dowell
210 Commercial Street, 5th Floor
Boston, MA 02109
617-723-9911 (telephone)
617-723-6688 (facsimile)
rdowell@bermandowell.com

CERTIFICATE OF SERVICE

I, Rodney S. Dowell, hereby certify that on ~~March 4~~ August 24, 2004, I served a copy of the foregoing to all counsel by ECF or by first class mail, postage prepaid. I have also served a copy to Susan Pane by first class mail, postage prepaid.

Rodney S. Dowell