UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly,** in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**

Defendants

---

### MEUSE'S MOTION FOR COURT TO ISSUE
### TWO CERTIFICATIONS PURSUANT TO FED.R.CIV.P. 54(b)
### (with affidavit below the motion)

Now comes Brian J. Meuse ["Meuse] and moves this court to issue **TWO** certifications pursuant to Fed. R. Civ. P. 54(b), one to be entered into CA #04-1829 and the other into #04-1979.

As grounds, Meuse states the appellate court requires such a certification or it will dismiss Meuse's appeals for lack of jurisdiction. Meuse received **two orders** to that effect. To avoid scanning them in and creating huge pdf files, he has copied into this motion the two orders on the following two pages.

1

**Order entered into No. 04-1829 of the U.S.C.A. for the First Circuit**

**ORDER OF COURT**
**Entered: September 1, 2004**

Plaintiff-appellant Brian J. Meuse filed a notice of appeal on June 20, 2004 from the memorandum and order entered on June 10, 2004 granting in part the motion to dismiss which was filed by defendant Fox Television Stations, Inc. (docket entry no. 52) in CA No. 04-10255-EFH (D. Mass.).

Because this order does not appear to be an appealable final order and claims against other defendants, specifically Susan Pane, Rosalyn Stults, Daniel R. Moynihan, Donald Thompson, City of Haverhill, Louis Freeh, Charles S. Prouty, Charles P. Kelly and Wal-Mart Stores, Inc., remain pending in the district court, this court may not have jurisdiction to review this appeal absent certification pursuant to Fed. R. Civ. P. 54(b). See 28 U.S.C. §§1291, 1292.

Accordingly, plaintiff-appellant is ordered to show cause, in writing filed by **September 15, 2004**, why the appeal should not be dismissed for lack of jurisdiction. The failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. See Local Rule 3(b).

> By the Court:
> Richard Cushing Donovan, Clerk
> By    JULIE GREGG
>          Appeals Attorney

**Order entered into No. 04-1974 of the U.S.C.A. for the First Circuit**

> **ORDER OF COURT**
> **Entered: September 1, 2004**
>
> Plaintiff-appellant Brian J. Meuse filed a notice of appeal on July 17, 2004 from a series of orders entered in civil action no. 04-10255-EFH (D. Mass.). Specifically plaintiff-appellant challenges (1) an order entered on July 12, 2004 granting a motion to dismiss filed by the National Center; for Missing and Exploited Children (docket entry no. 76); (2) an order entered on July 12, 2004; denying his motion for reconsideration and motion to stay (docket entry no. 77); (3) an order of transfer entered on July 13, 2004 mandating that the state law claims against Fox Television, STF Productions, lnc. and the National Center for Missing and Exploited Children be transferred to the Essex County Superior Court (docket entry no. 79); (4) a memorandum and order entered on June 10, 2004 granting in part a motion to dismiss filed by Fox Television Stations (docket entry no. 52); and (5) an order entered on June 10, 2004 granting in part a motion to dismiss filed by STF Productions (docket entry no.53).
>
> Because these orders do not appear to be an appealable final orders and claims against other defendants, specifically Susan Pane, Rosalyn Stults, Daniel R. Moynihan, Donald Thompson, City of Haverhill, Louis Freeh, Charles S. Prouty, Charles P. Kelly and Wal-Mart Stores, Inc., remain pending in the district court, this court may not have jurisdiction to review this appeal absent certification pursuant to Fed. R.Civ. P. 54(b). See 28 U.S.C.§§ 1291,1292.
>
> Additionally, we note that although the district court entered an Order of Stay on July 20,2004 staying the entire case pending resolution of the instant appeal, the district court did not issue a certification pursuant to Fed. R. Civ. P. 54(b). As a result, it is unclear whether this court has jurisdiction to review this appeal. See Appeal of Licht & Semonoff, 796 F.2d 564, 570, 572 (1st Cir. 1986).
>
> Accordingly, plaintiff-appellant is ordered to show cause, in writing filed by **September 15, 2004,** why the appeal should not be dismissed for lack of jurisdiction. The failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. See Local Rule 3(b).
>
>           By the Court:
>           Richard Cushing Donovan, Clerk
>           By   JULIE GREGG
>                Appeals Attorney

WHEREFORE, Plaintiff prays this court ALLOW this motion for **TWO** certifications pursuant to Fed. R. Civ. P. 54(b), one to be entered into CA #04-1829 and the other into #04-1979.

.                                           Respectfully submitted,
                                          BRIAN J. MEUSE,

                                    By his attorney,

13 September 2004  
                            /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>  
                            Barbara C. Johnson, Esq., BBO #549972  
                            6 Appletree Lane  
                            Andover, MA 01810-4102  
                            978-474-0833

## **AFFIDAVIT**

I, Barbara C. Johnson, Esq., hereby depose that all statements and observations I attribute to myself saying or observing or performing are true, and all other statements are true upon information and belief.

I also depose that the copies of the orders I inserted herein the motion are true and accurate copies of the information contained in the orders sent me by the First Circuit Court of Appeals.

Sworn under the pains and penalties of perjury.

                            /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>  
13 September 2004                Barbara C. Johnson, Esq., BBO #549972