UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 04-1829

USDC Docket Number: 04-cv-10255

Brian J. Meuse

04-2324

v.

Susan Pane, et al

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 88 amended notice of appeal are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 23, 2004.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10-1-04 .

*[signature]* Susan Pedcappini
Deputy Clerk, US Court of Appeals

Doc #88 treated as new case

[cv: supplapprec.] [cr: ksupplapprec.]