# United States Court of Appeals
## For the First Circuit

No. 04-1829
    04-1974

BRIAN J. MEUSE,

Plaintiff, Appellant,

v.

SUSAN PANE, ET AL.,

Defendants, Appellees.

Before

Campbell, <u>Senior Circuit Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: October 7, 2004

    In view of (1) the district court's September 15, 2004 order denying appellant's motion for entry of judgment pursuant to Rule 54(b), (2) the fact that appellant's action remains pending against multiple defendants, and (3) appellant's failure to explain any basis upon which this court may entertain these interlocutory appeals, these appeals are dismissed for lack of jurisdiction. 28 U.S.C. § 1291.

<u>Dismissed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
       Chief Deputy Clerk.

[cc: Barbara C. Johnson, Esq., Rodney S. Dowell, Esq., Daniel P. O'Brien, Esq., George A. Berman, Esq., Marjunette deMagistris, Esq., Douglas I. Louison, Esq., Regina M. Ryan, Esq., Susan Brinkerhoff, Esq., Timothy P. Ban Dyck, Esq., Windy L. Rosebush, Esq., Chauncey D. Steele, IV, Esq., Richard E. Quinby, Esq., Elizabeth A. Ritvo, Esq., Jeffrey Peter Hermes, Esq. and Samantha Leigh Gerlovin, Esq.]