# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 04-2324

BRIAN J. MEUSE,

Plaintiff, Appellant,

v.

SUSAN PANE, ET AL.,

Defendant, Appellees.

JUDGMENT

Entered: October 27, 2004

Appellant's motion for voluntary dismissal pursuant to Rule 42(b) is granted, and the appeal is <u>dismissed</u>. No costs.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 11-17-04

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
        Chief Deputy Clerk.

[cc: Barbara C. Johnson, Esq., Daniel P. O'Brien, Esq., George A. Berman, Esq., Marjunette deMagistris, Esq., Douglas I. Louison, Esq., Regina M. Ryan, Esq., Susan Brinkerhoff, Esq., Timothy P. Van Dyck, Esq., Windy L. Rosebush, Esq., Chauncey D. Steele, Esq., Richard E. Quinby, Esq., Elizabeth A. Ritvo, Esq., Jeffrey Peter Hermes, Esq., Samantha Leigh Gerlovin, Esq.]