UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian J. Meuse, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 04CV10255EFH |
| ) | |
| v. ) | |
| ) | |
| Susan Pane, ) | |
| Rosalyn Stults, ) | |
| Lt. Detective Daniel R. Moynihan, in his ) | |
| Official and individual capacities, ) | |
| Captain Donald Thompson, in his ) | |
| official ) | |
| And individual capacities, ) | |
| City of Haverhill, Massachusetts, ) | |
| Louis Freeh, in his official capacity, ) | |
| Charles S. Prouty, in his official and ) | |
| Individual capacities, ) | |
| FOX News Channel a/k/a FOX25News, ) | |
| America's Most Wanted, ) | |
| National Center for Missing and ) | |
| Exploited Children, ) | |
| Wal-Mart Stores, Inc., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WAL-MART STORES, INC.'S ASSENTED-TO MOTION
TO DISMISS PLAINTIFF'S FEDERAL CLAIMS**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby moves for an order dismissing Plaintiff's federal claims against it and transferring Plaintiff's state law claims against it to state court. In support of its motion, Wal-Mart states the following:

On June 9, 2004, the Court dismissed Plaintiff's federal claims against FOX News Channel a/k/a FOX25News ("Fox") and STF Productions, Inc. a/k/a America's Most Wanted ("STF") after deciding that Plaintiff's Complaint alleged cooperation between

Fox, STF, and a federal – rather than a state – agency, and Fox and STF were private entities acting under color of federal law. On July 8, 2004, the Court dismissed Plaintiff's federal claims against the National Center for Missing and Exploited Children for the same reasons it articulated in its June 9, 2004 Memorandum and Order dismissing Plaintiff's federal claims against Fox and STF.

Plaintiff continues to disagree heartily. Plaintiff asserts that the FBI was not acting under federal law because the Plaintiff had violated no federal law. The Plaintiff's position is that the FBI defendants were, instead, acting on behalf of the Haverhill Police Department, which was using its authority given by state law but which was also misusing that authority. Plaintiff further asserts that there was no valid state warrant and no valid federal warrant. Thus, it is the Plaintiff's position that Bivens is inapplicable to this case inasmuch as it is unsupported by either the facts or the law.

Given, however, that the Court has dismissed the alleged federal claims against the other corporations, which were similarly situated as Wal-Mart, and that the Court denied Plaintiff's motion for a Rule 54(b) judgment, making it impossible for Plaintiff to appeal the final judgment as to federal claims and as to fewer than all the defendants at this time, and causing the First Circuit Court of Appeals not to accept Plaintiff's appeal, Wal-Mart and Plaintiff presume that the Court will allow Wal-Mart's motion to dismiss on the same grounds that the Court dismissed the alleged federal claims against the other corporate defendants.

Plaintiff and Wal-Mart agree that the dismissal of Counts I, II, & III against Wal-Mart be given to Wal-Mart provided that Wal-Mart be put in the identical legal position

2

as the other three corporate defendants in this litigation, namely, STF, FOX, and NCMEC. Plaintiff and Wal-Mart also agree to an Order whereby the Court transfers Plaintiff's state law claims in Counts IV-XIII to state court, just as it did with the other corporate defendants. Plaintiff and Wal-Mart further agree that Wal-Mart's undersigned counsel will accept service by mail of Plaintiff's now-proposed Complaint in a Superior Court of the Commonwealth of Massachusetts against the corporate defendants. Plaintiff's counsel assents to the instant motion.

WHEREFORE, Defendant Wal-Mart Stores, Inc. hereby moves for an order dismissing Plaintiff's federal claims against it.

Dated: January 11, 2005                    Respectfully submitted,

                                           WAL-MART STORES, INC.

                                           By its attorneys,

                                           CRAIG AND MACAULEY
                                           PROFESSIONAL CORPORATION

                                           _____
                                           Richard E. Quinby, BBO #545641
                                           Chauncey D. Steele IV, BBO #647207
                                           Craig and Macauley
                                             Professional Corporation
                                           Federal Reserve Plaza
                                           600 Atlantic Avenue
                                           Boston, Massachusetts 02210
                                           (617) 367-9500

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, Barbara C. Johnson on January 10, 2005, that I attempted in good faith to resolve this issue, and that she assented to the instant motion.

_____
Chauncey D. Steele IV

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 11, 2005.

_____
Chauncey D. Steele IV