UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION:  04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

---

## MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE DATE
## FROM JUNE 23D AT 11:00 A.M.

Now comes Plaintiff Brian J. Meuse ["Meuse"] and moves this Honorable Court to con-

tinue the final pretrial conference date from June 23d at 11 :00 a.m.

As grounds, Meuse states that his counsel has a scheduling conflict. See Figures 1 and 2,

*infra*, containing Electronic Orders dated 4/5/05 and 5/06/05 from Magistrate-Judge Robert B.

Collings' court re scheduling in #03-11895.

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/5/2005 at 6:04 PM EDT and filed on 4/5/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Gouin v. Gouin et al

1

MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE DATE
FROM JUNE 23D AT 11:00 A.M.

Case 1:04-cv-10255-EFH    Document 94    Filed 06/18/2005    Page 2 of 3

Case Number: 1:03-cv-11895 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?88433

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Robert B. Collings: Electronic ORDER entered granting [106] Motion for Extension of Time to Complete Discovery to the following extent: Paragraph (4) of the Scheduling Order entered January 4, 2005 is AMENDED to read that "All other discovery shall be filed and/or served by the close of business on Friday, April 29, 2005 and COMPLETED by the close of business on Monday, June 13, 2005." The date for the further conference in paragraph (5) is changed from May 24, 2005 at 11:00 A.M. to Thursday, June 23, 2005 at 10:30 A.M.

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:03-cv-11895 Notice will be electronically mailed to:
Amy E Ambarik                Amy.Ambarik@ci.boston.ma.us

Dori F. Chadbourne           dchadbourne@chadbournelaw.com

John G. DiPiano              jdipiano@mauserlaw.com

Barbara C. Johnson           barbaracjohnson@att.net


1:03-cv-11895 Notice will not be electronically mailed to:

**Figure 1.  Email of 4/5/2005 at 6:04 PM EDT**

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 5/6/2005 at 5:24 PM EDT and filed on 5/6/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Gouin v. Gouin et al
Case Number: 1:03-cv-11895 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?88433

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Robert B. Collings: Electronic  ORDER entered. ORDER Setting Hearing on Motion [113] Motion for Mental Examination of the Plaintiff per Fed.R.Civ.P. 35(a).  The motion shall be heard on June 23, 2005 at 10:30 A.M.  On or before the close of business on Thursday, June 2, 2005, the defendants James and Chadbourne shall file and serve, either jointly or separately, a memorandum of law on the question of whether a plaintiff who merely alleges that alleged conduct has caused mental distress can be said to have placed his or her mental condition in controversy, and if not, what additional matters must a plaintiff plead to put his mental condition in controversy.  Counsel for plaintiff Gouin may file a memorandum of law on the same subject on or before the close of business on Friday, June 17, 2005.

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:03-cv-11895 Notice will be electronically mailed to:
Amy E Ambarik                Amy.Ambarik@ci.boston.ma.us

Dori F. Chadbourne           dchadbourne@chadbournebranson.com

MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE DATE
FROM JUNE 23D AT 11:00 A.M.

Case 1:04-cv-10255-EFH    Document 94    Filed 06/18/2005    Page 3 of 3

| John G. DiPiano | jdipiano@mauserlaw.com |
| Barbara C. Johnson | barbaracjohnson@att.net |

1:03-cv-11895 Notice will not be electronically mailed to:

**Figure 2.  Email of 5/6/2005 at 5:24 PM EDT**

Please note that both conferences before M-J Collings are scheduled for June 23d at 10:30 and 11:00.

On 14 June 2005, Gouin's counsel emailed copies of Figures 1 and 2 to all counsel in two messages to the clerk of this court.  Although not the usual Rule 7.1 communication, all opposing counsel did – counsel assumes -- receive notice, Gouin has not received from opposing counsel any opposition or input regarding the continuance of the final pretrial conference date.

WHEREFORE, Plaintiff Brian Meuse prays this Court allow this motion.

Respectfully submitted,
BRIAN J. MEUSE,
By his attorney,

/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>

18 June 2005                                 Barbara C. Johnson, Esq.,
BBO #549972
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

3