UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
               Plaintiff

                                                           CIVIL ACTION NO.:
       v.                                        04-10255-EFH

SUSAN PANE, ET AL.,
               Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

June 21, 2005

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, September 20, 2005  .

SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge