UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                Plaintiff

                                                      CIVIL ACTION NO.:
           v.                                          04-10255-EFH

SUSAN PANE, ET AL.,
                Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

June 28, 2005

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, October 18, 2005  .

SO ORDERED.

                                             /s/ Edward F. Harrington
                                             EDWARD F. HARRINGTON
                                             United States Senior District Judge