UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| Brian J. Meuse, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION NO. 04-10255-EFH |
| Susan Pane, et al., | |
| Defendants. | |

## STATUS REPORT
## BY DEFENDANT, ROSALYN STULTS, AND DEFENDANTS, CITY OF HAVERHILL, DANIEL MOYNIHAN AND DONALD THOMPSON

In preparation for the Pre-Trial Conference, currently scheduled for June 22, 2005 at 2:00 p.m., the Defendant, Rosalyn Stults ("Stults") and the Defendants, the City of Haverhill, and its law enforcement officials, Daniel Moynihan, and Donald Thompson ("Haverhill Defendants"), respectfully submit this report of the status of this action. From August of 2004 until June 6, 2005, this action was officially stayed pending decisions on various appeals by the Plaintiff. Accordingly, none of the events of the Joint Statement have occurred, and Defendants, Stults and the Haverhill Defendants, respectfully request six months to complete the original, agreed upon litigation plan.

1.  On February 6, 2004, the Plaintiff, Brian Meuse, commenced this action, and filed an Amended Complaint on March 15, 2004 and a Second Amended Complaint on April 30, 2004. The parties filed a Joint Statement with discovery dates on May 12, 2004. This is essentially a civil rights action arising out of a domestic custody dispute, alleging that various law enforcement officials, court officials, media, spouse and opposing counsel conspired to abuse the Plaintiff's civil rights.

1

2. Between May 12, 2004 and June 28, 2004, the Co-Defendants, Fox Television Stations, STF Productions, Inc. and National Center for Missing and Exploited Children filed their respective Motions to Dismiss the Second Amended Complaint, with opposition from the Plaintiff. The Motions were allowed, and the Plaintiff moved to reconsider the dismissal of the Second Amended Complaint. On July 8, 2004, the Court denied the Plaintiff's Motion to Reconsider, and later that month, the Plaintiff filed several appeals of the dismissal of his Second Amended Complaint as to those Defendants.

3. Following the interlocutory appeals, on July 20, 2004, this Court ordered all further proceedings in this case to be stayed pending resolution of the appeals. See Docket Entry No. 82.

4. On October 13, 2004 and November 19, 2004, the U.S. Court of Appeals dismissed the Plaintiff/Appellant's appeals. On January 12, 2005, the Plaintiff voluntarily dismissed his federal claims against Wal-Mart Stores, Inc. The remain Defendants are: Susan Pane, Rosalyn Stults, the City of Haverhill, Daniel R. Moynihan, Captain Donald Thompson, Louis Freeh, Charles S. Prouty, Charles P. Kelly.

5. The stay was not lifted, according to the docket, orders and notices of the Court, until the week of June 6, 2005 at which time this conference had been previously scheduled. As a result, no discovery has occurred and no dispositive motions have been filed by any of the remaining parties.

6. Now that the action is no longer marked as stayed, Stults, who served solely as attorney for the Plaintiff's wife in the custody case, has numerous, valid grounds in which to seek dismissal, including: (a)lack of duty to her client's adversary; (b) absolute litigation privilege for matters occurring in the course of court proceedings; (c) absence of sufficient allegations of

either her status as a state actor or conspiracy with state actors. Stults and the Haverhill Defendants intend to conduct some discovery, depositions and dispositive motion(s), as outlined in the Joint Statement.

7.  Stults and the Haverhill Defendants would request six months time to complete this conduct, until December 30, 2005.

| | |
|---|---|
| The Defendant,<br>Rosalyn Stults,<br>By her attorneys,<br><br>*/s/ Marjunette deMagistris*<br>George A. Berman, BBO# 040200<br>Marjunette deMagistris, BBO# 648133<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA  02110<br>617-951-2100<br><br>Date: 6/20/05 | The Defendants,<br>The City of Haverhill,<br>Daniel Moynihan,<br>Donald Thompson,<br>By their attorneys,<br><br>*/s/ Regina Ryan*<br>Douglas I. Louison, Esq.<br>Regina M. Ryan, Esq.<br>MERRICK LOUISON & COSTELLO<br>67 Batterymarch Street, 3rd Floor<br>Boston, MA  02110<br>(617)439-0305<br><br>Date: 6/20/05 |

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, certify that on this 20th day of June 2005, I served the within Status Report by served by first class mail, postage prepaid to:

Barbara C. Johnson, Esq.  
6 Appletree Lane  
Andover, MA 01810

Douglas I. Louison, Esq.  
Regina M. Ryan, Esq.  
Merrick Louison & Costello  
67 Batterymarch Street, 3rd Floor  
Boston, MA 02110

*/s/ Marjunette deMagistris*  
Marjunette deMagistris

PABOS2:MDEMAGI:616718_1  
14809-90514