# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

BRIAN J. MEUSE,

                        Plaintiff

                                                            CIVIL ACTION NO.:

                    v.                                      04-10255-EFH

SUSAN PANE, ET AL.,

                        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED FINAL PRETRIAL CONFERENCE ORDER

June 29, 2005

HARRINGTON, S.D.J.

        The parties in the above-entitled case having conducted an Initial Scheduling Conference

pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial

Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on

 Tuesday, April 18, 2006  .

        SO ORDERED.



                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge