AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

## MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV -9 A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brian Meuse

**SUMMONS IN A CIVIL ACTION**

V.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan,
in his official and individual capacities, Captain Donald
Thompson, in his official and individual capacities,
City of Haverhill, Massachusetts, Louis Freeh, in his official capacity,
Charles S. Prouty, in his official and individual capacities,
Charles P. Kelly, in his official and individual capacities,
FOX25News, STF Productions, Inc. a/k/a America's Most Wanted,
National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

CASE NUMBER:

04  10255 EFH

TO: (Name and address of Defendant)
Charles S. Prouty
**Attention: John Benson, Suite PA400**
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW   **Suite PA400**
Washington, DC 20535-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is served on you with this summons, within __TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK  SARAH A. THORNTON

(By) DEPUTY CLERK

DATE  OCT 13 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  10-31-05 |
| NAME OF SERVER (PRINT)  Brian Meuse | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Domestic Mail - Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-02-05
              Date                    Signature of Server

                                      Address of Server

See return receipt

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 8000 1030 0003 7245 5259 | | **Date/Time Mailed:** 10/31/2005 10:11 | |
| **Destination** | **ZIP Code:** 20535 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 01835-9992 | **City:** HAVERHILL | **State:** MA |
| **Class:** Priority Mail | | | |
| **Anticipated Delivery Date:** 11/02/2005 | | | |
| **Weight:** 2 lb(s) 8 oz(s) | | **Postage:** $3.85 | |
| **Firm Book ID:** 51K2 4043 4000 0005 9730 | | | |
| **PO Box?:** N | | | |
| **Special Services** | | **Associated Labels** | **Amount** |
| RETURN RECEIPT FOR MERCHANDISE | | 8000 1030 0003 7245 5259 | $3.00 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 11/02/2005 04:58 | WASHINGTON, DC 20535 | 00A70W35E |
| | Firm Name: FBI 20535 PU | | |
| | Recipient: 'M SIMON' | | |
| | Request Delivery Record | | |
| | (A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.) | | |
| NOTICE LEFT | 11/02/2005 02:44 | WASHINGTON, DC 20535 | K240434 |
| ARRIVAL AT UNIT | 11/02/2005 02:25 | WASHINGTON, DC 20022 | K240434 |
| ACCEPT OR PICKUP | 10/31/2005 10:11 | HAVERHILL, MA 01835 | |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do                    11/8/2005