AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of _____

## MASSACHUSETTS

2005 NOV -9 A 11: 18

Brian Meuse

**SUMMONS IN A CIVIL ACTION**

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan,
in his official and individual capacities, Captain Donald
Thompson, in his official and individual capacities, CASE NUMBER:
City of Haverhill, Massachusetts, Louis Freeh, in his official capacity,
Charles S. Prouty, in his official and individual capacities,
Charles P. Kelly, in his official and individual capacities, **04   10255 EFH**
FOX25News, STF Productions, Inc. a/k/a America's Most Wanted,
National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

TO: (Name and address of Defendant)

Charles P. Kelly
**Attention: John Benson, Suite PA400**
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW     **Suite PA400**
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**OCT 1 3 2005**

CLERK     SARAH A.       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date

______________ *Signature of Server*

______________ *Address of Server*

See Return Receipt

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.