AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

## MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -9  A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

Brian Meuse

V.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan,
in his official and individual capacities, Captain Donald
Thompson, in his official and individual capacities,
City of Haverhill, Massachusetts, Louis Freeh, in his official capacity,
Charles S. Prouty, in his official and individual capacities,
Charles P. Kelly, in his official and individual capacities,
FOX25News, STF Productions, Inc. a/k/a America's Most Wanted,
National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 CV 10255 EFH

TO: (Name and address of Defendant)
U.S. Attorney General Alberto R. Gonzales
United States Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is served on you with this summons, within __TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

OCT 13 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　 Date　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

*See Return Receipt*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.