UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,<br><br>    Defendants. | Civil Action No. 04-CV-10255-EFH |

**ASSENTED TO MOTION OF DEFENDANTS FREEH, PROUTY AND KELLY,
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The defendants Louis Freeh, Charles S. Prouty, and Charles S. Kelly, through their undersigned counsel, respectfully request an extension of time up to and including January 31, 2006, to file an answer or otherwise respond to the plaintiff's Complaint in the above captioned action. A Complaint and cover letter(s) were served over several weeks to the named defendants, the Federal Bureau of Investigation and the Attorney General in Washington D.C., and the U.S. Attorney's Office in Boston, Massachusetts, and the government must determine if all required materials were served in accordance with Fed. R. Civ. P 4. Plaintiff, through his counsel has assented to this extension of time.

Accordingly, defendants respectfully request that the Court grant the extension of time up through January 31, 2006, for the defendants to answer or otherwise respond to the plaintiff's complaint.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        MICHAEL J. SULLIVAN
        United States Attorney


By:   /s/ Anton P. Giedt   12/22/05
       Anton P. Giedt
       Assistant U.S. Attorneys
       1 Courthouse Way - Suite 9200
       Boston, MA 02210
       617-748-3309 (Voice)

---

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiff''s counsel on 12/20/05 by phone and that Plaintiff's counsel has assented to this motion.

        /s/ Anton P. Giedt 12/22/05
        Anton P. Giedt
        Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
        DATE: December 22, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record through electronic filing.

        /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorney

**PLAINTIFFS' COUNSEL:**
Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-1833 (Voice)
978-474-1833 (Fax)
barbarajohnson@att.net