UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255-EFH
**HEARING REQUESTED**

| | |
|---|---|
| Brian J. Meuse, <br>     Plaintiff, <br><br> v. <br><br> Susan Pane, <br> Rosalyn Stults, <br> City of Haverhill, <br> Lt. Detective Daniel Moynihan, <br> Capt. Donald Thompson, <br> Louis Freeh, <br> Charles S. Prouty, <br> Charles Kelly, <br> FOX Television Stations, Inc. <br> STF Productions, Inc./America's Most Wanted, <br> Wal-Mart Stores, Inc., and <br> National Center for Missing and Exploited Children, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT, ROSALYN STULTS' MOTION FOR SUMMARY JUDGMENT

The defendant, Rosalyn Stults ("Attorney Stults"), hereby moves the Court for summary judgment against the Plaintiff's Amended Complaint because there is no genuine dispute of material fact, and Attorney Stults is entitled to dismissal as a matter of law.

In support of this Motion, Attorney Stults states that the Plaintiff has set forth no legally cognizable cause of action against her. First, the plaintiff's *Bivens* claim and § 1983 civil rights claims fail as a matter of law because Attorney Stults is a private citizen, and the plaintiff cannot show any evidence of state action by Attorney Stults. In addition, all of the alleged wrongful conduct by Attorney Stults was performed in the course of Attorney Stults' legal representation of the Plaintiff's adversary, Susan Pane, in a bitter child custody dispute in the Probate Court and

1

during a nation-wide police investigation for the child, who was abducted by the Plaintiff, for which he was subsequently charged with kidnapping and tried in criminal court. Accordingly, Attorney Stults owed no duty to the plaintiff, and Attorney Stults' conduct is entitled to the absolute litigation privilege.

In further support of this Motion, Attorney Stults submits her Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

WHEREFORE, the Defendant, Rosalyn Stults, respectfully request that this Honorable Court:

(1)   GRANT her Motion for Summary Judgment as to the Plaintiff's Amended Complaint in all respects; and

(2)   GRANT whatever additional relief the Court deems necessary and appropriate.

### REQUEST FOR HEARING

Stults respectfully requests that this Court grant a hearing on this Motion as provided by the Federal Rules of Civil Procedure.

> Respectfully submitted,
> The Defendant,
> Rosalyn Stults,
> By her attorneys,
>
> *George A. Berman*
> George A. Berman, BBO# 040200
> PEABODY & ARNOLD LLP
> 30 Rowes Wharf
> Boston, MA  02110
> 617-951-2100

Date: December 21, 2005

**Certificate Pursuant To Local Rule 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that, as attorney for the Defendant, Rosalyn Stults, I and my associate, Marjunette deMagistris, have attempted to confer with the Plaintiff's counsel, Barbara Johnson, Esq., and attempted in good faith to resolve or narrow the issues which are the subject of the Defendant Attorney Stults' Motion for Summary Judgment.

                    Respectfully submitted,
                    The Defendant,
                    Rosalyn Stults,
                    By her attorneys,

                    George A. Berman, BBO# 040200
                    PEABODY & ARNOLD LLP
                    30 Rowes Wharf
                    Boston, MA 02110
                    617-951-2100

Date: December 21, 2005

**CERTIFICATE OF SERVICE**

I, George A. Berman, certify that on this 21st day of December, 2005, I served the within Motion for Summary Judgment by served by first class mail, postage prepaid to:

Barbara C. Johnson, Esq.  
6 Appletree Lane  
Andover, MA 01810

Douglas I. Louison, Esq.  
Regina M. Ryan, Esq.  
Merrick Louison & Costello  
67 Batterymarch Street, 3rd Floor  
Boston, MA 02110

Anton P. Giedt, Esq.  
U.S. Attorney's Office  
One Courthouse Way, Suite 9200  
Boston, MA 02210

                    George A. Berman

PABOS2:MDEMAGI:617405_1  
14809-90514

3