UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255-EFH

| | |
|---|---|
| Brian J. Meuse, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Susan Pane, | ) |
| Rosalyn Stults, | ) |
| City of Haverhill, | ) |
| Lt. Detective Daniel Moynihan, | ) |
| Capt. Donald Thompson, | ) |
| Louis Freeh, | ) |
| Charles S. Prouty, | ) |
| Charles Kelly, | ) |
| FOX Television Stations, Inc. | ) |
| STF Productions, Inc./America's Most Wanted, | ) |
| Wal-Mart Stores, Inc., and | ) |
| National Center for Missing and Exploited Children, | ) |
|     Defendants. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance Robert J. O'Keefe on behalf of Defendant Rosalyn Stults.

/s/ Robert J. O'Keefe
Robert J. O'Keefe, BBO #655653
*PEABODY & ARNOLD LLP*
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100
rokeefe@peabodyarnold.com

Dated this 3rd day of January, 2006.

1

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2006.

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810

Anton P. Giedt, Esq.
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

Douglas I. Louison, Esq.
Regina M. Ryan, Esq.
Merrick Louison & Costello
67 Batterymarch Street, 3rd Floor
Boston, MA 02110

/s/ Robert J. O'Keefe

Robert J. O'Keefe

PABOS2:ROKEEFE:629331_1