UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Brian J. Meuse,
          Plaintiff,

v.

Susan Pane, et al.,
          Defendants.

CIVIL ACTION NO. 04-10255-EFH

**NOTICE OF WITHDRAWAL**

Notice is hereby given of the withdrawal of Attorney Marjunette deMagistris as counsel for the Defendant, Rosalyn Stults ("Stults"). Attorney George A. Berman and the law firm of Peabody & Arnold LLP remain as counsel for Stults.

          Respectfully submitted,
          ROSALYN STULTS,
          By her attorneys,

          George A. Berman, BBO# 040200
          Marjunette deMagistris, BBO# 648133
          Peabody & Arnold LLP
          30 Rowes Wharf
          Boston, MA 02110
          (617)951-2100

Date: December 20, 2005

1

## CERTIFICATE OF SERVICE

    I, Marjunette deMagistris, do hereby certify that on this 20th day of December, 2005, I served a copy of the within Notice of Withdrawal by first-class mail, postage prepaid upon the following:

Barbara C. Johnson, Esq.  
6 Appletree Lane  
Andover, MA 01810

Anton P. Giedt, Esq.  
U.S. Attorney's Office  
One Courthouse Way, Suite 9200  
Boston, MA 02210

Douglas I. Louison, Esq.  
Regina M. Ryan, Esq.  
Merrick, Louison & Costello  
67 Batterymarch Street, 3rd Floor  
Boston, MA 02110

                                                _Marjunette deMagistris_  
                                                Marjunette deMagistris