UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br>　　　　　Plaintiff,<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS,<br>LT. DETECTIVE DANIEL R. MOYNIHAN,<br>in his official and individual capacities,<br>CAPTAIN DONALD THOMPSON, in his official<br>and individual capacities, CITY OF HAVERHILL,<br>MASSACHUSETTS, LOUIS FREE, in his official<br>Capacity, CHARLES S. PROUTY, in his official<br>and individual capacities, FOX NEWS CHANNEL<br>a/k/a FOX25NEWS, AMERICA'S MOST<br>WANTED, NATIONAL CENTER FOR MISSING<br>AND EXPLOITED CHILDREN, WAL-MART<br>STORES, INC.,<br>　　　　　Defendants. | Civil Action No.<br>04CV10255EFH |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Susan Brinkerhoff, Esq., respectfully file this notice to withdraw my appearance as counsel for Defendant National Center for Missing and Exploited Children ("NCMEC") in the above-entitled matter. I was formerly Vice President and General Counsel of NCMEC, and was admitted *pro hac vice* in this matter. I am no longer employed by NCMEC, which continues to be represented by the law firm Edwards Angell Palmer & Dodge.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Susan Brinkerhoff

Date: January 5, 2006

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically (if registered with ECF) or by first class mail, postage pre-paid on January 12, 2006.

                                                /s/ Windy L. Rosebush