**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>       Plaintiff,<br><br>       v.<br><br>SUSAN PANE, <u>et al</u>., . . . LOUIS FREEH, in<br>his official capacity, CHARLES S. PROUTY,<br>in his official and individual capacities,<br>CHARLES P. KELLY, in his official and<br>individual capacity,<br><br>       Defendants. | **Civil Action No.  04-CV-10255-EFH** |

**ASSENTED TO MOTION OF DEFENDANTS FREEH, PROUTY AND KELLY,**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The defendants Louis Freeh, Charles S. Prouty, and Charles S. Kelly, through their

undersigned counsel, respectfully request an extension of three days time up to and including

February 3, 2006, to file an answer or otherwise respond to the plaintiff's Complaint in the above

captioned action.  An unexpected scheduling conflict and personal matter for undersigned

counsel are the basis for the request.  Plaintiff, through his counsel has assented to this extension

of time.

Accordingly, defendants respectfully request that the Court grant the extension of time up through February 3, 2006, for the defendants to answer or otherwise respond to the plaintiff's complaint.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney


By:     /s/ Anton P. Giedt   1/31/06
        Anton P. Giedt
        Assistant U.S. Attorneys
        1 Courthouse Way - Suite 9200
        Boston, MA 02210
        617-748-3309 (Voice)

---

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiff's counsel on 1/31/06 by phone and that Plaintiff's counsel has assented to this motion.

/s/ Anton P. Giedt 1/31/06
Anton P. Giedt
Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                      Boston, Massachusetts
                                                                                  DATE:January 31, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record through electronic filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**PLAINTIFFS' COUNSEL:**
Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-1833 (Voice)
978-474-1833 (Fax)
barbarajohnson@att.net