UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,<br><br>　　　　Defendants. | Civil Action No.  04-CV-10255-EFH |

**FEDERAL DEFENDANTS'**
**MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

　　　　As fully explained in the accompanying Memorandum in Support, the defendants, the Director of the Federal Bureau of Investigation[1] ("FBI"), Charles S. Prouty, former Executive Assistant Director ("EAD"), and Charles P. Kelly, Special Agent ("SA") (collectively "federal defendants"), through their undersigned counsel, respectfully file this Motion to Dismiss or in the Alternative for Summary Judgment, with respect to plaintiff, Brian J. Meuse's Complaint (Docket No.: 1, "Complaint"), for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, lack of jurisdiction over the individual defendants, and insufficiency of service of process.  Fed. R. Civ. P. 12.

---

[1] 　　　　Pursuant to Fed. R. Civ. P. 25(d)(2), Robert S. Mueller, III, the current Director of the FBI, is automatically substituted for Louis Freeh, the former Director of the FBI, who was sued in his official capacity according to the caption of the plaintiff's Complaint.  Pursuant to Fed. R. Civ. P. 25(d)(2), a public officer who is sued in an official capacity may be described as a party by the officer's official title rather than by name.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

| | | |
|---|---|---|
| OF COUNSEL: | | |
| Nolan J. Benson, Jr. | By: | /s/ Anton P. Giedt   1/31/06 |
| Assistant General Counsel | | Anton P. Giedt |
| Office of the General Counsel | | Assistant U.S. Attorneys |
| Federal Bureau of Investigation | | 1 Courthouse Way - Suite 9200 |
| 935 Pennsylvania Ave., N.W., | | Boston, MA 02210 |
| Washington, D.C.  20535 | | 617-748-3309 (Voice) |
| 202-220-9323 (Voice) | | 617-748-3967 (Fax) |
| 202-220-9353 (Fax) | | anton.giedt@usdoj.gov |

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiff''s counsel over the past several months regarding the plaintiff's Complaint.

/s/ Anton P. Giedt 2/3/06
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                    Boston, Massachusetts
DATE: February 3, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record through electronic filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney