UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,

    Plaintiff,

v.

SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,

    Defendants.

Civil Action No. 04-CV-10255-EFH

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# EXHIBIT 1

# HAVERHILL DISTRICT COURT ARREST WARRANT

| WARRANT | 0038CR002... | | Haverhill ...rict Court |
|---|---|---|---|
| Haverhill | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | TO ANY AUTHORIZED OFFICER: REASON FOR WARRANT |

MEUSE, BRIAN J
115 OXFORD AVE
HAVERHILL, MA 01830

| ...E OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| ...26/1962 | M | W | 5'08" | 165 | HAZ | XXX |

| ...# | SOCIAL SECURITY # |
|---|---|
| | 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 |

| ...E OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| ...08/2000 | HAVERHILL |

| ...MPLAINANT | POLICE DEPARTMENT |
|---|---|
| ...OYNIHAN, DANIEL DET | HAVERHILL PD |

| ...TE OF COMPLAINT | RETURN DATE AND TIME | |
|---|---|---|
| ...25/2000 | 10/25/2000 12:00 AM | **WARRANT** |

Reason for Warrant:
- [X] Representation of prosecutor that defendant may not appear unless arrested.
- [ ] Defendant failed to appear after being summoned to appear.
- [ ] Defendant failed to appear after recognizing to appear.
- [ ] Defendant failed to pay court ordered monies in the amount of $_____.
- [ ] Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.
- [ ] Defendant failed to appear for Probation Surrender Hearing
- [ ] Other:

**...OUNT-OFFENSE**
- 265/26A/A  KIDNAPPING MINOR BY RELATIVE c265 §26A
...10/08/2000, being a relative of MARISSA MEUSE, a child less than 18 years old, did, without lawful authority, hold or intend to hold such child permanently ...for a protracted period, or did take or entice such child from such child's lawful custodian, in violation of G.L. c.265, §26A. (PENALTY: house of correction ...t more than 1 year; or not more than $1000; or both.)

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

THE COURT HAS ORDERED THAT A  [X] WARRANT    ISSUE AGAINST THE ABOVE DEFENDANT
                                [ ] DEFAULT WARRANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

*[Clerk-Magistrate stamp and signature]*

Enclosure 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,

    Plaintiff,

v.

SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,

    Defendants.

Civil Action No. 04-CV-10255-EFH

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# EXHIBIT 2

# REQUEST FOR FEDERAL FLIGHT WARRANT



DISTRICT ATTORNEY FOR THE EASTERN DISTRICT
SALEM    NEWBURYPORT    LAWRENCE

KEVIN M. BURKE
District Attorney

Museum Place
Two East India Square
Salem, Massachusetts 01970

TELEPHONE
SALEM    (978) 745-6610
FAX    (978) 741-4971
TTY    (978) 741-3163

November 2, 2000

Honorable Donald Stern
United States Attorney
U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Dear Mr. Stern:

Please be advised that this office is currently investigating the parental kidnapping of a minor. At this time an arrest warrant is in effect for Brian Meuse for the crime of Kidnapping of a Minor by a Relative (M.G.L. c.265, 26A). A copy of the warrant (0038 CR 2411) is attached. Based on information received, Mr. Meuse has left his home and his whereabouts are unknown. This office has authorized the rendition of Mr. Meuse from anywhere in the United States.

The following information pertains to the above-named subject:

D.O.B. 6/26/62
Height: 5'08"
Weight: 165 lbs.
Hair: Brown/Gray
Eyes: Hazel
Social Security No.: 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

I respectfully request that a federal flight warrant be issued to assist in his apprehension.

Very truly yours,

Robert N. Weiner
First Assistant District Attorney

Enclosure 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,

    Plaintiff,

v.

SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,

    Defendants.

Civil Action No. 04-CV-10255-EFH

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# EXHIBIT 3

# U.S. DISTRICT COURT ARREST WARRANT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

BRIAN MEUSE

# WARRANT FOR ARREST

CASE NUMBER: 00-M-889-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____BRIAN MEUSE____
                                           Name

and bring him ~~or her~~ forthwith to the nearest magistrate to answer a~~(n)~~

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Unlawful Flight To Avoid Prosecution.

in violation of Title ____18____ United States Code, Section(s) ____1073____

MARIANNE B. BOWLER                         UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

                                            November 6, 2000    Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by_____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Enclosure 3

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA
V.

BRIAN MEUSE
115 Oxford Avenue
Haverhill, MA 01830

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-m-889-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 8, 2000** in **Essex** county, in the _____ District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for the crime of Kidnapping of a Minor by a Relative in violation of Mass. Gen. L. c. 265, Section 26A, which crime is a felony under the laws of the Commonwealth of Massachusetts, from which BRIAN MEUSE has fled.

in violation of Title **18** United States Code, Section(s) **1073**

I further state that I am a(x) **Special Agent, FBI** and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: [X] Yes  [ ] No

Signature of Complainant
Charles P. Kelly
Special Agent, FBI
Boston, Massachusetts
City and State

Sworn to before me and subscribed in my presence,

November 6, 2000  @ 2:40PM
Date

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,

    Plaintiff,

v.

SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,

    Defendants.

Civil Action No. 04-CV-10255-EFH

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# EXHIBIT 4

# AFFIDAVIT OF FBI SPECIAL AGENT CHARLES P. KELLY

A F F I D A V I T

Boston, Massachusetts
November 6, 2000

I, Charles P. Kelly, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn upon my oath depose and state as follows:

1. The FBI has been requested to assist the Essex County District Attorney's Office in the location and apprehension of Brian Meuse, date of birth, June 26, 1962;

2. I have been informed by Assistant District Attorney Eileen Foreman of the Essex County District Attorney's Office as follows:

    A. Some time prior to October 1, 2000, Brian Meuse traveled from his home in Haverhill, Massachusetts to Port Orange, Florida to visit his minor child;

    B. On October 1, 2000, Brian Meuse picked up his minor child for an approximately week-long scheduled visitation. He was to return the minor child to Port Orange, Florida on October 8, 2000.

    C. Brian Meuse failed to return his minor child from parental visitation on October 8, 2000 or thereafter, in violation of court orders placing the child under the custody of her mother, Susan Pane;

Enclosure 4

D.  From October 3 through October 5, 2000, Brian Meuse placed his minor child in the care of Anne Kalip, a neighbor in Haverhill, Massachusetts. When Ms. Kalip requested that Brian Meuse provide her with access to the child's medical records and information as to custody, Brian Meuse removed the child from Ms. Kalip's care and she has not seen Brian Meuse or the child since;

E.  On October 25, 2000 a complaint was filed in Haverhill District Court by Detective Daniel Moynihan, Haverhill Police Department;

F.  On October 25, 2000, an arrest warrant was issued by the Haverhill District Court charging Brian Meuse with Kidnaping of a Minor By Relative, in violation of Massachusetts General Laws, Chapter 265, Section 26A;

G.  The crime of Kidnaping of a Minor By Relative is a felony under Massachusetts General Laws, Chapter 265, Section 26A;

H.  Law enforcement efforts to locate Brian Meuse and the minor child within the Commonwealth of Massachusetts have been unsuccessful;

I.  The Essex County District Attorney's Office will rendite Brian Meuse if he is apprehended outside the District of Massachusetts.

3. Attach[ed] [he]reto and made a part he[reof] are true copies of the arrest warrant issued by the Haverhill District Court, and a letter from Robert N. Weiner, First Assistant District Attorney, Essex County, to U.S. Attorney Donald Stern dated November 2, 2000; and

4. Based upon the foregoing facts and upon my experience and training as a Special Agent of the FBI, I have probable cause to believe that Brian Meuse has fled the District of Massachusetts to avoid prosecution for a crime which is a felony under the laws of the Commonwealth of Massachusetts, in violation of Title 18, United States Code, Section 1073.

I hereby certify that the foregoing is true and correct.

_____
CHARLES P. KELLY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 6th day of November, 2000. @ 2:40 PM

_____
MARIANNE B. BOWLER
United States Magistrate Judge
Boston, Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,<br><br>    Defendants. | Civil Action No.  04-CV-10255-EFH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# EXHIBIT  5

# STATE COURT WARRANT QUERY



```
CJIS 949656   11/06/2000 1900   96011/1011.
TRP                      **** WARRANT QUERY DISPLAY ****
 NAM/MUSE, BRIAN J                    POB/MA    DOB/ 6-26-62
 AKA/1.                      2.
      3.                     4.
      5.
 RAC/W    EYE/HAZ    HGT/5-08  SMT/             SOC/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
 SEX/M    HAI/XXX    WGT/165   SKN/             FPC/
 ADD/115 OXFORD AVE    CIT/HAVERHILL          STA/MA   ZIP/01830
 OLN/                          OLS/MA    OLY/
 LIT/      LIY/     LIS/      LIC/              OCA/0038CR00241
 VYR/      VMA/     VMO/      VST/     VCO/
 VIN/
 WAR/60224        DOW/10-25-00     REN/      WTP/FELONY
 OFF/1099 - KIDNAP - (FREE TEXT)
 COI/38     CAU/
 SCS/       MNU/                    FBI/
 REF:W6358854  AIC:            DOE:10/25/00
 AGENCY:LMTC01     - MASS TRIAL COURTS
 REM/NOT TO APPEAR UNLESS ARRESTED

                              WMS2   W6358854
  -KEY WMS ABOVE TO ACCESS WARR MNGMNT SYS/NCIC


CJIS 949732   11/06/2000 1901   96011/0751.
UN.
    1L01VP80021643
MAFBI5500

MKE/WANTED PERSON
ORI/TX0210100 NAM/MUSE,AUDRA LEE SEX/M RAC/B POB/TX DOB/19620626
HGT/510 WGT/170 EYE/BRO HAI/BLK FBI/370819AA4 SKN/DRK SMT/TAT UL ARM
FPC/PMTT13PMPOPM10CIPI15 SOC/467297619
OLN/03943726 OLS/TX OLY/2001
OFF/FORGERY
DOW/19990519 OCA/99-041055
MIS/WRTE M-385-F/FORGERY/DET MCNAIR/SID# TX02986632 GA1791197P/EXTR ADJACENT
MIS/STATES ONLY
ORI IS BRYAN PD 979 361-3737
DOB/19630626
DOB/19661006
DOB/19590624
DOB/19670626
AKA/WILLIAMS,AUDRICK LEE
AKA/MUSE,AUDRIC
AKA/WILLIAMS,RICKEY LEE
AKA/MUSE,AUDRA L
```

Enclosure 5

82D-BS-87927-38

```
W/DISC L CRR
O/PP-E0018483
OC/356331038
NIC/N152195013 DTE/19990421 0000 EDT
*****   THIS RECORD MAY ONLY BE USED BY CRIMINAL JUSTICE AGENCIES FOR
CRIMINAL JUSTICE PURPOSES.
*****   END OF DEPORTED FELON FILE RESPONSE.   *****


CJIS 331189    11/06/2000 1901    S1011/6011
-----------------------MEUSE,BRIAN-J-------------------- - W5358854-----------
         Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 19:01 on 11/06/00
--------------------------------------------------------------------------
Defendant Information:
      Name: MEUSE,BRIAN J                           SS#: 026529903
   Address: 115 OXFORD AVE                          Race: W        Sex: M
                                                    Hair: XXX   Eyes: HAZ
      City: HAVERHILL          MA 01830          Weight: 165 Height: 5'05"
                                               Complexion:         Marks:
  Date of Birth: 06/26/1962 Place of Birth: MA Date of Emancipation: 00/00/0000
  Father:                              Mother:
  Known Alias:                                       Ref No: W5358854

  License No:                                        Misc No:
  License State: MA        Obtn No:                  CC No:
--------------------------------------------------------------------------
Warrant Information:                                 Docket: 0038CR002411
  Issue Date: 10/25/2000  Court of Issue: 32   - HAVERHILL DISTRICT
        Type: S - STRAIGHT                                            60224
  Date of Complaint: 10/25/2000
         Offense Date: 10/08/2000  Offense Location: HAVERHILL

          **************************** Charges ****************************
    Count   Offense Code                  Description
      1  F  265/26A/A           KIDNAPPING MINOR BY RELATIVE c265 S26A

----------------------------------------------------------------------------
Court Information: NOT TO APPEAR UNLESS ARRESTED
Assigned for Service To: HAE - HAVERHILL PD
Warrant Printed by:      FBI - US FBI - 1
                                                  Fine Amount:
Officer Name:                                     Bail Amount:
Judge's Name: HERLIHY,KEVIN                         None set
Return Date/Time: 10/25/2000 00:00     Recall Date/Time: 00/00/0000 00:00
----------------------------------------------------------------------------


  TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

         The court has ordered that the above warrant issue against the
         above defendant.

         Therefore you are hereby commanded to arrest the above named
         defendant and bring the defendant forthwith before this court
         to answer to the offense(s) listed above and to be dealt with
         according to law.
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,<br><br>    Defendants. | Civil Action No. 04-CV-10255-EFH |

MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

# EXHIBIT   6

# DECLARATION OF
# WILLIAM L. HOOTON
ASSISTANT DIRECTOR/ FBI RECORDS MANAGEMENT DIVISION

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE, )
      Plaintiff, )
   v. )   Civil Action No. 04-CV-10255-EFH
SUSAN PANE, et al. )
      Defendants )

## DECLARATION OF WILLIAM L. HOOTON
## FEDERAL BUREAU OF INVESTIGATION

I, William L. Hooton, hereby declare as follows:

1. I am employed by the Federal Bureau of Investigation (FBI), and I am currently an Assistant Director, in charge of the FBI's Records Management Division, located at FBI Headquarters in Washington, D.C. I have served in this capacity from approximately February 17, 2002 through February 18, 2003, and from January 19, 2004 to the present.

2. As the Assistant Director in charge of the Records Management Division, I have under my custody and control all records contained in the FBI's Central Records System.

3. The records that are under my custody and control include records of administrative claims submitted to the FBI under the Federal Tort Claims Act. All administrative claims submitted to the FBI are indexed into the FBI's Central Records System. Once indexed, a record of an administrative claim is retrievable through a search of the general indices to the FBI's Central Records System.

4. I have caused to be made a diligent search of the general indices to the FBI's Central Records System as of January 31, 2006, for any records retrievable to the name of plaintiff Brian J. Meuse. This search disclosed no record of any administrative claim submitted to the FBI by or on behalf of Brian J. Meuse, the plaintiff in the above-captioned lawsuit.

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed this _____31_____ day of January, 2006

*(signature: William L. Hooton)*

William L. Hooton
Assistant Director
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,

    Plaintiff,

v.

SUSAN PANE, et al., . . . LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity,

    Defendants.

Civil Action No. 04-CV-10255-EFH

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# EXHIBIT 7

# DECLARATION OF NOLAN J. BENSON, JR.
ASSISTANT GENERAL COUNSEL
FBI OFFICE OF GENERAL COUNSEL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. MEUSE,

    Plaintiff,

v.

SUSAN PANE, et al.

    Defendants

Civil Action No. 04-CV-10255-EFH

## DECLARATION OF NOLON J. BENSON, JR. FEDERAL BUREAU OF INVESTIGATION

I, Nolon J. Benson, Jr., hereby declare as follows:

1. I am employed by the Federal Bureau of Investigation (FBI), and I am currently an Assistant General Counsel, Office of the General Counsel, located at FBI Headquarters in Washington, D.C. I have served in this capacity from approximately February 23, 2003 to the present.

2. On or about October 12, 2005, I participated in a conference call with Mr. Anton Giedt, Assistant United States Attorney, and Ms. Barbara C. Johnson, counsel for Plaintiff. In that conference call, Mr. Giedt and I explained our understanding of what Ms. Johnson would have to do to meet the requirements for service of the summons and complaint on Mr. Charles Prouty, Mr. Charles Kelly, Director Robert S. Mueller III. Mr. Prouty and Mr. Kelly are defendants in this matter in their official and individual capacities, and Director Mueller replaces former Director Freeh as a defendant in his official capacity only. At that time I also agreed to determine whether the individual defendants would allow me to accept service on their behalf.

3. On October 12, 2005, Mr. Charles Kelly authorized me to accept service on his behalf. I conveyed that information to AUSA Giedt on the same day. Because he was out of town, I was not able to speak with Mr. Charles Prouty until October 17, 2005. At that time, he also authorized me to accept service on his behalf. I conveyed that information to AUSA Giedt on the same day.

4. On October 17, 2005, Mr. Prouty called to advise that he had received word that the U.S. Postal Service attempted to delivery the complaint in this case to his home, but because he was not home to sign for the package, the complaint was not delivered.

5. On October 19, 2005, I received by U.S. mail the complaint for Mr. Kelly. While I assume this was an attempt at service on Mr. Kelly, the complaint was not accompanied by a summons or a waiver of service form.

6. On October 21, 2005, I received by U.S. mail the complaint for former Director Freeh. The envelope containing this document was stamped as received and opened by the FBI mail room on October 18, 2005. Again, this complaint was not accompanied by a summons or a waiver of service form.

7. On November 3, 2005, I received by U.S. mail the complaint for Mr. Prouty. This complaint was not accompanied by a summons or a waiver of service form.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___31st___ day of January, 2006

Nolon J. Benson, Jr.
Assistant General Counsel
Office of the General Counsel
Federal Bureau of Investigation
Washington, D.C.

-2-