ASSENTED-TO MOTION TO ENLARGE TIME TO
27 FEBRUARY 2006 TO FILE OPPOSITION TO
LOUIS FREEH, CHARLES PROUTY, AND CHARLES KELLY'S
\MOTION TO DISMISS OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/9/2006   4:52 AM

Case 1:04-cv-10255-EFH   Document 120   Filed 02/09/2006   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

---

**ASSENTED-TO**
**MOTION TO ENLARGE TIME TO 27 FEBRUARY 2006 TO FILE OPPOSITION TO**
**LOUIS FREEH, CHARLES PROUTY, AND CHARLES KELLY'S**
**MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Now comes Plaintiff Brian Meuse ["Meuse"], and moves with the assent of the counsel of the FBI defendants—Louis Freeh (former Director of the FBI), Charles S. Prouty, and Charles P. Kelly—the Movants, to enlarge the time to oppose their Motion to Dismiss or in the Alternative for Summary Judgment.  Given that the motion was filed on 2/3/06, assuming that the due date assigned by ECF was 2/20/06, and having another opposition to a motion for summary judgment in this same case due on 2/9/06 (which I have filed this dy), Meuse's counsel seeks an extension of time until **2/27/06** to file an opposition to the motion filed by the FBI defendants.

WHEREFORE, Meuse respectfully prays this motion to enlarge the time for filing his opposition to the FBI defendants' motion to 27 February 2006 be allowed.

1

ASSENTED-TO MOTION TO ENLARGE TIME TO
27 FEBRUARY 2006 TO FILE OPPOSITION TO
LOUIS FREEH, CHARLES PROUTY, AND CHARLES KELLY'S
\MOTION TO DISMISS OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/9/2006    4:52 AM

Case 1:04-cv-10255-EFH    Document 120    Filed 02/09/2006    Page 2 of 2

|  |  |
|---|---|
|  | Respectfully submitted,<br>BRIAN J. MEUSE,<br>By his attorney, |
|  | /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net> |
| 9 February 2005 | Barbara C. Johnson, Esq.,<br>BBO #549972<br>6 Appletree Lane<br>Andover, MA 01810-4102<br>978-474-0833 |

### PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

    I hereby certify, pursuant to Local Rule 7.1(A)(2), that as counsel for Plaintiff Brian Meuse, I emailed a request for assent by all counsel to this motion in a good faith attempt to resolve or narrow the issues raised by the instant motion. The movant and two other opposing counsel gave me their assent. I have yet to hear from the others.

|  |  |
|---|---|
|  | /s/ Barbara C. Johnson  <barbaracjohnson@worldnet.att.net> |
| 9 February 2006 | Barbara C. Johnson, Esq.<br>6 Appletree Lane<br>Andover, MA 01810-4102<br>978-474-0833<br>BBO #549972 |