# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                      Plaintiff

                v.                              CIVIL ACTION NO.:
                                                04-10255-EFH

ROSALYN STULTS, ET AL.,
                      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

February 23, 2006

HARRINGTON, S.D.J.

      A hearing on Defendant Stults' Motion for Summary Judgment is scheduled for **Monday, March 6, 2006**, at 10:00 A.M., in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge