# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

BRIAN J. MEUSE,

                        Plaintiff

              v.                                       CIVIL ACTION NO.:
                                                  04-10255-EFH

LOUIS FREEH, in his official capacity,
CHARLES S. PROUTY, in his official
and individual capacities, and CHARLES P.
KELLY, in his official and individual
capacities,

                        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

# SCHEDULING ORDER

February 23, 2006

HARRINGTON, S.D.J.

       A hearing on Defendant Freeh, Prouty and Kelly's Motion to Dismiss or in the Alternative

for Summary Judgment is scheduled for **Wednesday, March 8, 2006**, at 10:00 A.M., in

Courtroom No. 13 on the Fifth Floor.

       SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge