MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/27/2006 7:43 AM

Rosalyn Stults letter dated 8/9/2000
Crimes Management System Incident Report, 8/10/2000
Rosalyn Stults letter dated 11/1/2000

**EXHIBIT C ( 1 OF 5)**



# LAW OFFICES OF ROSALYN STULTS

14 Lynde Street  
Salem, Massachusetts 01970

Telephone (978) 745-4100  
FAX (978) 744-1319

August 9, 2000

VIA FACSIMILE
(904) 756-5305

Carmen Miller
Port Orange Police Department
Port Orange, FL 32127

RE: Susan Pane v. Brian Muese

Dear Officer Miller:

At the request of Officer Besuden, I have enclosed a copy of the cover sheet from Judge Manzi, a Massachusetts judge, and the first and last pages of the Massachusetts order which indicates Massachusetts shall be the state which exercises jurisdiction over these people including issues of visitation. Please notice the fax cover sheet indicates this was sent to Vicky Fischer who is Judge Foxman's judicial assistant. This was the Florida judge who issued the order regarding visitation which is no longer in effect now that Massachusetts agreed to accept jurisdiction. Any orders which Mr. Meuse attempts to show you which are from Judge Foxman no longer have any force or effect.

I have also enclosed a copy of the lastest order which indicates the visitation schedule as ordered by J. Sahagian, a Massachusetts judge, dated June 5, 2000. According to that order and a copy of the letter from Attorney Johnson, which I have also enclosed, Mr. Meuse was to have exercised visitation with his child on August 1, 2000 until August 8, 2000. Upon information and belief, he did exercise his visitation. This was told to me by my client, Mr. Meuse's attorney, and Pat Nohr, who is the office manager at First Step Therapeutics where the minor child has her therapy. If you would like to verify any information relative to the Mr. Meuse having the child on August 3, 2000, you may contact Pat Nohr at (904) 252-7837. She had such difficulty with Mr. Meuse and his attorney, that she wrote me a letter which I presented to the Massachusetts judge

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/27/2006  7:43 AM

Case 1:04-cv-10355-EFH   Document 124-4   Filed 02/27/2006   Page 2 of 5

Rosalyn Stults letter dated 8/9/2000
Crimes Management System Incident Report, 8/10/2000
Rosalyn Stults letter dated 11/1/2000

**EXHIBIT C ( 2  OF 5)**

Carmen Miller
Port Orange Police Department
August 9, 2000
Page 2

on August 7, 2000, when Mr. Meuse's attorney brought me in on an Emergency Motion for Hearing for Custody.

My client believes Mr. Meuse is getting more desparate as is indicated by his attorney's filing the Emergency Motion to transfer custody. As a result, she does not know what he is capable of doing. This emergency motion was denied by the judge. Please also find enclosed a copy of the denial of this motion.

Mr. Meuse's attorney is Barbara Johnson. Her telephone number is (978) 474-0833.

If I can be of further assistance, please do not hesitate to contact me immediately. Thank you for any assistance you can provide in this matter.

Sincerely,

*Rosalyn Stults*
Rosalyn Stults

RS/tat
Enclosures
cc: Barbara Johnson
    Susan Pane

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/27/2006   7:43 AM

Rosalyn Stults letter dated 8/9/2000
Crimes Management System Incident Report, 8/10/2000
Rosalyn Stults letter dated 11/1/2000

**EXHIBIT C ( β  OF 5)**

```
Date/Time:  8/10/00  16:40:23
-------------------------------------------------------------------
Progrm: CMS301            Crimes Management System       Page:    1
                              Incident Report
-------------------------------------------------------------------
Case No.: 1-00-013193  PORT ORANGE POLICE DEPARTMENT

Date of Occurrence.:  8/09/00 thru 8/09/00  Time of Occur.: 8:56 thru 8:56
Date of Report.....:  8/09/00               Time of Report: 8:56
Dispatched.........:  8/09/00 @ 8:56        Responded.....:          @ 0:00
Arrived............:  8/09/00 @ 9:01        Cleared.......: 8/09/00 @ 9:16

Day of the Week....: Wednesday            Microflm/Roll#:
Common Name........:
Incident Location..: 291 SAGEWOOD DR
Incident Cty/ST/PR: PORT ORANGE          FL       ZIP:
County.............:                                No Fur A
Location Type......: Residence-Single Family        1
Beat Assignment....:
District...........:                                 Map Ref..: 02824401XX
Shift..............:
Department Classif: CIVIL COMPLAINT
Reporting Officer.: CHRISTOPHER BESUDEN
 Case Status......: No Further Action Required    Date:
Alcohol Related...:
Drugs Related.....:

************** V E R I F I C A T I O N   I N F O R M A T I O N ****************
Rpt Officer Review:           Employee:
Supervisory Review:           Employee:
Clerical Entry....:           Employee:

************ C A S E   M A N A G E M E N T   I N F O R M A T I O N ************

Case Disposition.: No Further Action Required       No Fur A  Date: 0/00/00
Case Forwarded To:

********************* P E R S O N   I N F O R M A T I O N ********************

     Person Reporting                     INFORMATION  #  1
Name: BRIAN MEUSE
Addr:                                         DOB.:
City:              ST:      ZIP:              SSN.: 000000000
POB.:              ST:          Country:      Phn#: 0/760-6377
Empl:
Occp:                                         Bus#:
Race.......:
Ethnic Org.:                        Sex.:
OL #.......:
Age........:           OL ST:       Country:
Height.....: 000 Ft./in.                      Misc#:
Weight.....:     lbs

*********************** N A R R A T I V E  # 1 *****************************
CAD Information            Reported By:
                                                                    8/09/00
    Call#: 002220061    Beat: 450 zone
    Units.: 450      Employees: 0000002808 BESUDEN, CHRISTOPHER
```

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/27/2006   7:43 AM

Case 1:04-cv-10355-EFH   Document 124-4   Filed 02/27/2006   Page 4 of 5

Rosalyn Stults letter dated 8/9/2000
Crimes Management System Incident Report, 8/10/2000
Rosalyn Stults letter dated 11/1/2000

**EXHIBIT C ( 4 OF 5)**

```
Date/Time:  8/10/00  16:40:23
-------------------------------------------------------------------
                        Crimes Management System         Page:   2
Prgrm: CMS301              Incident Report
-------------------------------------------------------------------
Case No.: 1-00-013193  PORT ORANGE POLICE DEPARTMENT      (Continued)

     Call change from MSC to CVL BY PDDSP2G1 P 01 0000002759
     OFFICER PRESENT TO STAND BY AND KEEP THE PEACE
     CALLER ADVISED THAT HE WAS AT THE HOUSE NEXT DOOR AND WOULD
     WAIT FOR AN OFFICER TO ARRIVE BEFORE VISITATION
     Brian Meuse requested standby while picking up child.
     Regular happening.  Mother was not present nor was child.
       No on was home at the time.  CCR provided for
     documentation.

**************************** N A R R A T I V E    # 2 *************************
REPORT BY C.L. MILLER       Reported By: DICESARE, CARMEN L.         8/10/
                            Entered By.: DICESARE, CARMEN L.         8/10/

     on 7/10/00 I called Judge Foxman's office and spoke with his
     secretary Vicki in regards to the Pane/Muese case. Vicki stated that
     she would consult with Judge Foxman on the custody issue regarding
     the state of Massachuesetts vs. Florida. Vicki called and verified
     that the State of Massachusetts had jurisdiction in custody and all
     Florida orders were no longer in effect according to Judge Foxman as
     of May 3, 2000.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT
2/27/2006  7:43 AM

Case 1:04-cv-10355-EFH    Document 124-4    Filed 02/27/2006    Page 5 of 5

Rosalyn Stults letter dated 8/9/2000
Crimes Management System Incident Report, 8/10/2000
Rosalyn Stults letter dated 11/1/2000

**EXHIBIT C ( 6  OF 5)**



# LAW OFFICES OF ROSALYN STULTS

14 Lynde Street　　　　　　　　　　　Telephone (978) 745-4100
Salem, Massachusetts 01970　　　　　　FAX (978) 744-1319

November 1, 2000

VIA FACSIMILE (978) 741-4971

Eileen Forman
District Attorney's Office
Museum Place
1 E. India Square
Salem, MA  01970

　　RE:  Brian Meuse　kidnapping of Marissa Lyne Meuse

Dear Eileen:

　　Enclosed please find the Interim Order which the Circuit Court in Florida issued on November 3, 1999, granting custody of Marissa Lyne Meuse to my client Susan Pane.

　　I have also enclosed the June 5, 2000, and August 7, 2000, court orders issued from the Lawrence Probate and Family Court.

　　If I can be of further assistance, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　Rosalyn Stults

Enc.
cc:  Susan Pane (without encl.)