MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/24/2006  11:44 PM

Case 1:04-cv-10355-EFH    Document 124-5    Filed 02/27/2006    Page 1 of 1

**EXHIBIT D**

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA.

CASE NO. 99-33711-FMCI
DIVISION 35

IN RE: THE MATTER OF

SUSAN PANE,

    Petitioner,

and

BRIAN J. MEUSE,

    Respondent.
_____/

CASE NO. 99-33831-FMCI
DIVISION 35

IN RE: THE MATTER OF

BRIAN MEUSE,

    Petitioner,

and

SUSAN PANE,

    Respondent.
_____/

## ORDER OF DISMISSAL

The Court, pursuant to Justice Mary McCauley Manzi's, Massachusetts Probate and Family Court, Order dated May 3, 2000, determining jurisdiction in the above styled matters be exercised in the Massachusetts Courts, it is

ORDERED AND ADJUDGED the above styled matters are hereby dismissed.