MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/24/2006  11:26 PM

Case 1:04-cv-10255-EFH   Document 124-6   Filed 02/27/2006   Page 1 of 1

**EXHIBIT E**

## FBI Executives

**Charles S. Prouty - Executive Assistant Director, Law Enforcement Services Division**

Mr. Prouty was born in Jersey City, New Jersey, and earned his Bachelor of Science degree from the United States Naval Academy at Annapolis, Maryland, in 1967. He received a Master of Arts degree in Economics from George Mason University, Fairfax, Virginia, in 1982, and a Juris Doctor degree from George Mason University in 1991. He is a member of the Virginia Bar. From 1967 to 1973, Mr. Prouty served on active duty in the United States Navy. During this time he served eighteen months in the Republic of South Vietnam with SEAL Team One. He retired from the United States Naval Reserve with the rank of Captain.

Mr. Prouty entered on duty with the FBI as a Special Agent in June, 1973, and following a period of training, served in the Columbia, South Carolina; Alexandria, Virginia; and Washington, D.C., FBI Offices. Mr. Prouty was promoted to supervisor of the FBI's Hostage Rescue Team in Washington, D.C., during February 1986, and in December 1987, he was transferred to FBI Headquarters in Washington, D.C., to assume supervisory duties in the Violent Crimes and Major Offenders Section, Criminal Investigative Division. He was reassigned to the Training Division, FBI Academy, Quantico, Virginia, in September 1989, as the Unit Chief of the Special Operations and Research Unit. From June of 1992, to June of 1993, he served as an Inspector's Aide in the Inspection Division and then returned to the Training Division as a Special Assistant to the Deputy Assistant Director.

In February 1994, he was transferred to the FBI's Columbia, South Carolina, field office as the Assistant Special Agent in Charge. In 1997, Mr. Prouty was transferred back to FBI Headquarters as the Section Chief of the Bureau Applicant Recruit and Selection Section.

In September 1998, Mr. Prouty was designated Special Agent in Charge of the Little Rock Division. Mr. Prouty was appointed Special Agent in Charge of the Boston Division on April 26, 2000 by Director Louis Freeh.

On November 7, 2002, Director Mueller appointed Mr. Prouty as Executive Assistant Director, Law Enforcement Services.

FBI Executives Home Page