MEUSE'S LOCAL RULES 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006   2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 1 of 15

**EXHIBIT F (1 of 15)**



**Summons to Charles Prouty. which was sent to John Benson.**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006   2:44 AM

**EXHIBIT F (2 of 15)**



**Tracking confirmation for Document #101 to Charles Prouty**

Charles S. Prouty
**Attention: John Benson, Suite PA400**
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW   **Suite PA400**
Washington, DC 20535-0001

~AO 440 (Rev. 8/01) Summons in a Civil Action

2

IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006 2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 3 of 15

**EXHIBIT F (3 of 15)**




**Tracking confirmation for Document #101 to Charles Prouty with Return Receipt**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006 2:44 AM

Case 1:04-cv-10255-EFH   Document 124-7   Filed 02/27/2006   Page 4 of 15

**EXHIBIT F (4 of 15)**



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of
## MASSACHUSETTS

Brian Meuse

v.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, STF Productions, Inc. a/k/a America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10255 EFH

TO: (Name and address of Defendant)
Charles S. Prouty
1200 Stonnell Place
Alexandria, VA 22302

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is served on you with this summons, within __TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  OCT 13 2005

**Summons to Charles Prouty at Home Address.**
**Sent to Prouty's home address because of delay in receiving notice from AUSA Geidt**
**that Prouty had given his assent to John Benson to accept service**

4

MEUSE'S LOCAL RULES 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006 2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 5 of 15

**EXHIBIT F (5 of 15)**

Bouchard, David J - Haverhill, MA

To: ~22302 Alexandria, VA - Park Fairfax
Subject: Return receipt for merchandise

```
DEAR POSTMASTER,
     POSTAL RECORD SHOW ITEM #8000 1030 0003 7245 5242
  SENT TO
     CHARLES S. PROUTY
     1200 STONNELL PLACE
     ALEXANDRIA,VA 22302
      IS A NOTICE LEFT,PLEASE RETURN ITEM TO CUSTOMER
     HOLD TIME EXSP.
         BRIAN MUESE
         115 OXFORD AVE
         WARD HILL,MA 01835
      THANK YOU,
         DAVE BOUCHARD
         CLAIMS
         HAVERHILL POST OFFICE
```

1

**Seeking tracking confirmation for Document #101 to Charles Prouty at Home Address**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006   2:44 AM

EXHIBIT F (6 of 15)



Tracking confirmation for Document #101 to Charles Prouty at Home Address

6

**MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS**
**IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'**
**MOTION TO DISMISS, OR IN THE ALTERNATIVE**
**FOR SUMMARY JUDGMENT**
2/25/2006   2:44 AM

Case 1:04-cv-10255-EFH   Document 124-7   Filed 02/27/2006   Page 7 of 15

**EXHIBIT F (7 of 15)**

**Bouchard, David J - Haverhill, MA**

To: ~22302 Alexandria, VA - Park Fairfax
Subject: Return receipt for merchandise

```
DEAR POSTMASTER,
      POSTAL RECORD SHOW ITEM #8000 1030 0003 7245 5242
  SENT TO
      CHARLES S. PROUTY
      1200 STONNELL PLACE
      ALEXANDRIA,VA 22302
      IS A NOTICE LEFT,PLEASE RETURN ITEM TO CUSTOMER
      HOLD TIME EXSP.
          BRIAN MUESE
          115 OXFORD AVE
          WARD HILL,MA 01835
      THANK YOU,
          DAVE BOUCHARD
          CLAIMS
          HAVERHILL POST OFFICE
```

1

**Seeking tracking confirmation for Document #101 to Charles Prouty at Home Address**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006  2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 8 of 15

EXHIBIT F (8 of 15)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Brian Meuse

V.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities, FOX25News, STF Productions, Inc. a/k/a America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10255 EFH

TO: (Name and address of Defendant)

Loui Freeh
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535-4102

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is served on you with this summons, within __TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE OCT 1 3 2005

**Summons to Louis Freeh, Document #102**

MEUSE'S LOCAL RULES 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006 2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 9 of 15

**EXHIBIT F (9 of 15)**

Barbara C. Johnson, Esq.  
6 Appletree Lane  
Andover, MA 01810-4102

PHONE 978-474-0833  
FAX 978-474-1833  
email: barbaracjohnson@worldnet.att.net

14 October 2005

Louis Freeh  
Federal Bureau of Investigation  
935 Pennsylvania Avenue NW  
Washington, D.C. 20535-0001

Re: Brian Meuse v. Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, **Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities,** FOX Television Stations, Inc., America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

Dear Sir:

Yesterday my client sent his Amended Complaint by certified mail, return receipt requested, and inadvertently did not include the amended signature page.

Enclosed with this letter is the correct signature page, also sent by certified mail, return receipt requested.

Sincerely,

_____  
Barbara C. Johnson

Letter, dated 10/14/2005, to Louis Freeh

9

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS  Case 1:04-cv-10255-EFH   Document 124-7   Filed 02/27/2006   Page 10 of 15
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006   2:44 AM

**EXHIBIT F (10 of 15)**

**Return Receipt for service to Louis Freeh; a copy accompanied Document #102**

**EXHIBIT F (11 of 15)**

**Return Receipt for letter dated 14 October 2005 to Louis Freeh**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006  2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 12 of 15

**EXHIBIT F (12 of 15)**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

## MASSACHUSETTS

Brian Meuse

v.

Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan,
in his official and individual capacities, Captain Donald
Thompson, in his official and individual capacities,
City of Haverhill, Massachusetts, Louis Freeh, in his official capacity,
Charles S. Prouty, in his official and individual capacities,
Charles P. Kelly, in his official and individual capacities,
FOX25News, STF Productions, Inc. a/k/a America's Most Wanted,
National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 10255 EFH

TO: (Name and address of Defendant)
Charles P. Kelly
**Attention: John Benson, Suite PA400**
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW    **Suite PA400**
Washington, DC 20535-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara C. Johnson
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833

an answer to the complaint which is served on you with this summons, within __TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                              DATE  OCT 13 2005

(By) DEPUTY CLERK

**Summons for Charles Kelly, which was served on John Benson**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006   2:44 AM

Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 13 of 15

**EXHIBIT F (13 of 15)**

Barbara C. Johnson, Esq.  
6 Appletree Lane  
Andover, MA 01810-4102

PHONE 978-474-0833  
FAX 978-474-1833  
email: barbaracjohnson@worldnet.att.net

14 October 2005

John Benson, Esq.  
Federal Bureau of Investigation  
935 Pennsylvania Avenue, NW, Suite PA400  
Washington, DC 20535-0001

Re: Brian Meuse v. Susan Pane, Rosalyn Stults, Lt. Detective Daniel Moynihan, in his official and individual capacities, Captain Donald Thompson, in his official and individual capacities, City of Haverhill, Massachusetts, **Louis Freeh, in his official capacity, Charles S. Prouty, in his official and individual capacities, Charles P. Kelly, in his official and individual capacities,** FOX Television Stations, Inc., America's Most Wanted, National Center for Missing and Exploited Children, Wal-Mart Stores, Inc.

Dear Sir:

Today my client sent his Amended Complaint by certified mail, return receipt requested, and inadvertently did not include the amended signature page.

Enclosed with this letter is the correct signature page, also sent by certified mail, return receipt requested.

Sincerely,

Barbara C. Johnson

**Letter, dated 10/14/2005, to John Benson on behalf of Charles Kelly**

13

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS  Case 1:04-cv-10255-EFH    Document 124-7    Filed 02/27/2006    Page 14 of 15
IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT
2/25/2006  2:44 AM

**EXHIBIT F (14 of 15)**

**Return Receipt for service to John Benson for Charles Kelly;
a copy accompanied Document #103**

MEUSE'S LOCAL RULE 56.1 STATEMENT OF FACTS IN SUPPORT OF HIS OPPOSITION TO FBI DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT
2/25/2006 2:44 AM

**EXHIBIT F (15 of 15)**



**Return Receipt for service on John Benson for Charles Kelly**