UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255-EFH

| | |
|---|---|
| Brian J. Meuse,<br>　　Plaintiff,<br><br>v.<br><br>Susan Pane,<br>Rosalyn Stults,<br>City of Haverhill,<br>Lt. Detective Daniel Moynihan,<br>Capt. Donald Thompson,<br>Louis Freeh,<br>Charles S. Prouty,<br>Charles Kelly,<br>FOX Television Stations, Inc.<br>STF Productions, Inc./America's Most Wanted,<br>Wal-Mart Stores, Inc., and<br>National Center for Missing and Exploited Children,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE**

　　Please enter the appearance Susan E. Cohen on behalf of Defendant Rosalyn Stults.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan E. Cohen
　　　　　　　　　　　　　　　　　　　　　　　Susan E. Cohen, BBO #553353
　　　　　　　　　　　　　　　　　　　　　　　*PEABODY & ARNOLD LLP*
　　　　　　　　　　　　　　　　　　　　　　　30 Rowes Wharf
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　　　　(617) 951-2100
　　　　　　　　　　　　　　　　　　　　　　　scohen@peabodyarnold.com

Dated this 1st day of March, 2006.

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2006.

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810

Anton P. Giedt, Esq.
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

Douglas I. Louison, Esq.
Regina M. Ryan, Esq.
Merrick Louison & Costello
67 Batterymarch Street, 3rd Floor
Boston, MA 02110

/s/ Susan E. Cohen
_____
Susan E. Cohen

PABOS2:SCOHEN:633210_1
14809-90514