UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,**
**Rosalyn Stults,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly**, in his official and individual capacities,
**FOX Television Stations, Inc.,**
**STF Productions, Inc.**, a/k/a America's Most Wanted,
**National Center for Missing and Exploited Children,**
**Wal-Mart Stores, Inc.**
Defendants

---

### MOTION TO STRIKE SENTENCE 1 OF ¶3 ON PAGE 2 OF
### DEFENDANT ROSALYN STULTS' SUPPLEMENTAL MEMORANDUM [Doc. 126]

Now comes Plaintiff Brian Meuse ["Meuse"], and moves to strike sentence 1 of ¶3 on page 2 of Defendant Rosalyn Stults' Supplemental Memorandum [Doc. 126].

. As grounds for this motion, Meuse states that the statement in sentence 1 of ¶3 on page 2 is totally untrue.

In support, Meuse's counsel states that she has never had any communication with any counsel, paralegal, or secretary employed by Peabody & Arnold regarding Stults' "*intention to rely on the general Background and Allegations Against Stults contained at pages 2-4 of its memorandum as her Rule 56.1 statement.*"\[1]/

In the scale of issues in this case, the gaff by Stults' counsel is not large, but plaintiff's

---

[1] Further, Meuse's counsel states that her client is standing behind the facts in his Complaint and Amended Complaints in this action and needs no reminder from opposing counsel to do so.

1

counsel dislikes untruths and takes offense at her name being invoked inappropriately as part of opposing counsel's unthoughtful effort to come up with some excuse for not properly presenting and designating those facts which Stults deems either disputed or undisputed for summary judgment purposes.

WHEREFORE, Meuse respectfully prays this motion to strike sentence 1 of ¶3 on page 2 of Defendant Rosalyn Stults' Supplemental Memorandum [Doc. 126] be allowed.

>Respectfully submitted,
>BRIAN J. MEUSE,
>By his attorney,
>
>/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>

1 March 2006
>Barbara C. Johnson, Esq.,
>BBO #549972
>6 Appletree Lane
>Andover, MA 01810-4102
>978-474-0833

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I, as counsel for Plaintiff Brian J. Meuse, did communicate by both email and phone with Attorney Robert O'Keefe of Peabody & Arnold and sending emails to Attorney Susan Cohen, apparently the new lead counsel for Rosalyn Stults (Attorney George Berman's name having disappeared from the signature paragraph), in a good faith attempt to resolve or narrow the issues raised by the instant motion.

>Respectfully submitted,
>BRIAN J. MEUSE,
>By his attorney,
>
>/s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>

1 March 2006
>Barbara C. Johnson, Esq.,