UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE<br>       Plaintiff<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS, CITY OF HAVERHILL, Lt. DETECTIVE DANIEL MOYNIHAN, Capt. DONALD THOMPSON, LOUIS FREEH, CHARLES S. PROUTY, CHARLES KELLY, FOX TELEVISION STATIONS, INC., STF PRODUCTIONS, INC., AMERICA'S MOST WANTED, WALMART STORES, INC., and NAT<br>       Defendant | CIVIL ACTION NO. 04-10255-EFH |

**PARAGRAPHS IN THE AMENDED COMLPAINT WHICH REFERENCE STULTS**

Defendant Stults is mentioned significantly in a very limited number of the 520 numbered paragraphs of the amended complaint. For the convenience of the court and the parties a complete copy of those paragraphs follows.

    46.    Pane was in constant communication with Attorney Stults prior to leaving Meuse's home. [Trial, 5/20/02, at 65; Trial Exh. DDD)

    50.    On or around 21 October 1999, Defendant Attorney Stults made her appearance as counsel for Pane in Haverhill District Court. [Trial Exh. M, special appearance on page 4].

    165.    On 5 October 2000, Meuse's lawyer informed Pane's local lawyer, Rosalyn Stults, about the visits to the hospital, with the therapists and the local doctor, and the future appointments. [Trial Exh. LL].

    166.    Pane and/or Stults contacted the doctors with whom Meuse had made contact to examine the child and told them that Meuse was in contempt of court. [Trial, 5/21/02. at 125; Trial Exh. LL].

    168.    Almost immediately upon his return to his home in Ward Hill, Meuse learned from messages on his answering machine that Pane and Stults had called the doctors and had threatened them with suit were they to continue seeing Marissa.

171.    On 6 October 2000, Stults set up a hearing before Judge Manzi at Probate & Family Court at Lawrence, Massachusetts, for Wednesday, 11 October 2000.

284.    The domestic violence advocate Jean Walker,. Kept a steady correspondence up with Rosalyn Stults, Pane's lawyer, and with Charles Kelly of the FBI. [Trial, 5/21/02, at 91-92].

291.    Moynihan's domestic violence advocate, Jean Walker, maintained a file on Meuse's defense counsel.  The material was supplied to Walker by Pane's lawyer, Stults.  [Trial, 5/21/02, at 144-145]

330.    Moynihan spoke to Rosalyn Stults, her attorney, once every other week. [Trial, 5/21/02, at 3; Trial Exh. II].

331.    Moynihan never told Stults that her client wrongfully removed the child and that she should get her client back to Massachusetts or otherwise a warrant would be issue to bring her back.  [Trial, 5/21/02, at 23]

334.    Moynihan testified that he kept no notes or records of Stults' calls, but testified that Stults called wanting "to know what was going on in the investigation," telling him "what was going on down in Florida, what they were proceeding to do as far as getting out the posters and that certain people they were getting to help them in trying to recover the kidnapped child" [Trial, 5/21/02, at 61-62].

335.    Stults communicated with Chales Kelly [perhaps spelled "Kelley"] by FAXed letters on numerous dates, including but not limited to a 29-page letter on 14 November 2000 and a 3-page letter on 16 November 2000.

337.    In the press release of 31 December 2000, Pane identified that donations were to be made payable to the "Susan Pane Legal Defense Fund" and to be sent to "Attorney Roslyn [*sic*] Stults, 14 Lynde Street, Salem, MA 01970" [Exh. GGG].

367.    Later that day Meuse learned that Susan Pane's attorney, Rosalyn Stults, was in contact with them and that Stults was getting the medical records from Children's Hospital and Tanquay's office.

368.    Stults and Pane canceled the Early Intervention Program appointments that Meuse had made.

369.    On a document found in Moynihan's file, Stults had handwritten "Cathy at Children's Hospital, phone number at the Children's Hospital, fax or Dr. Sun which is one of the doctors in the emergency, to get the release forms of the emergency evaluation.  More phone numbers for Dr. Tanguay.  Called him at 4:30 on October 6, 2000.  Called back to check if we received a fax requesting his – my records of Marissa with Dr. Tanquay.  Another phone number for Dr. Gordon

at the Early Intervention, has Linda Schaeffer as Susan's contact person" [Trial, 5/22/02, at 204; Trial Exh. LL]

406.    Stults' purpose was to aid and abet Pane, her client, in the custody action, to benefit Stults herself financially and reputationally from depriving Meuse of his property and liberty.

418.    Rosalyn Stults was interviewed by the Eagle-Tribune, publishing in Essex County, Massachusetts, and advertised the then-upcoming Sally Jesse Raphael show.

426.    Rosalyn Stults advised and strategized with Susan about how to evade service of process of the 209A order and to keep the child from him before and after the original 209A temporary restraining order expired.

428.    Stults and Pane had the goal to get posters published nationwide to capture Meuse and with the an agreement Susan intentionally misrepresented that there had been a custody order prior to Meuse taking the child from Florida.

429.    FOXNews, the Haverhill police department, Thompson, Moynihan, Stults, Prouty, NCMEC, and Pane misrepresented that Meuse was a fleeing felon.

430.    In concert with Pane's and Stults's representations and misrepresentations, Moynihan, Thompson, Barone, Kelly, and Prouty indirectly caused the detention and confinement of Meuse on the grounds that Meuse violated a custody order.

443.    Susan Pane and Rosalyn Stults played an active part in the initiation and continuation of the criminal proceedings.

444.    Stults played an indirect role by advising Susan how to evade service of process of the original 209A temporary restraining order.

454.    Stults instigated or participated in the prosecution by pressing police to apply for a complaint for an improper purpose.

460.    Stults knew or should have known that the complaint was groundless and she sought to use the process for an ulterior purpose, including, but not limited to, the purpose of aiding her client to gain advantage in her divorce.

467.    Defendants Susan Pane, Stults, Moynihan, Thompson, Barone, Kelly, and Prouty interfered with or attempted to interfere by threats, intimidation, or coercion with Plaintiff's exercise and enjoyment of his rights – e.g., his rights to his liberty, and his right to due process – secured by the state and federal constitutions or laws of the United State and/or the Commonwealth of Massachusetts.

492.    Rosalyn Stults advised and strategized with Susan about how to evade service of process of the 209A order and to keep the child from him before and after the original 209A temporary restraining orders had expired.

494.    Stults and Pane had the goal to get posters published nationwide to capture Meuse and with the an agreement Susan intentionally misrepresented that there had been a custody order prior to Meuse taking the child from Florida.

498.    In concert with Pane's and Stults's representations and misrepresentations, Moynihan, Thompson, Barone, Kelly, and Prouty indirectly caused the detention and confinement of Meuse on the grounds (a) that he violated a custody order; (b) that he was wanted for parental kidnapping, and (c) that he was fleeing unlawfully to avoid prosecution.

                        Respectfully submitted,
                        The Defendant,
                        ROSALYN STULTS,
                        By her attorneys,

                        /s/ Susan E. Cohen
                        Susan E. Cohen, BBO# 533353
                        PEABODY & ARNOLD LLP
                        30 Rowes Wharf
                        Boston, MA  02110
                        617-951-2100

Date: March 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 6, 2006.

Barbara C. Johnson, Esq.  
6 Appletree Lane  
Andover, MA 01810

Douglas I. Louison, Esq.  
Regina M. Ryan, Esq.  
Merrick Louison & Costello  
67 Batterymarch Street, 3rd Floor  
Boston, MA 02110

Anton P. Giedt, Esq.  
U.S. Attorney's Office  
One Courthouse Way, Suite 9200  
Boston, MA 02210

Susan Pane  
291 Sagewood Drive  
Port Orange, FL 32127

/s/ Susan E. Cohen  
_____  
Susan E. Cohen

PABOS2:SCOHEN:633451_1  
14809-90514