UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE<br>　　　　Plaintiff<br><br>v.<br><br>SUSAN PANE, ROSALYN STULTS, CITY OF HAVERHILL, Lt. DETECTIVE DANIEL MOYNIHAN, Capt. DONALD THOMPSON, LOUIS FREEH, CHARLES S. PROUTY, CHARLES KELLY, FOX TELEVISION STATIONS, INC., STF PRODUCTIONS, INC., AMERICA'S MOST WANTED, WALMART STORES, INC., and NAT<br>　　　　Defendants | CIVIL ACTION NO. 04-10255-EFH |

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO STULTS' MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT**

The defendant, Rosalyn Stults, Esquire, moves for permission to file the attached Supplemental Memorandum in Support of her Motion for Summary Judgment in order to provide the Court with pertinent case law and argument in response to a point raised by plaintiff at oral argument. More specifically, at oral argument plaintiff conceded that simply making a report to the police does not constitute state action under 42 USC § 1983 but attempted to distinguish this case by arguing that making a *false* report to the police meets the state action requirement for § 1983 liability. Stults seeks to submit the attached supplemental memorandum to provide the Court with legal authority supporting her response and claim that the ultimate truth or falsity of a request or report to police does not change the appropriate consideration and application of the state action test.

2

                                    Respectfully submitted,
                                    ROSALYN STULTS,
                                    by her attorneys,

                                    /s/  Susan E. Cohen
                                    _____
                                    George A. Berman, BBO#040200
                                    Susan E. Cohen, BBO# 533353
                                    Robert J. O'Keefe, BBO#655653
                                    PEABODY & ARNOLD LLP
                                    30 Rowes Wharf
                                    Boston, MA  02110
                                    617-951-2100

Date: March 10, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810

Douglas I. Louison, Esq.
Regina M. Ryan, Esq.
Merrick Louison & Costello
67 Batterymarch Street, 3rd Floor
Boston, MA 02110

Anton P. Giedt, Esq.
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

Susan Pane
291 Sagewood Drive
Port Orange, FL 32127

/s/ Susan E. Cohen
_____

PABOS2:SCOHEN:633891_1
14809-90514

3