UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff

v.

**Susan Pane,
Rosalyn Stults,
Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
**Louis Freeh**, in his official capacity,
**Charles S. Prouty**, in his official and individual capacities,
**Charles P. Kelly,** in his official and individual capacities,
**FOX Television Stations, Inc.,
America's Most Wanted,
National Center for Missing and Exploited Children,
Wal-Mart Stores, Inc.**
Defendants

---

### MEUSE'S OPPOSITION TO STULTS' MOTION FOR LEAVE TO SUPPLEMENT HER SUMMARY-JUDGMENT MEMORANDUM
**(Meuse's Oppositional Memorandum to Stults' Supplemental Memorandum accompanies this pleading.**
**)**

Now comes Brian J. Meuse ["Meuse] and opposes Rosalyn Stults' Motion for Leave to Supplement Her Summary-Judgment Memorandum.

As grounds, Meuse states that the premise of Stults' supplemental memorandum is that the truth or falsity of a complaint to the police does "not change the appropriate consideration and application of the state action test" . . . although Stults does not state **which** test and **which** case(s) are the authorities for that unidentified test.

Moreover, the parties have argued their positions a hearing on Monday, 6 March 2006 (this week) and Stults has added nothing which she could not have included in her original supporting memorandum.

Notwithstanding the frivolousness of Stults' latest motion and memorandum, Meuse responds, lest silence be construed against him.

**1**

WHEREFORE, Plaintiff prays this court DENY Rosalyn Stults' motion for leave to supplement her summary-judgment memorandum in an untimely manner.

|  |  |
|---|---|
|  | Respectfully submitted,<br>BRIAN J. MEUSE,<br>By his attorney, |
| 13 March 2006 | /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net><br>Barbara C. Johnson, Esq.<br>6 Appletree Lane<br>Andover, MA 01810-4102<br>978-474-0833<br>BBO #549972 |