UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity, et al.,<br><br>    Defendants. | Civil Action No. 04-CV-10255-EFH |

## NOTICE OF SUBSTITUTION

Please take notice that pursuant to 28 U.S.C. § 2679(d)(1), the United States is hereby substituted for the individual defendants, the Director of the Federal Bureau of Investigation[1] ("FBI"), Charles S. Prouty, former Executive Assistant Director of the FBI, and Charles P. Kelly, FBI Special Agent (collectively "federal defendants"). The grounds for this substitution are:

    a.    The Plaintiff, Brian J. Meuse, has brought an action against the federal defendants alleging that he sustained damages as a result of the federal defendants' actions in connection with his arrest on kidnaping charges between October 2000, through March of 2001.

    b.    Pursuant to 28 U.S.C. § 2679, Plaintiff's exclusive remedy for tort claims against an employee of the United States is an action against the United States under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(2), Robert S. Mueller, III, the current Director of the FBI, is automatically substituted for Louis Freeh, the former Director of the FBI, who was sued in his official capacity according to the caption of the plaintiff's Complaint. Pursuant to Fed. R. Civ. P. 25(d)(2), a public officer who is sued in an official capacity may be described as a party by the officer's official title rather than by name.

    c.      The United States Attorney for the District of Massachusetts has certified pursuant to 28 U.S.C. §§ 2679(d)(1) and 28 C.F.R. § 15.3, that at the time of the conduct alleged, the federal defendants were acting within the scope of their employment as employees of the United States.

    d.      Upon certification that a federal employee was acting within the scope of his/ her office or employment at the time of the incident out of which a claim arises, any civil action based on the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant. 28 U.S.C. §§ 2679(d)(1).

The Court is respectfully referred to the Certification of Michael J. Sullivan filed together with this Notice. A draft Order amending the caption of this case to reflect the substitution of the United States is attached hereto for the convenience of this Court.

        Respectfully submitted

        UNITED STATES OF AMERICA

        Michael J. Sullivan
        United States Attorney

By:   /s/ Anton P. Giedt    4/3/2006
       Anton P. Giedt
       Assistant U.S. Attorney
       1 Courthouse Way
       Boston, MA 02210
       617-748-3309 (Voice)
       617-748-3967 (Fax)
       anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                          Boston, Massachusetts
                                                                  April 3, 2006

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record by Electronic Filing.

                                                          /s/ Anton P. Giedt
                                                          Anton P. Giedt
                                                          Assistant U.S. Attorney