UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS FREEH, ET AL.,<br><br>Defendants. | Civil Action No. 04-CV-10255-EFH |

### CERTIFICATION OF MICHAEL J. SULLIVAN

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in the United States Attorney by the Assistant Attorney General under 28 U.S.C. § 15.3, hereby certify, on the basis of information now available with respect to the incidents referred to in the Plaintiff's Complaint, that the individual federal defendants (1) former director of the Federal Bureau of Investigation ("FBI"), Louis Freeh, (2) former Special Agent in Charge of the FBI's Boston Division, Charles S. Prouty, and (3) FBI Special Agent Charles P. Kelly, were acting within the scope of their employment and office as employees of the United States at the time of the incidents out of which Plaintiff's Complaint arose.

Dated: April 3, 2006
Boston, Massachusetts

Michael J. Sullivan
United States Attorney
United States Courthouse
1 Courthouse Way
Boston, MA 02210
617-748-3263

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                           Boston, Massachusetts
                                                                                                       April 3, 2006

   I, Anton P. Giedt, Special Assistant U.S. Attorney, do hereby certify that I have this day served a true copy of the foregoing upon the Plaintiff's counsel of record by Electronic Filing.

                                                                           /s/ Anton P. Giedt
                                                                           Anton P. Giedt
                                                                           Assistant U.S. Attorney