## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity, et al.,<br><br>　　　　　Defendants | **Civil Action No. 04-CV-10255-EFH** |

## ORDER

The Court having been fully apprised that the United States Attorney has certified that the Director of the Federal Bureau of Investigation[1] ("FBI"), Charles S. Prouty, former Executive Assistant Director of the FBI, and Charles P. Kelly, FBI Special Agent (collectively "federal defendants") were acting within the scope of their employment at the time of the incident giving rise to the above captioned action, and the Court having been apprised of the substitution of the United States as the Defendant pursuant to 28 U.S.C. § 2679(d)(1)and(2), it is hereby

ORDERED that the claims set forth in the Plaintiff's Complaint are dismissed with respect to the individual federal defendants, and

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as the sole federal defendant.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATED: _____

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(2), Robert S. Mueller, III, the current Director of the FBI, is automatically substituted for Louis Freeh, the former Director of the FBI, who was sued in his official capacity according to the caption of the plaintiff's Complaint. Pursuant to Fed. R. Civ. P. 25(d)(2), a public officer who is sued in an official capacity may be described as a party by the officer's official title rather than by name.