**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity, et al.,<br><br>        Defendants. | Civil Action No.  04-CV-10255-EFH |

**FEDERAL DEFENDANTS'**
**MOTION FOR RECONSIDERATION OF**
**COURT'S MEMORANDUM AND ORDER OF MARCH 23, 2006**
**(DOCKET NO. 135)**

The defendants, the Director of the Federal Bureau of Investigation[1] ("FBI"), Charles S. Prouty, former Executive Assistant Director ("EAD"), and Charles P. Kelly, Special Agent ("SA") (collectively "federal defendants" or "United States"), through their undersigned counsel, respectfully move for Reconsideration of the Court's Memorandum and Order of March 23, 2006 (Docket No. 135).  The United States only requests reconsideration of that portion of the Court's Memorandum and Order related to the transfer of the plaintiff's state court claims (counts 5–13 of the plaintiff's Complaint) to Essex Superior Court.  The United States accepts and concurs with the Court's dismissal of the plaintiff's constitutional claims against the federal defendants (counts 1–4 of plaintiff's Complaint).

---

[1]      Pursuant to Fed. R. Civ. P. 25(d)(2), Robert S. Mueller, III, the current Director of the FBI, is automatically substituted for Louis Freeh, the former Director of the FBI, who was sued in his official capacity according to the caption of the plaintiff's Complaint.  Pursuant to Fed. R. Civ. P. 25(d)(2), a public officer who is sued in an official capacity may be described as a party by the officer's official title rather than by name.

As explained in the accompanying Memorandum In Support and in the federal defendants' Motion to Dismiss or in the Alternative for Summary Judgment ("federal defendants' Motion to Dismiss") (Docket Nos. 115 and 116), counts 5-13 are state tort claims, and pursuant to the Federal Employee Liability Reform and Tort Compensation Act of 1988 ("Westfall Act"), 28 U.S.C. § 2679(d)(2), and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671, et seq., jurisdiction over these claims is only proper in this Court. Concurrent with this Motion for Reconsideration, the requisite Notice of Substitution of the United States as the sole federal defendant and Certification of Scope of Employment of the federal defendants have been executed and filed with the Court (Docket No. 136).

Accordingly, the United States respectfully requests that the Court reconsider its Order transferring counts 5–13 of the plaintiff's Complaint as to the federal defendants to Essex Superior Court, and rule on counts 5-13 based on United States' Motion for Reconsideration and on the federal defendants' arguments set forth in their Motion to Dismiss or in the Alternative for Summary Judgment and accompanying Memorandum in Support (Docket Nos. 115 and 116), which are incorporated herein by reference.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        MICHAEL J. SULLIVAN
        United States Attorney

| OF COUNSEL: | | |
|---|---|---|
| Nolon J. Benson, Jr. | By: | /s/ Anton P. Giedt   4/03/2006 |
| Assistant General Counsel | | Anton P. Giedt |
| Office of the General Counsel | | Assistant U.S. Attorneys |
| Federal Bureau of Investigation | | 1 Courthouse Way - Suite 9200 |
| 935 Pennsylvania Ave., N.W., | | Boston, MA 02210 |
| Washington, D.C. 20535 | | 617-748-3309 (Voice) |
| 202-220-9323 (Voice) | | 617-748-3967 (Fax) |
| 202-220-9353 (Fax) | | anton.giedt@usdoj.gov |

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiff''s counsel over the past several months regarding the plaintiff''s Complaint and the federal defendants' Motion to Dismiss or in the Alternative for Summary judgment.

        /s/ Anton P. Giedt    4/3/2006
        Anton P. Giedt
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
        DATE: April 3, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record through electronic filing.

        /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorney