UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
              Plaintiff

        v.                         CIVIL ACTION NO.:
                                        04-10255-EFH

UNITED STATES OF AMERICA,
              Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

April 18, 2006

HARRINGTON, S.D.J.

     On April 18, 2006 the Court ordered that the Defendants Mueller, Prouty and Kelly be substituted as defendants by the United States of America. The Court orders the state law claims against the United States alleged in Counts V through XIII be dismissed for the reasons set forth in the Court's Memorandum and Order, dated March 23, 2006, in the case of Brian J. Meuse v. Louis Freeh, et al., Civil Action No. 04-10255-EFH.

     SO ORDERED.

                                            /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge