UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

BRIAN J. MEUSE,
    Plaintiff,

v.

SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,
In His Official and Individual Capacities,
CPT. DONALD THOMPSON,
In His Official and Individual Capacities,
CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE, In His Official Capacity,
CHARLES S. PROUTY, In His Official and
Individual Capacities, FOX NEWS
CHANNEL, a/k/a FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,
    Defendants,

## DEFENDANTS, MOYNIHAN, THOMPSON AND CITY OF HAVERHILL'S PRE TRIAL MEMORANDUM

1. **Concise Summary of the Evidence**

   The Defendants had a probable cause to seek an arrest warrant for the Plaintiff Brian Meuse.

   Based on the evidence they had at the time they went to the Haverhill District Court seeking a warrant.

   Based on the credible evidence presented, the Clerk of the Court issued a warrant for his arrest.

   Accordingly, the Defendants are immune from liability.

2. **Facts Established by Pleading or by Stipulation or Admissions of Counsel**

   The Defendants investigated allegations against the Plaintiff, Brian Meuse. An arrest warrant

was issued for his arrest. The Plaintiff was ultimately arrested and acquitted of the charges.

3. **Contested Issues of Fact:**

   Whether the Defendants falsified information when seeking the arrest warrant.

4. **Jurisdictional Questions:**

   Whether the Federal Court has jurisdiction over the pending state claims.

5. **Questions Raised By Pending Motions:**

   The Defendants seek an opportunity to file a summary judgment motion on the federal claim.

6. **Issues of Law including Evidentiary Questions:**

   1. Whether the Defendants had probable cause to seek an arrest warrant against the Plaintiff; and

   2. Whether the Defendants are qualifiably immune from liability.

7. **Amendments to the Pleadings:**

   None at this time.

8. **Additional Matters**

   None at this time.

9. **Length of Trial**

   One week.

10. **Witnesses**

    1. Daniel R. Moynihan, City of Haverhill;

    2. Donald Thompson, City of Haverhill;

    3. Additional members of the Haverhill Police Department;

    4. All Defendants named in this matter;

     5.    Clerk of Haverhill District Court.

11. **Proposed Exhibits**

All documents produced by way of automatic disclosure.

12. **Proposed Voir Dire Questions**

    1.    Is there anyone on the jury who would be influenced by the fact that the Defendants are police officers?

    2.    Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the City of Haverhill?

    3.    Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

    4.    Has anyone on the jury or members of their family or their friends or acquaintances been arrested?

    5.    Is there any member of the jury panel who is a single parent, or whose relative or friend is a single parent?

    6.    Is there any member of the jury panel, their family or their friends or acquaintances that has brought a lawsuit against the police or a town?

13. **Proposed Jury Instructions**

The Defendants will submit under separate cover.

14. **Burden of Proof**

The burden is on the Plaintiff to establish that the Defendants did not have probable cause to seek an arrest warrant against the Plaintiff.

The Defendants, Daniel Moynihan, Donald
Thompson and City of Haverhill
by their attorney,

_____
Regina M. Ryan (BBO# 565246)
Bradford N. Louison (BBO# 305755)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, Massachusetts 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 18th day of Apr., 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: Barbara C. Johnson, Esq., 6 Appletree Lane, Andover, MA 01810-4102; Elizabeth A. Ritvo, Esq., Brown, Rudnick, Berlack & Israels, LLP, One Financial Center, Boston, MA 02111; George A. Berman, Esq., Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110; Timothy P. Van Dyck, Esq., Edwards & Agell, LLP, 101 Federal Street, Boston, MA 02110; Windy L. Rosebush, Esq., 230 Congress Street, Boston, MA 02110 and Chauncey D. Steele, Esq. Craig & MacAuley, P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02110

_____
Bradford N. Louison