UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. MEUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS FREEH, in his official capacity, CHARLES S. PROUTY, in his official and individual capacities, CHARLES P. KELLY, in his official and individual capacity, et al.,<br><br>    Defendants | Civil Action No. 04-CV-10255-EFH |

**[PROPOSED] FINAL ORDER OF DISMISSAL**

HARRINGTON, S.D.J.

The Court ORDERS that Counts I through IV in the plaintiff's complaint are dismissed as to the federal employees named in the plaintiff's complaint, and that Counts V through XIII are dismissed as to the United States based on:

(1) The Court's Memorandum and Order of March 23, 2006 (Docket No. 135).

(2) The arguments briefed in the United States' Motion To Dismiss (Docket Nos. 115 and 116.

(3) The Notice of Substitution of the United States for the named individual federal employees with respect to counts V – XIII of plaintiff's complaint and the certification of scope of employment (Docket Nos. 136-1, 136-2, 136-3).

(4) The Court's Electronic Endorsement of the substitution of the United States as the sole federal defendant and the certification of scope of employment (Electronic Docket Entry of April 18, 2006).

(5) The arguments briefed in the United States' Motion for Reconsideration (Docket No. 137).

(6) The Court's Electronic Order granting the United States' Motion for Reconsideration (Electronic Docket Entry of April 18, 2006).

(7)    The Court's Order of Dismissal entered April 18, 2006 (Docket No. 143).

(8)    The Court's Electronic Order denying plaintiff's Motion to Produce (Electronic Docket Entry of May 9, 2006).

(9)    The issues addressed in the government's Request For Final Order of Dismissal (Docket No. 146).

SO ORDERED.

                                                                   EDWARD F. HARRINGTON
                                                                   United States Senior District Judge

DATED: _____