UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

**BRIAN J. MEUSE,**
    **Plaintiff,**

v.

**SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,**
In His Official and Individual Capacities,
**CPT. DONALD THOMPSON,**
In His Official and Individual Capacities,
**CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE,** In His Official Capacity,
**CHARLES S. PROUTY,** In His Official and
Individual Capacities, **FOX NEWS
CHANNEL,** a/k/a **FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,**
    **Defendants,**

## DEFENDANTS, MOYNIHAN, THOMPSON AND CITY OF HAVERHILL'S PARTIAL MOTION FOR SUMMARY JUDGMENT

    The defendants, Moynihan, Thompson and the City of Haverhill move this honorable Court to allow their motion for summary judgment as to the §1983 civil rights claim as there are no disputed material facts and the defendants are entitled to judgment as a matter of law.

    The defendants have attached a Memorandum of Law and the Concise Statement of the Facts in support of said motion.

                                                      The Defendants, Daniel Moynihan, Donald
                                                       Thompson and City of Haverhill
                                                       by their attorney,
                                                       /s/ Regina M. Ryan
                                                       Douglas I. Louison BBO# 545191
                                                       Regina M. Ryan BBO# 565246
                                                       MERRICK, LOUISON & COSTELLO, LLP
                                                       67 Batterymarch Street
                                                       Boston, MA 02110
                                                       (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 11th day of August, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Barbara C. Johnson, Esquire**, 6 Appletree Lane, Andover, MA 01810-4102; **Elizabeth A. Ritvo, Esquire**, Brown, Rudnick, Berlack & Israels, LLP, One Financial Center, Boston, MA 02111; **George A. Berman, Esquire**, Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110; **Timothy P. Van Dyck, Esquire**, Edwards & Agell, LLP, 101 Federal Street, Boston, MA 02110; **Windy L. Rosebush, Esquire**, 230 Congress Street, Boston, MA 02110 and **Chauncey D. Steele, Esquire** Craig & MacAuley, P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02110.

/s/ Regina M. Ryan
Regina M. Ryan