UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

**BRIAN J. MEUSE,**
    Plaintiff,

v.

**SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,**
In His Official and Individual Capacities,
**CPT. DONALD THOMPSON,**
In His Official and Individual Capacities,
**CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE,** In His Official Capacity,
**CHARLES S. PROUTY,** In His Official and
Individual Capacities, **FOX NEWS
CHANNEL,** a/k/a **FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,**
    Defendants,

## DEFENDANTS, MOYNIHAN, THOMPSON AND CITY OF HAVERHILL'S L.R. 56.1 STATEMENT OF MATERIAL FACTS OF RECORD AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED FOR PURPOSES OF MOTION FOR SUMMARY JUDGMENT

1. The plaintiff, Brian J. Meuse (hereinafter "Meuse") had a relationship with the defendant, Susan Paine (hereinafter "Paine") and was the father of their child, Marissa Lynn Meuse, who was born on August 4, 1999.  (See, plaintiff's verified complaint, ¶ 3.)

2. The defendant Paine and the plaintiff Meuse lived together in the City of Haverhill, Massachusetts.

3. On September 13, 1999, Meuse filed an action for custody and paternity and motion seeking the Court to order Paine to remain in Massachusetts.

4. On October 11, 2000, Justice Mansi gave Paine temporary custody of the child. (Id, ¶172 and Exhibit ZZ.)

5. On October 20, 2000, Paine reported to the Haverhill Police that the child had not been returned after a visitation with her father. (Exhibit BB Police Report.) The failure of Meuse to return his daughter was in violation of Justice Mansi's Court Order. (See Exhibit ZZ). Justice Manzi's order stated "mother shall have sole legal and sole physical custody of Marissa Lyne Meuse until such time as both litigants appear before the court upon appropriate pleading and proper notice. At the time of the warrant Moynihan and Thompson were both veteran police officers with the Haverhill Police Department. (Plaintiff's Complaint, ¶173)

6. On October 25, 2000, Det. Moynihan of the Haverhill Police Department filed an application for a warrant and criminal complaint at the Haverhill District Court. (Id, ¶ 215; Exhibit DD attached to plaintiff's complaint.)

7. On or about October 25, 2000, Clerk Kim Arada of the Haverhill District Court signed the warrant. (Id, ¶ 222.)

8. Moynihan signed the application for the criminal complaint. (Id, ¶ 186.)

9. The criminal complaint and warrant also issued on October 25, 2000. (See Exhibits Y and Z)

10. On or around the first week in December, 2000, Meuse and his daughter were living in Ada, Oklahoma. (Id, ¶ 377.)

11. On or about March 23, 2001, Meuse was charged with parental kidnaping while in court in Ada, Oklahoma. (Id, ¶ 384.)

12. Meuse was ultimately brought back to Haverhill District Court for his arraignment. (Id, ¶ 387.)

13. On May 23, 2002, Meuse was found not guilty of parental kidnaping. (Id, ¶ 395.)

The Defendants, Daniel Moynihan, Donald
Thompson and City of Haverhill
by their attorney,

/s/ Regina M. Ryan
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 11th day of August, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Barbara C. Johnson, Esquire**, 6 Appletree Lane, Andover, MA 01810-4102; **Elizabeth A. Ritvo, Esquire**, Brown, Rudnick, Berlack & Israels, LLP, One Financial Center, Boston, MA 02111; **George A. Berman, Esquire**, Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110; **Timothy P. Van Dyck, Esquire**, Edwards & Agell, LLP, 101 Federal Street, Boston, MA 02110; **Windy L. Rosebush, Esquire**, 230 Congress Street, Boston, MA 02110 and **Chauncey D. Steele, Esquire** Craig & MacAuley, P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02110.

/s/ Regina M. Ryan
Regina M. Ryan