UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

**BRIAN J. MEUSE,**
    Plaintiff,

v.

**SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,**
In His Official and Individual Capacities,
**CPT. DONALD THOMPSON,**
In His Official and Individual Capacities,
**CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE,** In His Official Capacity,
**CHARLES S. PROUTY,** In His Official and
Individual Capacities, **FOX NEWS
CHANNEL,** a/k/a **FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,**
    Defendants,

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the defendants in the above-captioned matter, pursuant to Rule 7.1(A)(2) of

the Local Rules of the United States District Court for the District of Massachusetts, and state

that on

July 2, 2006 a conference was initiated by Attorney Regina Ryan with the plaintiff's counsel,

Barbara Johnson, regarding the defendants' Partial Motion for Summary Judgment. The parties

could not narrow the issues.

        The Defendants, Daniel Moynihan, Donald Thompson and City of Haverhill
by their attorney,
/s/ Regina M. Ryan
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305


**CERTIFICATE OF SERVICE**

I, Regina M. Ryan, hereby certify that on the 11th day of August, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Barbara C. Johnson, Esquire**, 6 Appletree Lane, Andover, MA 01810-4102; **Elizabeth A. Ritvo, Esquire**, Brown, Rudnick, Berlack & Israels, LLP, One Financial Center, Boston, MA 02111; **George A. Berman, Esquire**, Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110; **Timothy P. Van Dyck, Esquire**, Edwards & Agell, LLP, 101 Federal Street, Boston, MA 02110; **Windy L. Rosebush, Esquire**, 230 Congress Street, Boston, MA 02110 and **Chauncey D. Steele, Esquire** Craig & MacAuley, P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02110.

/s/ Regina M. Ryan
Regina M. Ryan