## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-10255EFH**

**BRIAN J. MEUSE,**
      **Plaintiff,**

**v.**

**SUSAN PAINE, ROSALYN STULTS,**
**LT. DET. DANIEL R. MOYNIHAN,**
**In His Official and Individual Capacities,**
**CPT. DONALD THOMPSON,**
**In His Official and Individual Capacities,**
**CITY OF HAVERHILL, MASSACHUSETTS,**
**LOUIS FREE, In His Official Capacity,**
**CHARLES S. PROUTY, In His Official and**
**Individual Capacities, FOX NEWS**
**CHANNEL, a/k/a FOX25NEWS,**
**AMERICA'S MOST WANTED, NATIONAL**
**CENTER FOR MISSING AND EXPLOITED**
**CHILDREN, WAL-MART STORES, INC.,**
      **Defendants,**

## DEFENDANTS, MOYNIHAN, THOMPSON AND CITY OF HAVERHILL'S MOTION FOR RECONSIDERATION OF ITS ALLOWANCE OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The defendants in the captioned action request that this court reconsider its ruling that granted Plaintiff's Motion to Enlarge Time to October 16, 2006 to File Opposition to Motion for Partial Summary Judgment.  As grounds therefore, the defendants state that an extension of time would be detrimental to the defense of this matter based on the fact that there is presently a trial pending for November 27, 2006.

Further, the defendants served the plaintiff with the Motion for Summary Judgment on or about August 11, 2006.  Accordingly, pursuant to L.R. 7.1, the opposition to the defendants' Summary

Judgment Motion was due August 25, 2006.  The plaintiff did not file her Motion for an

Enlargement of Time until August 29, 2006, and therefore, the time to file an opposition has

expired.

For the above stated reasons, the defendants request that the court reconsider its ruling

allowing Plaintiff's Motion for Enlargement of Time to file an opposition to the defendants'

Motion for Partial Summary Judgment.

The Defendants,  Daniel Moynihan, Donald
Thompson and City of Haverhill
by their attorney,

/s/ Regina M. Ryan
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK,  LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## <u>CERTIFICATE OF SERVICE</u>

I, Regina M. Ryan, hereby certify that on the 7th day of September, 2006, I served the
foregoing electronically, directed to: **Barbara C. Johnson, Esquire**, 6  Appletree Lane,
Andover, MA 01810-4102; **Elizabeth A. Ritvo, Esquire**, Brown, Rudnick, Berlack & Israels,
LLP, One Financial Center, Boston, MA 02111; **George A. Berman, Esquire**, Peabody &
Arnold, 30 Rowes Wharf, Boston, MA 02110; **Timothy P. Van Dyck, Esquire**, Edwards &
Agell, LLP, 101 Federal Street, Boston, MA 02110; **Windy L. Rosebush, Esquire**, 230
Congress Street, Boston, MA 02110 and **Chauncey D. Steele, Esquire** Craig & MacAuley, P.C.,
Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02110.

/s/ Regina M. Ryan
Regina M. Ryan