# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                Plaintiff

        v.                              CIVIL ACTION NO.:
                                                    04-10255-EFH

SUSAN PANE, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF SEVERANCE

October 17, 2006

HARRINGTON, S.D.J.

      In the case of <u>Meuse v. Pane, et al.</u>, which is scheduled for trial on November 27, 2006, the Court orders severance of Counts (5) through (13), counts sounding in alleged violations of state law claims. The Court also severs from said trial the allegations against the City of Haverhill, Massachusetts. Thus, the trial shall be held at this time only against the Defendants Pane, Moynihan and Thompson, with respect to Counts (1), (2), (3) and (4), all alleged violations of Title 42, United States Code, Section 1983, the federal causes of action.

      SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                    EDWARD F. HARRINGTON
                                                    United States Senior District Judge