# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

BRIAN J. MEUSE,

                    Plaintiff

           v.                                 CIVIL ACTION NO.:
                                             04-10255-EFH

SUSAN PANE, DANIEL R. MOYNIHAN
and DONALD THOMPSON,

                    Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER OF STAY

November 8, 2006

HARRINGTON, S.D.J.

       This case, presently scheduled for trial on November 27, 2006, is ordered stayed pending

compliance with Local Rules of Disciplinary Enforcement, Rule 83.6(2), by plaintiff's attorney,

Barbara C. Johnson.

       SO ORDERED.

                                 /s/ Edward F. Harrington
                                 EDWARD F. HARRINGTON
                                 United States Senior District Judge