UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

BRIAN J. MEUSE,
        Plaintiff

      v.                          CIVIL ACTION NO.:
                                       04-10255-EFH

SUSAN PANE, DANIEL R. MOYNIHAN
and DONALD THOMPSON,
        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

December 5, 2006

HARRINGTON, S.D.J.

      In view of the fact that plaintiff's attorney, Barbara C. Johnson, has failed to comply with the Local Rules of Disciplinary Enforcement, Rule 83.6(2), the Plaintiff Meuse is ordered to secure a new attorney within sixty (60) days from the date of this Order. Failure of the Plaintiff Meuse to comply with this Order shall result in the dismissal of his case for his failure to prosecute it in a timely manner.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge