# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
                Plaintiff

      v.                                CIVIL ACTION NO.:
                                             04-10255-EFH

SUSAN PANE, DANIEL R. MOYNIHAN
and DONALD THOMPSON,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

December 6, 2006

HARRINGTON, S.D.J.

      In view of the fact that the Court has been notified that plaintiff's attorney, Barbara C. Johnson, has complied with the Local Rules of Disciplinary Enforcement, Rule 83.6(2), the Court vacates its Order dated December 5, 2006. The Court's Order of Stay dated November 8, 2006 remains in effect.

      SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge