## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN J. MEUSE,
            Plaintiff

        v.                     CIVIL ACTION NO.:
                                     04-10255-EFH

SUSAN PANE, DANIEL R. MOYNIHAN
and DONALD THOMPSON,
            Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

May 15, 2007

HARRINGTON, S.D.J.

      Plaintiff's attorney, Barbara C. Johnson, is ordered to advise the Court the status of the disciplinary enforcement action against her. This status report is to be provided to the Court on or before June 10, 2007.

      SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge