UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.

**Susan Pane,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
Defendants
_____

## STATUS REPORT

Now comes Barbara C. Johnson ["Johnson"] and submits this status report to advise this court that no action has been taken by the SJC on the pending disciplinary proceedings.

The only action taken by the SJC is the following: Over Johnson's objections, the Office of Bar Counsel **(1)** was allowed three extensions to file an appellee brief in her appeal of the judgment of disbarment by a single justice, **(2)** was allowed one extension to file an appellee brief in Johnson's appeal of the judgment of contempt by the same single justice, and **(3)** was allowed to combine and file them on 14 February 2007.

On 13 March 2007, having been allowed an extension to file combined replies, Johnson filed a motion to exceed the page limit by three pages and her combined replies [Papers ##28 and 29, for SJC-2006-09820, and Papers ##7 and 8, for SJC-2006-09866, the appeals of the judgment of disbarment and the contempt, respectively]. The SJC has taken no action on the motion to exceed, nor on a half-dozen other motions filed by Johnson.

On 23 March 2007, an SJC clerk informed Johnson that the full panel of the SJC does not hold hearings in June, July, or August, so that if the Court does not schedule the hearing for sometime in May, which it did not, the hearing will not occur before September. According to the SJC online calendar, http://www.ma-appellatecourts.org/display_calendar.php?dtp=fc, no hearings have been set for June.

1

Johnson has no further information.

>Respectfully submitted,
>Barbara C. Johnson, Pro se

31 May 2007                     /s/ Barbara C. Johnson barbaracjohnson@worldnet.att.net
                                Barbara C. Johnson, Esq.
                                6 Appletree Lane
                                Andover, MA 01810-4102
                                978-474-0833

2