UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10255EFH

**BRIAN J. MEUSE,**
    Plaintiff,

v.

**SUSAN PAINE, ROSALYN STULTS,
LT. DET. DANIEL R. MOYNIHAN,**
In His Official and Individual Capacities,
**CPT. DONALD THOMPSON,**
In His Official and Individual Capacities,
**CITY OF HAVERHILL, MASSACHUSETTS,
LOUIS FREE,** In His Official Capacity,
**CHARLES S. PROUTY,** In His Official and
Individual Capacities, **FOX NEWS
CHANNEL,** a/k/a **FOX25NEWS,
AMERICA'S MOST WANTED, NATIONAL
CENTER FOR MISSING AND EXPLOITED
CHILDREN, WAL-MART STORES, INC.,**
    Defendants,

### DEFENDANT CITY OF HAVERHILL, LT. DET. DANIEL MOYNIHAN AND CPT. DONALD THOMPSON'S STATUS REPORT

The defendant, City of Haverhill and the individually named police officers Lt. Det. Daniel R. Moynihan and Cpt. Donald Thompson submit this status report pursuant to the Court's Order. The present matter has been stayed by the Court effective November 8, 2006. Since that date, the parties have not engaged in any discovery or had any further communications.

The Defendant, City of Haverhill,
Lt. Det. Daniel Moynihan and
Cpt. Donald Thompson,

By their attorneys,

/s/ *Regina M. Ryan*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## **CERTIFICATE OF SERVICE**

I, Regina M. Ryan, hereby certify that on the 14th day of June, 2007, I served the foregoing by causing a copy to be served electronically directed to: Barbara C. Johnson, Esq., 6 Appletree Lane, Andover, MA 01810-4102; Elizabeth A. Ritvo, Esq., Brown, Rudnick, Berlack & Israels, LLP, One Financial Center, Boston, MA 02111; George A. Berman, Esq., Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110; Rodney S. Dowell, Esq., Berman & Dowell, 210 Commercial Street, Boston, MA 02109; Timothy P. Van Dyck, Esq., Edwards & Agell, LLP, 101 Federal Street, Boston, MA 02110; Windy L. Rosebush, Esq., 230 Congress Street, Boston, MA 02110 and Chauncey D. Steele, Esq., Craig & MacAuley, P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02110.

/s/ *Regina M. Ryan*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Regina M. Ryan