UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.

**Susan Pane,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
Defendants
_____

## STATUS REPORT

Now comes Barbara C. Johnson and submits this status report to advise this court that the following action has been taken by the SJC on the pending disciplinary proceedings.

On 11 September 2007, the Massachusetts SJC ordered the disciplinary action for argument on 2 October 2007.

                              Respectfully submitted,
                              Barbara C. Johnson, Pro se


14 September 2007               /s/ Barbara C. Johnson barbaracjohnson@verizon.net
                                          Barbara C. Johnson, Esq.
                                          6 Appletree Lane
                                          Andover, MA 01810-4102
                                          978-474-0833
                                          First Circuit Bar Number 36719