UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-10255-EFH

**Brian J. Meuse**
Plaintiff
v.

**Susan Pane,**
**Lt. Detective Daniel R. Moynihan**, in his official and individual capacities,
**Captain Donald Thompson**, in his official and individual capacities,
**City of Haverhill, Massachusetts,**
Defendants
_____

## STATUS REPORT

Now comes Barbara C. Johnson and submits this status report to advise this court that on 5 December 2007, the Massachusetts Supreme Judicial Court affirmed the single-justice's judgments of disbarment and contempt.

On 3 March 2008, Johnson's Petition for Writ of Certiorari to review the affirmance of the judgments of disbarment and contempt was entered as No. 07-9625 into the docket of the United States Supreme Court.   An opposing brief is due by 2 April 2008.  Johnson has not yet learned of the date of the Court's conference at which the fate of Johnson's petition is to be determined.

The actions in the U.S. District Court, Eastern District of Massachusetts (Miscellaneous Business Docket No. 06-MC-10385), and the First Circuit Court of Appeals (No. 06-8035) are pending.  Johnson assumes those courts are waiting to learn whether certiorari is granted or denied by the Supreme Court before proceeding to a show-cause hearing in the respective courts.

Respectfully submitted,
Barbara C. Johnson, Pro se

7 March 2008      /s/ Barbara C. Johnson barbaracjohnson@verizon.net
Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833
First Circuit Bar Number 36719

1